**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| EARLEEN FAUVERGUE,<br><br>For Herself and As Representative of a Class of Similarly Situated Persons,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 08-431 |

**MOTION TO CERTIFY CLASS ACTION**

COMES NOW Earleen Fauvergue, for herself and as representative of a class of similarly situated persons and land owners, and moves this Court pursuant to Rule 23 of the Rules of the United States Court of Federal Claims to certify this action as a class action brought by Plaintiff as a representative party on behalf of all other landowners holding title to property in Jasper County, Missouri and Cherokee County, Kansas whose land has been taken or damaged as a result of the Notice of Interim Trail Use ("NITU") issued by the federal Surface Transportation Board ("STB") on June 21, 2002 pursuant to the National Trails System Act, 16 U.S.C. § 1247(d).

In support of this motion, Plaintiff states as follows:

1. The land that is subject to the NITU and conversion to a public-access recreational trail is a 28.25 mile long strip of land between Columbus, in Cherokee County, Kansas and Carthage, in Jasper County, Missouri. This abandoned BNSF Railroad right of way ran over land held in fee by the Plaintiff and numerous other

property owners. The class of individuals and entities in the same or similar position to that of the Plaintiff is so numerous that joinder of all members is impracticable.

2. The claims of all members of this potential class of Missouri and Kansas landowners involve the same or substantially similar questions of law and fact.

3. The claims of the Plaintiff as a representative party are typical of the claims of the class.

4. The Plaintiff as the representative party will fairly and adequately protect the interests of the class.

5. Incorporated herein by reference in this Motion is Plaintiff's Memorandum in Support of Motion to Certify Class Action.

WHEREFORE, Plaintiff Earleen Fauvergue, prays that this Court certify this action as a class action pursuant to Rule 23 of the United States Court of Federal Claims.

Respectfully submitted,

LATHROP & GAGE, L.C.

Date: June 18, 2008

By: /s/ Mark F. (Thor) Hearne, II

MARK F. (THOR) HEARNE, II
LINDSAY S.C. BRINTON
MEGHAN S. LARGENT
The Equitable Building
10 South Broadway, Suite 1300
St. Louis, MO 63102-1708
Telephone: (314) 613-2500
Facsimile: (314) 613-2550
(Mailing Address)

1845 S. National
P.O. Box 4288
Springfield, MO 65804
Telephone: (417) 886-2000
Facsimile: (417) 886-9126

Franklin Square, Suite 1050 East
1300 Eye Street, NW
Washington, D.C. 20005
Telephone: (202) 962-0032
Facsimile: (202) 962-0357

Attorney for Plaintiff