IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| EARLEEN FAUVERGUE, Plaintiff, | No. 08-431 L |
| v. | Senior Judge Loren A. Smith |
| THE UNITED STATES OF AMERICA, Defendant. | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Defendant, the United States of America, hereby moves for an extension of time, to and including August 25, 2008, in which to file its response to Plaintiff's motion for class certification. In support of this request, Defendant states as follows.

1. Plaintiff's Complaint was filed on June 12, 2008. Defendant's response to the Complaint is due August 25, 2008.

2. Plaintiff's motion for class certification (Doc. 4) was filed on June 18, 2008. In this motion, Plaintiff Earleen Fauvergue seeks to be named as the class representative of a group of approximately 75 persons who own land in either Jasper County, Missouri, or Cherokee County, Kansas, that abuts or is traversed by a 28.25-mile railroad right-of-way between Columbus Kansas and Carthage, Missouri. Defendant's response to this motion is due July 11, 2008.

3. The factual information that Defendant is collecting in order to respond to Plaintiff's Complaint is the same factual information needed to respond to Plaintiff's motion for

class certification. Defendant has begun to collect and review this factual information, but needs additional time to complete that task prior to responding to Plaintiff's motion for class certification. The extension of time requested herein would allow Defendant to respond to Plaintiff's Complaint and Plaintiff's Motion for Class Certification on the same date.

4. Further, the question of whether class certification is appropriate or necessary is affected by the fact that there are four other pending cases in which the plaintiffs have alleged a taking involving the same railroad right-of-way that is the subject of this action. These four other cases are pending before Judge Christine O.C. Miller. By orders dated June 24, 2008, these four cases have been consolidated. The case of Terry and Diane Winder, *et al.* v. United States, No. 08-324L, filed on May 1, 2008, is the lead case in the consolidated action. There are approximately 102 individual plaintiffs in the consolidated case. Defendant's response to the four consolidated complaints is currently due on or before September 3, 2008. See Winder, No. 08-324 L, Order, filed July 14, 2008 (Doc. 14).

5. In addition to assessing the effect of the consolidated cases pending before Judge Miller on the motion for class certification filed by the Plaintiff in this case, Defendant is filing a Notice of Related Cases in accordance with RCFC 40.2 in both Winder, No. 08-324L, and in this action. However, Defendant is not seeking consolidation of this case with Winder at this time.

6. Defendant has contacted Plaintiff's counsel of record regarding this request for an extension of time, to and including August 25, 2008, to respond to Plaintiff's motion for class certification. Plaintiff, through her counsel of record, has consented to this requested extension of time.

WHEREFORE, Defendant respectfully requests an extension of time, to and including August 25, 2008, in which to respond to Plaintiff's Motion for Class Certification.

Dated: July 8, 2008

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

s/ Kristine S. Tardiff
KRISTINE S. TARDIFF
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
TEL: (603) 230-2583
FAX: (603) 225-1577
E-MAIL: kristine.tardiff@usdoj.gov

ELIZABETH NICHOLAS
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
601 D Street, N.W., 3rd Flr., Room 3529
Washington, DC 20004
TEL: (202) 305-0436
FAX: (202) 305-0506
E-MAIL: elizabeth.nicholas@usdoj.gov