# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *
**EARLEEN FAUVERGUE**, *
*Plaintiff*, * No. 08-431L
v. *
* Senior Judge Loren A. Smith
**THE UNITED STATES**, *
* Filed: July 9, 2008
*Defendant.* *
* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby GRANTS Defendant's Motion for an Extension of Time to Respond to Plaintiff's Motion for Class Certification. Defendant's response shall be filed and served on or before August 25, 2008.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A.SMITH
SENIOR JUDGE