IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EARLEEN FAUVERGUE,<br><br>For Herself and As Representative of a Class of Similarly Situated Persons,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 08-431 |

**MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

COMES NOW Earleen Fauvergue, for herself and as representative of a class of similarly situated persons and land owners, pursuant to RCFC 15(a) and for her Motion for Leave to File First Amended Complaint, states as follows:

1. Plaintiff filed her Complaint on June 12, 2008.

2. Under RCFC 12(a)(1), the government's Answer is due on August 25, 2008.

3. Pursuant to RCFC, Rule 15(a), "A party may amend the party's pleading as a matter of course at any time before a responsive pleading is served."

4. The government has not yet filed its Answer to Plaintiff's Complaint.

5. The Plaintiff has advised counsel for the government of the Plaintiff's intention to file its First Amended Complaint and this Motion seeking leave to do so.

6. Plaintiff seeks leave to file its First Amended Complaint within forty-five days, on or before September 29, 2008.

WHEREFORE, the Plaintiff respectfully requests this Court grant Plaintiff leave to file her First Amended Complaint within forty-five days, on or before September 29, 2008.

Respectfully submitted,

LATHROP & GAGE, L.C.

Date: August 15, 2008

By: /s/ Mark F. (Thor) Hearne, II

MARK F. (THOR) HEARNE, II
LINDSAY S.C. BRINTON
MEGHAN S. LARGENT
The Equitable Building
10 South Broadway, Suite 1300
St. Louis, MO 63102-1708
Telephone: (314) 613-2500
Facsimile: (314) 613-2550
(Mailing Address)

1845 S. National
P.O. Box 4288
Springfield, MO 65804
Telephone: (417) 886-2000
Facsimile: (417) 886-9126

Franklin Square, Suite 1050 East
1300 Eye Street, NW
Washington, D.C. 20005
Telephone: (202) 962-0032
Facsimile: (202) 962-0357

Attorney for Plaintiff