IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EARLEEN FAUVERGUE<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 08-431 L<br><br>Sr. Judge Loren A. Smith |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT (Doc. 10)**

Defendant United States hereby responds to Plaintiff's motion for leave to file an amended complaint on or before September 29, 2008.

Plaintiff filed her Complaint on June 12, 2008 (Doc. 1). Under the Court's rules, Defendant's answer to that Complaint is due on or before August 25, 2008. Defendant's response to Plaintiff's motion for class certification (Doc. 4) is also due on or before August 25, 2008. See Order, dated July 9, 2008 (Doc. 9). Defendant filed its Answer (Doc. 11), and its Opposition to Plaintiff's Motion for Class Certification (Doc. 12), on August 21, 2008.

Under RCFC 15(a), leave to amend a complaint following the filing of an answer "shall be freely given when justice so requires." However, Plaintiff's motion provides no explanation as to why they are seeking leave to amend, why they are unable to file their amended pleading prior to September 29, 2008, and why "justice so requires" allowing an amendment, particularly prior to a ruling by the Court on Plaintiffs' pending motion for class certification, which Defendant opposes. These matters should be addressed by Plaintiffs prior to a ruling on their motion for leave.

Dated: August 21, 2008

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

s/ Kristine S. Tardiff
KRISTINE S. TARDIFF
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
TEL: (603) 230-2583
FAX: (603) 225-1577
E-MAIL: kristine.tardiff@usdoj.gov

ELIZABETH NICHOLAS
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
601 D Street, N.W., 3rd Flr., Room 3529
Washington, DC 20004
TEL: (202) 305-0436
FAX: (202) 305-0506
E-MAIL: elizabeth.nicholas@usdoj.gov