IN THE UNITED STATES COURT OF FEDERAL CLAIMS

EARLEEN FAUVERGUE, )
)
For Herself and As Representative of a Class of )
Similarly Situated Persons, )
)
Plaintiffs, )
) No. 08-431
vs. )
)
THE UNITED STATES OF AMERICA, )
)
Defendant. )
)

**PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

COMES NOW Earleen Fauvergue, for herself and as representative of a class of similarly situated persons and land owners, pursuant to RCFC 15(a) and for her Reply to Defendant's Response to Plaintiffs' Motion for Leave to File First Amended Complaint, states as follows:

RCFC 15(a) provides that when a party seeks to amend a pleading "leave shall be freely given when justice so requires." Plaintiff believes her request to file the First Amended Complaint is sought for precisely the purpose of furthering justice.

In the Defendant's Response to Plaintiff's Motion for Leave to File First Amended Complaint, Defendant states it does not object to Plaintiff's request but that certain "matters should be addressed by Plaintiffs prior to a ruling on their motion for leave" including "why [Plaintiffs] are seeking leave to amend, why [Plaintiffs] are unable to file their amended pleading prior to September 29, 2008, and why 'justice so requires' allowing an amendment, particularly prior to a ruling by the Court on Plaintiffs' pending motion for class certification, which Defendant opposes." (Docket No. 10).

Plaintiff's counsel is in the process of obtaining additional title documents that would clarify matters relating to the Complaint and Motion for Class Certification and the claims of the identified landowners and class members entitled to "just compensation" as plead in the original Complaint.

In past Trails Act takings cases, the government has requested that the parties provide fuller title information establishing their ownership of the property taken by operation of the Trails Act. (See, testimony of Assistant Attorney General Sansonetti, "[the DOJ desired to make] sure that, right from the get-go, the discovery process is shortened, by making sure that the plaintiff already brings to the table, right at the start, whatever deeds they're relying on, conveyances, old easements, rights-of-way, fright from the get-go. And a lot of these are, you know, nineteenth century-you know, 1904, 1910 documents.")[1]

Plaintiff's counsel has retained title companies in Jasper and Cherokee Counties that are conducting title searches and a retrieval of documents in as expeditious manner as possible and that including these documents in a First Amended Complaint would provide the Defendant and the Court with additional information concerning the Plaintiff's right to "just compensation" for the taking of her land and the claims of her neighbors and similarly situated landowners as well as reduce the Defendant's need to conduct subsequent discovery on the title issues, conserving both the Defendant's time and this Court's resources.

---

[1] U.S. House of Representatives, Judiciary Committee, Subcommittee on Commercial and Administrative Law, "Litigation and its Effect on the Rails-to-Trails Program," State of Attorney General Sansonetti, June 20, 2002.

Plaintiff's counsel believes that these additional title documents would make it easier for the Defendant to respond to the Plaintiffs' Complaint and Motion for Class Certification and allow this case to be resolved in the most expeditious manner. Further, filing a First Amended Complaint which more fully sets forth the factual record and title documents upon which the Plaintiff and similarly situated landowners premise their claim will provide the Plaintiffs opportunity to fairly present their claim for "just compensation" under the Fifth Amendment.

WHEREFORE, the Plaintiff respectfully requests this Court grant Plaintiff leave to file her First Amended Complaint within forty-five days, on or before September 29, 2008.

Respectfully submitted,

LATHROP & GAGE, L.C.

Date: August 21, 2008

By: /s/ Mark F. (Thor) Hearne, II

MARK F. (THOR) HEARNE, II
LINDSAY S.C. BRINTON
MEGHAN S. LARGENT
The Equitable Building
10 South Broadway, Suite 1300
St. Louis, MO 63102-1708
Telephone: (314) 613-2500
Facsimile: (314) 613-2550
(Mailing Address)

1845 S. National
P.O. Box 4288
Springfield, MO 65804
Telephone: (417) 886-2000
Facsimile: (417) 886-9126

Franklin Square, Suite 1050 East

1300 Eye Street, NW
Washington, D.C. 20005
Telephone: (202) 962-0032
Facsimile: (202) 962-0357

Attorney for Plaintiff