-

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| EARLEEN FAUVERGUE, | ) | |
| | ) | |
| For Herself and As Representative of a Class of Similarly Situated Persons, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 08-431 |
| vs. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

COMES NOW Earleen Fauvergue, for herself and as representative of a class of similarly situated persons and land owners, and for her Motion for Enlargement of Time to File Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Class Certification, states as follows:

1. Plaintiff filed her Motion for Class Certification on June 18, 2008 (Docket No. 4).

2. Per an extension granted by this Court, Defendant's Response to Plaintiff's Motion for Class Certification was due on August 25, 2008.

3. Defendant filed its Opposition to Plaintiff's Motion for Class Certification on August 21, 2008 (Docket No. 12).

4. Accordingly, Plaintiff's Reply to Defendant's Opposition is due on September 5, 2008.

5. Counsel for Plaintiff has been unable to fully review Defendant's Opposition and prepare a complete response because of previously-scheduled vacations for the Labor Day holiday weekend as well as various other deadlines in other cases, including drafting an Appellee Brief in the Missouri Court of Appeals that is due on September 6, 2008.

6. Accordingly, Plaintiff's counsel seeks this enlargement of time of seven (7) days noting that this enlargement of time will not significantly delay resolution of this case and is necessary in order to allow Plaintiff's counsel opportunity to provide this Court with a full and complete Reply to Defendant's Opposition.

7. This is the first enlargement of time Plaintiff has requested for filing her Reply to Defendant's Opposition.

8. Defendant's counsel has consented to this first enlargement of time in which Plaintiff may file her Reply to the Defendant's Opposition to Plaintiff's Motion for Class Certification.

WHEREFORE, Defendant's counsel having consented, Plaintiff asks this Court to grant her until Friday, September 12, 2008, to file her Reply to Defendant's Opposition to Plaintiff's Motion for Class Certification and for any other relief this Court deems just and proper.

Respectfully submitted,

LATHROP & GAGE, L.C.

Date: September 4, 2008

By: /s/ Mark F. (Thor) Hearne, II

MARK F. (THOR) HEARNE, II
LINDSAY S.C. BRINTON
MEGHAN S. LARGENT
The Equitable Building
10 South Broadway, Suite 1300
St. Louis, MO 63102-1708
Telephone: (314) 613-2500
Facsimile: (314) 613-2550
(Mailing Address)

1845 S. National
P.O. Box 4288
Springfield, MO 65804
Telephone: (417) 886-2000
Facsimile: (417) 886-9126

Franklin Square, Suite 1050 East
1300 Eye Street, NW
Washington, D.C. 20005
Telephone: (202) 962-0032
Facsimile: (202) 962-0357

Attorney for Plaintiff