# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**EARLEEN FAUVERGUE**,

*Plaintiff,*

v.

**THE UNITED STATES**,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 08-431L

Senior Judge Loren A. Smith

Filed: September 12, 2008

**ORDER**

Pursuant to Rule 40.1(b) of the Rules of the United States Court of Federal Claims, and with the concurrence of Judge Christine O.C. Miller, the Clerk of the Court is hereby directed to transfer this case to the docket of Judge Christine O.C. Miller for the efficient administration of justice.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A.SMITH
SENIOR JUDGE