# INDEX TO PLAINTIFFS' EXHIBITS

| Exhibit | Description |
|---|---|
| A | Edward L. Bright. Warranty Deed dated November 14, 1997, recorded in Book 1545, Page 2310 in the Jasper County, Missouri, Recorder of Deeds' Office. |
| B | Fred and Nancy Evans. Warranty Deed recorded in Book 194, Page 156 in the Cherokee County, Kansas, Recorder of Deeds' Office. |
| C | Fred and Nancy Evans. Warranty Deed recorded in Book 194, Page 262 in the Cherokee County, Kansas, Recorder of Deeds' Office. |
| D | Fred and Nancy Evans. Warranty Deed recorded in Book 24, Page 380 in the Cherokee County, Kansas, Recorder of Deeds' Office. |
| E | Earlene Fauvergue. Warranty Deed, recorded in Book 1473, Pages 1020-22 in the Jasper County, Missouri, Recorder of Deeds' Office. |
| F | Death Certificate of George Fauvergue |
| G | Clarence Forkner. Indenture and Warranty Deed, recorded in Book 1072, Page 525 in the Jasper County, Missouri, Recorder of Deeds' Office. |
| H | Clarence Forkner. Indenture and Warranty Deed, recorded in Book 1072, Page 526 in the Jasper County, Missouri, Recorder of Deeds' Office. |
| I | Randy and Debra Froebe. Warranty Deed, recorded in Book 251, Page 389 in the Cherokee County, Kansas, Recorder of Deeds' Office. |
| J | Randy and Debra Froebe. Warranty Deed, recorded in Book 251, Page 390 in the Cherokee County, Kansas, Recorder of Deeds' Office. |
| K | Randy and Debra Froebe. Warranty Deed, recorded in Book 259, Page 201 in the Cherokee County, Kansas, Recorder of Deeds' Office. |
| L | Geneva Grubbs. Warranty Deed, recorded in Book 220, Pages 177-180 in the Cherokee County, Kansas, Recorder of Deeds' Office. |
| M | Geneva Grubbs. Kansas Warranty Deed, recorded in Book 351, Pages 594-595 in the Cherokee County, Kansas, Recorder of Deeds' Office. |
| N | Geneva Grubbs. Warranty Deed, recorded in Book 354 Pages 556-557 in the Cherokee County, Kansas, Recorder of Deeds' Office. |
| O | Death Certificate of Ronald A. Grubbs |

| | |
|---|---|
| P | Norma Hall. Warranty Deed, recorded in Book 189, Pages 467-68 in the Cherokee County, Kansas, Recorder of Deeds' Office. |
| Q | Death Certificate of Robert Hall |
| R | Homer and Debbie Hamilton. Warranty Deed, recorded in Book 1414, Page 1377 in the Jasper County, Missouri, Recorder of Deeds' Office. |
| S | Shirley Hendricks. Tenancy Quit Claim Deed, recorded in Book 177, Page 596 in the Cherokee County, Kansas, Recorder of Deeds' Office. |
| T | Death Certificate of C.W. McDown. |
| U | David and Gale Houser. Warranty Deed, recorded in Book 220, Pages 177-180 in the Cherokee County, Kansas, Recorder of Deeds' Office. |
| V | David and Gale Houser. Warranty Deed, recorded in Book 351, Pages 594-595 in the Cherokee County, Kansas, Recorder of Deeds' Office. |
| W | David and Gale Houser. Kansas Warranty Deed, recorded in Book 334, Pages 556-557 in the Cherokee County, Kansas, Recorder of Deeds' Office. |
| X | Patrick J. O'Bryan. General Warranty Deed, recorded in Book 252, Page 76 in the Cherokee County, Kansas, Recorder of Deeds' Office. |
| Y | Lester Roark. Quit Claim Deed, recorded in Book 190, Pages 479-80 in the Cherokee County, Kansas, Recorder of Deeds' Office. |
| Z | Death Certificate of Conorma Roark. |
| AA | Donald Lee Roper, II. Indenture, recorded in Book 231, Page 476 in the Cherokee County, Kansas, Recorder of Deeds' Office. |
| BB | Ricky Russell. Warranty Deed, recorded in Book 1543, Page 842 in the Jasper County, Missouri, Recorder of Deeds' Office. |
| CC | B. Lorene Soper. Warranty Deed, recorded in Book 237 Pages 744-745 in the Cherokee County, Kansas, Recorder of Deeds' Office. |
| DD | Death Certificate of Edna Catherine Soper. |

| | |
|---|---|
| EE | B. Lorene Soper. Warranty Deed, recorded in Book 261, Page 211 in the Cherokee County, Kansas, Recorder of Deeds' Office. |
| FF | Death Certificate of William L. Soper. |
| GG | Brady and Rose Stuart. Warranty Deed, recorded in Book 1699, Pages 553-54 in the Jasper County, Missouri, Recorder of Deeds' Office. |
| HH | Historical Report, submitted as part of the Notice of Exemption. |
| II 1 | Order, dated March 13, 1876. |
| JJ 2 | Transcribed version of the March 13, 1876, Order. |
| JJ 1 | Order, dated August 16, 1876. |
| KK 2 | Transcribed version of the August 16, 1876, Order. |
| KK | Notice of Exemption, dated May 3, 2002. |
| LL | Comments on behalf of City of Jarl Junction and JTC. |
| MM | Statement of Good Cause on behalf of Joplin Trail Coalition. |
| NN | NITU issued by the STB, dated June 21, 2002. |
| OO | Request for extension of trail use negotiation period, filed November 22, 2002. |
| PP | Statement from the Cherokee County (Kansas) Landowner's Association, dated December 10, 2002. |
| QQ | Letter from the BNSF to the STB, dated December 18, 2002. |
| RR | Decision issued by the STB, dated December 19, 2002. |
| SS | Letter from the BNSF to the STB, dated October 20, 2003. |