20258

BOOK 1545 PAGE 2310

# Warranty Deed

Filed for Record on ______ 19 ___ at ______ o'clock ___ M. in Jasper County, Missouri

Document No. ______ recorded in Book ______ Page ______

Recorder of Deeds

THIS DEED, Made and entered into this 14 day of November 1997, by and between Marjorie A. Bull, a single person

party or parties of the first part, of Jasper County, State of Missouri grantor(s), and Edward L. Bright, II

party or parties of the second part, of Jasper County, State of Missouri grantee(s)

Grantee's mailing address is 1618 Cherry Blossom Lane, Carthage, MO 64836

WITNESSETH, that the said party or parties of the first part, for and in consideration of the sum of One Dollar and other valuable considerations paid by the said party or parties of the second part, the receipt of which is hereby acknowledged, does or do by these presents GRANT, BARGAIN, AND SELL, CONVEY AND CONFIRM unto the said party or parties of the second part, the following described Real Estate, situated in the County of Jasper, State of Missouri, to wit:

All of the Southwest Quarter (SW1/4) of the Northwest Quarter (NW1/4) of Section 32, Township 29, Range 32 in Jasper County, Missouri, EXCEPT any part taken or deeded for road and EXCEPT any part taken for railroad purposes.

FILED FOR RECORD

AT 3 O'CLOCK 09 MINUTES P M. NOV 17 1997

Edie Neil RECORDER
JASPER COUNTY, MISSOURI

Subject to Easements, Restrictions, and Reservations of Record, if any.

TO HAVE AND TO HOLD the premises aforesaid with all and singular, the rights, privileges, appurtenances and immunities thereto belonging or in anywise appertaining unto the said party or parties of the second part and unto the heirs and assigns of such party or parties forever, the said party or parties of the first part hereby covenanting that such party or parties are lawfully seized of an indefeasible estate in fee of the premises herein conveyed; that such party or parties have good right to convey the same; that the said premises are free and clear from any incumbrance done or suffered by such party or parties or those under whom such party or parties claim; and that party or parties of the first part will warrant and defend the title to the said premises unto the said party or parties of the second part and unto the heirs and assigns of party or parties of the second part forever, against the lawful claims and demands of all persons whomsoever, excepting however, the general taxes for the calendar year 1997 and thereafter, and special taxes becoming a lien after the date of this deed.

IN WITNESS WHEREOF, the said party or parties of the first part has or have hereunto set their hand or hands the day and year first above written.

Marjorie A. Bull (signature)
Marjorie A. Bull

STATE OF MISSOURI )
COUNTY OF JASPER ) ss.

On this 14th day of November, 1997

before me personally appeared Marjorie A. Bull

to me known to be the person or persons described in and who executed the foregoing instrument, and acknowledged that they executed the same as their free act and deed.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal at my office in Carthage, Missouri, the day and year first above written.

My term expires the 28th day of October, 2000.

Signature (signature)

Type or Print Christi Cleveland
Notary Public

(SEAL)

STATE OF MISSOURI )
COUNTY OF Jasper ) ss.

IN THE RECORDER'S OFFICE

I, Recorder of said County, do hereby certify that the within instrument of Writing was at 3:09 o'clock P M. on the 17th day of November, 1997, duly filed for record in this office, and has been recorded in Book 1545 Page 2310

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal at Carthage, Missouri, on the day and year aforesaid.

(SEAL)

EDIE NEIL
Recorder of Deeds

By (signature)
Deputy

Exhibit A

156

Entered in Transfer Record in my office this 2 day of Jan, A. D., 1976
County Clerk.

DAVID COLLINS, JR. AND DOLLY DARLENE COLLINS,
HUSBAND AND WIFE,

CONVEY ______ AND WARRANT ______ TO

FRED E. EVANS AND NANCY A. EVANS, HUSBAND AND WIFE;

as JOINT TENANTS and not as tenants in common, with full rights of survivorship, the whole estate to vest in the survivor in the event of the death of either, all the following described REAL ESTATE in the County of Cherokee and the State of Kansas, to-wit:

The West Half of the Southwest Quarter of Section Fifteen (15), in Township Thirty-three (33) South, of Range Twenty-four (24) East of the Sixth Principal Meridian, EXCEPT Railroad Right of Way;

ORIGINAL COMPARED WITH RECORD

for the sum of ***ONE DOLLAR AND OTHER VALUABLE AND ADEQUATE CONSIDERATIONS*****

EXCEPT AND SUBJECT TO:

COPIED ✓
DIRECT ✓
INDIRECT ✓
NUMERICAL ✓

Dated November 4, 1975

David Collins, Jr.

Dolly Darlene Collins

STATE OF KANSAS, CHEROKEE COUNTY, ss

BE IT REMEMBERED, That on this 4th day of NOVEMBER, A. D. 1975, before me, the undersigned, a NOTARY PUBLIC in and for the County and State aforesaid, came

DAVID COLLINS, JR., AND
DOLLY DARLENE COLLINS,
HUSBAND AND WIFE,

who are personally known to me to be the same persons who executed the within instrument of writing and such persons duly acknowledged the execution of the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal, the day and year last above written.

Hattie Shumake Notary Public.

Term expires January 24, 1976

(NOTARY PUBLIC seal — CHEROKEE COUNTY)

STATE OF Kansas
Cherokee County, } ss.
This instrument was filed for record on the 2 day of Jan, A. D., 1976 at 10:40 o'clock A M., and duly recorded in book 194 of ______ at page 156.

Billie Hiatt
Register of Deeds.

Deputy.

Fees, $______

(This form is printed by the Kansas Bar Association solely for the use of its Members)

46

Deed 194-156 ①

Exhibit B

(3)
262

Entered in Transfer Record in my office this 20th day of January, A. D., 1976
Maurice Sager
County Clerk.

Darrel G. Shumake, a single person

CONVEYS AND WARRANTS TO

Fred E. Evans and Nancy A. Evans,
Husband and Wife,

as JOINT TENANTS and not as tenants in common, with full rights of survivorship, the whole estate to vest in the survivor in the event of the death of either, all the following described REAL ESTATE in the County of Cherokee, and the State of Kansas, to-wit:

ORIGINAL COMPARED WITH RECORD

The East Half of the Southwest Quarter of Section Fifteen (15), in Township Thirty-three (33) South, of Range Twenty-four (24) East of the Sixth Principal Meridian, EXCEPT Railroad Right of Way;

for the sum of ***ONE DOLLAR AND OTHER VALUABLE AND ADEQUATE CONSIDERATIONS*****

EXCEPT AND SUBJECT TO:

[illegible] ✓
DIRECT ✓
INDIRECT ✓
NUMERICAL ✓

Dated January 19th, 1976

Darrel G. Shumake
Darrel G. Shumake

STATE OF KANSAS, CHEROKEE COUNTY, ss

BE IT REMEMBERED, That on this 19th day of JANUARY, A. D. 1976, before me, the undersigned, a NOTARY PUBLIC, in and for the County and State aforesaid, came

DARREL G. SHUMAKE,
A SINGLE PERSON;

who is personally known to me to be the same person who executed the within instrument of writing and such person duly acknowledged the execution of the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal, the day and year last above written.

Hattie Shumake
Hattie Shumake Notary Public.

Term expires January 24, 1976

HATTIE SHUMAKE NOTARY PUBLIC

STATE OF Kansas } ss.
Cherokee County,
This instrument was filed for record on the 20 day of Jan, A. D., 1976, at 10:00 o'clock A.M., and duly recorded in book 194 of at page 262

Billie Hiatt
Register of Deeds.

Deputy.

Fees, $

(This form is printed by the Kansas Bar Association solely for the use of its Members)

46

Edith

Deed 194-262 (1)

Exhibit C

# JOINT TENANCY WARRANTY DEED

(Following Kansas Statutory Warranty Form)

This 18th day of August, 1997

Richard A. Evans and Elizabeth J. Evans, husband and wife

CONVEY AND WARRANT TO

Fred E. Evans and Nancy A. Evans, husband and wife

as JOINT TENANTS and not as tenants in common, with full rights of survivorship, the whole estate to vest in the survivor in the event of the death of either, all the following described REAL ESTATE in the County of
and the State of Kansas, to-wit:

The North Half (N/2) of the Southeast Quarter (SE/4) of Section Fifteen (15), Township Thirty-three (33) South, of Range Twenty-four (24) East of the Sixth Principal Meridian, Cherokee County, Kansas, according to the United States Government Survey thereof, EXCEPT RAILROAD RIGHT-OF-WAY of the St. Louis San Francisco Railway Company, and Easement of Pipeline as of record.

Entered in Transfer Record in my office this 20th day of August A.D. 1997
Maurice Soper
County Clerk

COPIED
DIRECT
INDIRECT
NUMERICAL

REGISTER OF DEEDS CHEROKEE COUNTY KANSAS

for the sum of One Dollar and other Valuable Consideration

EXCEPT AND SUBJECT TO:

State of Kansas Cherokee County, ss
This instrument was filed for record on the 20 day of August A.D. 19 97
At 10:15 o'clock A. M. and duly recorded in Book 241 Page 380 Fee $ 6.00
Carolyn McKee
Register of Deeds

Richard A. Evans — Richard A. Evans

Elizabeth J. Evans — Elizabeth J. Evans

*STATE OF KANSAS,* Cherokee *COUNTY, ss*

*BE IT REMEMBERED, That on this* 18th *day of* August, *A.D. 19* 97, *before me, the undersigned, a Notary Public in and for the County and State aforesaid, came:*

*Richard A. Evans and Elizabeth J. Evans, husband and wife*

*who are personally known to me to be the same persons who executed the within instrument of writing and such persons acknowledged the execution of the same.*

*IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal, the day and year last above written.*

*Term expires* 5-7, *1998* Allen D McColm *Notary Public*

NOTARY PUBLIC STATE OF KANSAS ALLEN D. McCOLM My Appt. Exp. 5-7-98

Deed 24-380 (1)

Columbus State Bank

46

Exhibit D

3439 BOOK 1473 PAGE 1020

# DEED OF CO-PERSONAL REPRESENTATIVES

KNOW ALL MEN BY THESE PRESENTS, THAT

WHEREAS, the Probate Division of the Circuit Court of Jasper County, Missouri, by its Order to Sell Real Property made on the 26th day of JANUARY, 1995, did Order, Authorize and Direct the undersigned, as Co-Personal Representatives of the Estate of RONALD LEE CRAIN, Deceased, to sell at Private Sale for Cash the real property hereinafter described, belonging to the Estate of said Decedent, first having said real property appraised according to law, and

WHEREAS, in obedience to said Order We did on the 31st day of JANUARY, 1995, sell said real property at Private Sale to GEORGE FAUVERGUE AND EARLEEN FAUVERGUE, HUSBAND AND WIFE, of Jasper County, Missouri, (Mailing address P. O. Box 114, Joplin, MO 64802) for SEVEN HUNDRED FIFTY-EIGHT THOUSAND FOUR HUNDRED DOLLARS ($758,400.00) in cash, with said sale being for more than three-fourths (3/4) of the appraised value of said real property, as shown by the Inventory filed on the 6th day of DECEMBER, 1994, and

WHEREAS, on the 3RD day of FEBRUARY, 1995, WE, as Co-Personal Representatives did make and file with said Court a full Report of our proceedings under said Order to Sell Real Property, and on the 14TH day of FEBRUARY, 1995, said Court made its Order approving and confirming said sale and our Report thereof and Orders and Directing us as such Co-Personal Representatives to make, execute, acknowledge and deliver a deed to said real property to the purchasers thereof at said sale.

NOW, THEREFORE, In obedience to the Orders of said Court and in consideration of the payment to me by the said GEORGE FAUVERGUE AND EARLEEN FAUVERGUE, HUSBAND AND WIFE, of the full purchase price for said real property, the sum of SEVEN HUNDRED FIFTY-EIGHT THOUSAND FOUR HUNDRED DOLLARS ($758,400.00), the receipt of which is hereby acknowledged, WE, THOMAS L. NUTT AND BEVERLY A. EPPRIGHT, as Co-Personal Representatives of the Estate of RONALD LEE CRAIN, Deceased, do hereby SELL AND CONVEY unto the said GEORGE FAUVERGUE AND EARLEEN FAUVERGUE, HUSBAND AND WIFE, their heirs and assigns, all of the right, title and interest which the said RONALD LEE CRAIN, Deceased, had at the time of his death in and to the following described real property, lying, being and situate in JASPER County, Missouri, to-wit:

SEE DESCRIPTION ATTACHED

TO HAVE AND TO HOLD the premises aforesaid with all and singular the rights, privileges, appurtenances and immunities thereunto belonging or in anywise appertaining unto the said GEORGE FAUVERGUE AND EARLEEN FAUVERGUE, HUSBAND AND WIFE, their heirs and assigns forever.

IN WITNESS WHEREOF, WE, THOMAS L. NUTT AND BEVERLY A. EPPRIGHT, as Co-Personal Representatives of the Estate of RONALD LEE CRAIN, Deceased, have hereunto set our hands and seals on this 8th day of MARCH, 1995.

Thomas L. Nutt (signature)
THOMAS L. NUTT, Co-Personal Representative of the Estate of RONALD LEE CRAIN, Deceased

Beverly A. Eppright (signature)
BEVERLY A. EPPRIGHT, Co-Personal Representative of the Estate of RONALD LEE CRAIN, Deceased

STATE OF MISSOURI )
) ss
COUNTY OF JASPER )

On the 8th day of March, 1995, before me, the undersigned, a Notary Public in and for said County and State, personally appeared THOMAS L. NUTT AND BEVERLY A. EPPRIGHT, to me known to be the persons described in and who executed the foregoing instrument, as Co-Personal Representatives of the Estate of RONALD LEE CRAIN, Deceased, and acknowledged that they executed the same as their free act and deed.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal at Joplin, MO this 8th day of March, 19 95.

(Seal: CATHY M. [illegible] NOTARY PUBLIC NOTARY SEAL)

Cathy M. Beck (signature)
Cathy M. Beck, Notary Public

My commission expires 10-6-96

STATE OF MISSOURI } ss.
COUNTY OF JASPER }

In The Recorder's Office

*I, Edie Neil, Recorder of Deeds of said county, do hereby certify that the within instrument of writing was, on the* 9th *day of* MARCH *A.D. 19* 95 *at* 12 *o'clock and* 37 *minutes* P *M., duly filed for record in this office, and is recorded in the records of this office in* book 1473 *at page* 1020-1022

*In Witness Whereof, I have hereunto set my hand and affixed my official seal at Carthage, Mo., on the day and year aforesaid.*

EDIE NEIL [illegible]

By [illegible] Deputy

Exhibit E

LAND IN SECTION 1, TOWNSHIP 28, RANGE 34:
THE WEST 20 ACRES OF THE WEST 75 ACRES OF THE NORTH 100 ACRES OF THE SOUTHWEST
QUARTER OF SECTION 1, TOWNSHIP 28, RANGE 34, EXCEPT 20 FEET ON THE NORTH SIDE
TAKEN FOR ROAD, AND EXCEPT ANY PART TAKEN OR DEEDED FOR ROAD PURPOSES, ALL IN
JASPER COUNTY, MISSOURI.

LAND IN SECTIONS 2 AND 3, TOWNSHIP 28, RANGE 34:
ALL OF THE SOUTHEAST QUARTER OF SECTION 2, TOWNSHIP 28, RANGE 34, JASPER
COUNTY, MISSOURI, EXCEPT ANY PART TAKEN OR DEEDED FOR ROAD PURPOSES, AND
THE WEST HALF OF LOT TWO (2) OF THE NORTHWEST FRACTIONAL QUARTER OF SECTION 2
AND THE NORTH HALF OF THE NORTH HALF OF SECTION 3, ALL IN TOWNSHIP 28, RANGE
34 NOW AND MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCING AT A STONE AT
THE NORTHWEST CORNER OF SAID SECTION 2, THENCE EAST ALONG THE TOWNSHIP LINE 20
CHAINS TO A STONE, THENCE SOUTH 19 34/100 CHAINS TO A STONE; THENCE WEST 31
1/100 CHAINS TO THE STATE LINE OF MISSOURI AND KANSAS; THENCE NORTH ALONG
STATE LINE 19 28/100 CHAINS TO THE TOWNSHIP LINE, THENCE EAST ALONG TOWNSHIP
LINE 11 71/100 CHAINS TO BEGINNING, ALL IN JASPER COUNTY, MISSOURI. EXCEPT ANY
PART TAKEN OR DEEDED FOR ROAD PURPOSES, AND

ALL OF THE NORTH 65 FEET OF THE WEST HALF OF LOT ONE (1) OF THE NORTHWEST
FRACTIONAL QUARTER OF SECTION 2, AND THE NORTH 65 FEET OF THE SOUTH HALF OF
THE NORTH HALF OF SECTION 3, ALL IN TOWNSHIP 28, RANGE 34, JASPER COUNTY,
MISSOURI, EXCEPT ANY PART TAKEN OR DEEDED FOR ROAD PURPOSES.

LAND IN SECTION 11, TOWNSHIP 28, RANGE 34:
THE NORTHWEST QUARTER, EXCEPT RAILROAD RIGHT-OF-WAY,
THE NORTH HALF OF THE SOUTHWEST QUARTER, EXCEPT RAILROAD RIGHT-OF-WAY,
THE NORTHWEST QUARTER OF THE NORTHEAST QUARTER, EXCEPT THE SOUTH 150 FEET AND
EXCEPT BEGINNING 150 FEET NORTH OF THE SOUTHEAST CORNER OF SAID NORTHWEST
QUARTER OF THE NORTHEAST QUARTER, THENCE WEST 28 RODS, THENCE NORTH 28 RODS,
THENCE EAST 28 RODS, THENCE SOUTH 28 RODS TO THE POINT OF BEGINNING.
THE NORTHEAST QUARTER OF THE NORTHEAST QUARTER EXCEPT A TRACT IN THE SOUTHWEST
CORNER DESCRIBED AS BEGINNING 30 FEET NORTH AND 30 FEET EAST OF THE SOUTHWEST
CORNER OF SAID NORTHEAST QUARTER OF THE NORTHEAST QUARTER, THENCE NORTH 100
FEET, THENCE EAST 100 FEET, THENCE SOUTH 100 FEET, THENCE WEST 100 FEET TO THE
POINT OF BEGINNING.

ALSO THAT PART OF THE SOUTHEAST QUARTER OF THE NORTHEAST QUARTER OF SECTION
11, TOWNSHIP 28, RANGE 34 LYING EAST OF SMITHFIELD AND NORTH OF RAILROAD
RIGHT-OF-WAY.

ALSO THE NORTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 1-, TOWNSHIP
28, RANGE 34, EXCEPT A TRACT BEGINNING 30 FEET WEST OF THE SOUTHEAST CORNER OF
THE NORTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 11, TOWNSHIP 28,
RANGE 34, THENCE NORTH 545 FEET, THENCE WEST 400 FEET, THENCE SOUTH 545 FEET,
THENCE EAST 400 FEET TO THE POINT OF BEGINNING AND EXCEPT A TRACT COMMENCING
AT A POINT 144 FEET SOUTH OF THE NORTHEAST CORNER OF THE NORTHWEST QUARTER OF
THE SOUTHEAST QUARTER OF SECTION 11, TOWNSHIP 28, RANGE 34, THENCE WEST 24
RODS, THENCE SOUTH 39 RODS, THENCE EAST 24 RODS, THENCE NORTH 39 RODS TO THE
POINT OF BEGINNING AND EXCEPT A TRACT BEGINNING AT THE NORTHEAST CORNER OF THE
NORTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 11, TOWNSHIP 28, RANGE
34, THENCE SOUTH 144 FEET, THENCE WEST 24 RODS, THENCE NORTH 144 FEET, THENCE
EAST 24 RODS TO THE POINT OF BEGINNING, EXCEPT STREETS AND ROADS, AND EXCEPT
ANY PARTS TAKEN OR DEEDED FOR ROAD PURPOSES.

1473 1022

FILED FOR RECORD

AT 12 O'CLOCK MAR 9 1995 37 MINUTES P.M.

RECORDER
JASPER COUNTY, MISSOURI

ALSO A TRACT OF LAND DESCRIBED AS BEGINNING 928 FEET NORTH OF THE CENTER QUARTER CORNER (BEING CENTER OF SECTION), THENCE EAST 638 FEET, MORE OR LESS TO WEST LINE OF SMITHFIELD, THENCE NORTH TO NORTH LINE OF MARTIN STREET IF EXTENDED, THENCE WEST TO HALF SECTION LINE, THENCE SOUTH TO THE POINT OF BEGINNING, ALL IN SECTION 11, TOWNSHIP 28, RANGE 34, JASPER COUNTY, MISSOURI.
EXCEPT ANY PARTS TAKEN OR DEEDED FOR ROAD PURPOSES.
A TRACT DESCRIBED AS BEGINNING AT THE NORTHWEST CORNER OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER, THENCE EAST TO THE NORTHWEST CORNER OF LOT ONE HUNDRED SIX (106) IN MARTIN'S ADDITION TO SMITHFIELD, THENCE SOUTH TO THE SOUTHWEST CORNER OF LOT ONE HUNDRED ONE (101) IN MARTIN'S ADDITION TO SMITHFIELD, THENCE WEST TO THE WEST LINE OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER, THENCE NORTH TO THE PLACE OF BEGINNING, IN SECTION 11, TOWNSHIP 28, RANGE 34, JASPER COUNTY, MISSOURI.

THE EAST 23 ACRES OF THE SOUTHEAST QUARTER OF THE SOUTHWEST QUARTER AND ALL OF THE SOUTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 11, TOWNSHIP 28, RANGE 34, JASPER COUNTY, MISSOURI, EXCEPT ANY PART TAKEN OR DEEDED FOR ROAD PURPOSES.
AND EXCEPT BEGINNING AT THE SOUTHEAST CORNER OF THE SOUTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 11, TOWNSHIP 28, RANGE 34, JASPER COUNTY, MISSOURI, THENCE NORTH 0 DEGREES 00 MINUTES EAST 1326.31 FEET TO THE SOUTHEAST CORNER OF THE NORTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SAID SECTION, THENCE SOUTH 89 DEGREES 43 MINUTES 40 SECONDS WEST 430 FEET, THENCE NORTH 0 DEGREES 00 MINUTES EAST 545 FEET, THENCE NORTH 89 DEGREES 43 MINUTES 40 SECONDS EAST 34 FEET, THENCE NORTH 0 DEGREES 00 MINUTES EAST 781.07 FEET TO A POINT ON THE NORTH LINE OF THE SOUTHEAST QUARTER, SAID POINT BEING 396 FEET WEST OF THE NORTHEAST CORNER OF THE NORTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SAID SECTION, THENCE SOUTH 89 DEGREES 41 MINUTES 32 SECONDS WEST ALONG THE NORTH LINE OF THE SOUTHEAST QUARTER OF SAID SECTION 584 FEET, THENCE SOUTH 0 DEGREES 00 MINUTES WEST 2651.41 FEET TO THE SOUTH LINE OF SAID SECTION, THENCE NORTH 89 DEGREES 45 MINUTES 48 SECONDS EAST ALONG THE SOUTH LINE OF SAID SECTION 980 FEET TO THE POINT OF BEGINNING, AND EXCEPT ANY PARTS TAKEN OR DEEDED FOR ROAD PURPOSES.

LAND IN SECTION 10, TOWNSHIP 28, RANGE 34:
ALSO THAT PART OF THE NORTH ONE-HALF OF THE SOUTH ONE-HALF OF FRACTIONAL SECTION 10, TOWNSHIP 28, RANGE 34 LYING SOUTH OF RAILROAD, IN JASPER COUNTY, MISSOURI, EXCEPT ANY PART TAKEN OR DEEDED FOR ROAD OR RAILROAD PURPOSES.

LAND IN SECTION 25, TOWNSHIP 29, RANGE 34:
COMMENCING AT THE SOUTHEAST CORNER OF THE SOUTHEAST QUARTER OF SECTION 25, TOWNSHIP 29 NORTH, RANGE 34 WEST OF THE FIFTH PRINCIPAL MERIDIAN, JASPER COUNTY, MISSOURI, THENCE WEST ALONG THE SOUTH LINE OF SAID SOUTHEAST QUARTER A DISTANCE OF 904.2 FEET TO THE POINT OF BEGINNING, THENCE NORTH 2649.6 FEET TO THE NORTH LINE OF SAID SOUTHEAST QUARTER, THENCE WEST ALONG THE NORTH LINE A DISTANCE OF 1746.0 FEET TO THE NORTHWEST CORNER OF SAID SOUTHEAST QUARTER, THENCE SOUTH ALONG THE WEST LINE OF SAID SOUTHEAST QUARTER A DISTANCE OF 2649.6 FEET TO THE SOUTHWEST CORNER OF SAID SOUTHEAST QUARTER, THENCE EAST ALONG THE SOUTH LINE OF SAID SOUTHEAST QUARTER A DISTANCE OF 1746.0 FEET TO THE POINT OF BEGINNING, EXCEPT RAILROAD AND ROAD RIGHT-OF-WAY.
ALSO, ALL OF THE EAST 58 ACRES OF THE SOUTHWEST QUARTER OF SECTION 25, TOWNSHIP 29, RANGE 34, JASPER COUNTY, MISSOURI, EXCEPT ANY PART TAKEN OR DEEDED FOR ROAD PURPOSES.

13
11

END OF DOCUMENT

TYPE/PRINT IN PERMANENT BLACK INK. FOR INSTRUCTIONS SEE HANDBOOK

MISSOURI DEPARTMENT OF HEALTH AND SENIOR SERVICES

# CERTIFICATE OF DEATH

STATE FILE NUMBER 124-

REGISTRATION DISTRICT NO. 145 REGISTRAR'S NUMBER 280

**DECEDENT**

| Field | Entry |
|---|---|
| 1. DECEDENT'S NAME (First, Middle, Last) | GEORGE OSCAR FAUVERGUE |
| 2. SEX | Male |
| 3. DATE OF DEATH (Month, Day, Year) | April 24, 2006 |
| 4. SOCIAL SECURITY NO. | 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 |
| 5a. AGE - Last Birthday (Years) | 75 |
| 5b. UNDER 1 YEAR (Months / Days) | |
| 5c. UNDER 1 DAY (Hours / Minutes) | |
| 6. DATE OF BIRTH (Month, Day, Year) | Sept 24, 1930 |
| 7. BIRTHPLACE (City and State or Foreign Country) | Arma, KS |
| 8. WAS DECEDENT EVER IN U.S. ARMED FORCES? | ☐ Yes ☒ No ☐ Unk. |
| 9a. PLACE OF DEATH (Check only one) | HOSPITAL: ☒ Inpatient ☐ ER/Outpatient ☐ DOA; OTHER: ☐ Nursing Home ☐ Residence ☐ Other (Specify) |
| 9b. FACILITY NAME (If not institution, give street and number) | Freeman Hospital West |
| 9c. CITY, TOWN, OR LOCATION OF DEATH | Joplin |
| 9d. COUNTY OF DEATH | Newton |
| 10. MARITAL STATUS - Married, Never Married, Widowed, Divorced (Specify) | Married |
| 11. SURVIVING SPOUSE'S NAME (If wife, give full maiden name) | Earlene Leist |
| 12a. DECEDENT'S USUAL OCCUPATION (Give kind of work done during most of working life. Do not use retired.) | Owner/Operator |
| 12b. KIND OF BUSINESS OR INDUSTRY | Scrap Metal |
| 13a. RESIDENCE - STATE | Missouri |
| 13b. COUNTY | Jasper |
| 13c. CITY, TOWN, OR LOCATION | Carthage |
| 13d. ZIP CODE | 64836- |
| 13e. STREET AND NUMBER | 1222 County Loop 95 |
| 13f. INSIDE CITY LIMITS | ☐ Yes ☒ No |
| 13g. YEARS AT PRESENT ADDRESS | ☐ Under 5 ☐ 5-9 ☐ 10-19 ☒ 20 or more |
| 14. WAS DECEDENT OF HISPANIC ORIGIN (Specify No or Yes - If yes, specify Cuban, Mexican, Puerto Rican, etc.) | ☒ No ☐ Yes Specify: |
| 15. RACE - American Indian, Black, White, etc. (Specify) | White |
| 16. DECEDENT'S EDUCATION (Specify only highest grade completed) | Elementary/Secondary (0-12): ; College (1-4 or 5+): 1 |

**PARENTS**

| Field | Entry |
|---|---|
| 17. FATHER'S NAME (First, Middle, Last) | George D. Fauvergue |
| 18. MOTHER'S NAME (First, Middle, Maiden Surname) | Zula Todd |

**INFORMANT**

| Field | Entry |
|---|---|
| 19a. INFORMANT'S NAME (Type/Print) | Earlene Fauvergue |
| 19b. MAILING ADDRESS (Street and Number or Rural Route Number, City or Town, State, Zip Code) | 1222 County Loop 95 Carthage, MO 64836- |

**DISPOSITION**

| Field | Entry |
|---|---|
| 20a. BURIAL, CREMATION, OTHER (Specify) | Burial |
| 20b. DATE OF DISPOSITION (Month, Day, Year) | April 27, 2006 |
| 20c. PLACE OF DISPOSITION (Name of cemetery, crematory, or other place) | Evergreen Cemetery |
| 20d. LOCATION (City or Town, State) | Ft. Scott Kansas |
| 21. SIGNATURE OF FUNERAL SERVICE LICENSEE OR PERSON ACTING AS SUCH | [signature] |
| 22a. NAME AND ADDRESS OF FACILITY | Knell Mortuary Inc. 308 W. Chestnut Carthage, MO 64836 |
| 22b. FUNERAL ESTABLISHMENT LICENSE NUMBER | 500 |

**CAUSE OF DEATH**

23. PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line. — Approximate Interval Between Onset and Death

IMMEDIATE CAUSE (Final disease or condition resulting in death) a. Cerebral hemorrhage

DUE TO (OR AS A CONSEQUENCE OF): b.

DUE TO (OR AS A CONSEQUENCE OF): c.

DUE TO (OR AS A CONSEQUENCE OF): d.

Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (disease or injury that initiated events resulting in death) LAST

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.

| Field | Entry |
|---|---|
| 24. IF DECEASED WAS FEMALE 10-49, WAS SHE PREGNANT IN THE LAST 90 DAYS? | ☐ Yes ☐ No ☐ Unk. |
| 25a. WAS AN AUTOPSY PERFORMED? | ☐ Yes ☒ No |
| 25b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? | ☐ Yes ☒ No |
| 26. MANNER OF DEATH | ☒ Natural ☐ Pending Investigation ☐ Accident ☐ Suicide ☐ Could not be Determined ☐ Homicide |
| 27a. DATE OF INJURY (Month, Day, Year) | |
| 27b. TIME OF INJURY | M |
| 27c. INJURY AT WORK? | ☐ Yes ☐ No ☐ Unk. |
| 27d. DESCRIBE HOW INJURY OCCURRED | |
| 27e. PLACE OF INJURY - At home, farm, street, factory, office building, etc. (specify) | |
| 27f. LOCATION (Street and Number or Rural Route Number, City or Town, State) | |

**CERTIFIER**

| Field | Entry |
|---|---|
| 28a. (Specify) | ☒ CERTIFYING PHYSICIAN ☐ MEDICAL EXAMINER/CORONER |
| 28b. To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) stated. (Signature and Title) | [signature] |
| 28c. DATE SIGNED (Month, Day, Year) | 4/27/06 |
| 28d. TIME OF DEATH | 4:26 A M |
| 29a. NAME AND ADDRESS OF CERTIFIER (PHYSICIAN, MEDICAL EXAMINER OR CORONER) (Type or Print) | James M. Lynch 3202 McIntosh Circle Dr., Joplin, MO 64804 |
| 29b. MO. LICENSE NUMBER | R5F36 |
| 30. WAS CASE REFERRED TO MEDICAL EXAMINER/CORONER? | ☐ Yes ☒ No |
| 31. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (Type or Print) | |
| 32. REGISTRAR'S SIGNATURE | [signature] |
| 33. DATE RECEIVED BY LOCAL REGISTRAR (Month, Day, Year) | May 1, 2006 |

THIS IS A CERTIFIED COPY OF AN ORIGINAL DOCUMENT

(Do not accept if rephotographed, or if seal impression cannot be felt.)

THE REPRODUCTION OF THIS DOCUMENT IS PROHIBITED BY LAW (sec. 193.245, 193.255, & 193.315 RSMo 1994).

STATE OF MISSOURI } ss
COUNTY OF NEWTON }

I HEREBY CERTIFY that this is an exact reproduction of the certificate for the person named therein as it now appears in the permanent records of the Bureau of Vital Records of the Missouri Department of Health and Senior Services. Witness my hand as County Registrar of Vital Statistics and the Seal of the Missouri Department of Health and Senior Services this date of

May 1, 2006

[signature]
Registrar of Vital Statistics

MO 580-1103 (10-01)

**Exhibit F**

FORM NO. 16-C 3275 Filed May 24, 1966, @ 9:03 a. m.

1072/525

# Quit-Claim Deed

**This Indenture,** *Made on the* 20th *day of* May *A. D., One Thousand Nine Hundred and* Sixty-six *by and between*

GERTRUDE A. HELTON, A SINGLE PERSON

*of the County of* JASPER *, State of* MISSOURI *party of the first part, and*

CLARENCE L. FORKNER AND T. J. FORKNER, HUSBAND AND WIFE

*of the County of* JASPER *, State of* MISSOURI *parties of the second part,*

*WITNESSETH, that the said party of the first part, in consideration of the sum of*

------------------- TEN DOLLARS AND OTHER VALUABLE CONSIDERATIONS --------- ~~DOLLARS~~,

*to* them *paid by the said parties of the second part (the receipt of which is hereby acknowledged) do by these presents REMISE, RELEASE and FOREVER QUIT CLAIM unto the said parties of the second part, the following described lots, tracts or parcels of land, lying, being and situate in the County of* Jasper *and State of* Missouri *, to-wit:*

ALL OF LOT NUMBER 243 IN SKINNER'S 2nd ADDITION TO THE CITY OF CARL JUNCTION, JASPER COUNTY, MISSOURI.

*TO HAVE AND TO HOLD THE SAME, with all the rights, immunities, privileges and appurtenances thereto belonging, unto the said parties of the second part and unto* their *heirs and assigns forever; so that neither the said parties of the first part nor* their *heirs nor any other person or persons, for* them *or in* their *name or behalf, shall or will hereafter claim or demand any right or title to the aforesaid premises or any part thereof, but they and each of them shall, by these presents, be excluded and forever barred.*

*IN WITNESS WHEREOF, the said party of the first part have hereunto set* her *hand and seal the day and year above written.*

Gertrude A. Helton (Seal)

*Signed, Sealed and Delivered in Presence of*

_________________ (Seal)

_________________ (Seal)

_________________ (Seal)

Exhibit G

# WARRANTY DEED.

3276 Filed May 24, 1966, @ 9:05 a. m.

1072 / 526

FORM 1—Printed and for Sale by The Joplin Printing Company, Joplin, Mo.

**This Indenture,** Made on the 20th day of May A. D., One Thousand Nine Hundred and Sixty-six by and between

GERTRUDE A HELTON, A SINGLE PERSON

of JASPER COUNTY, MISSOURI parties of the First Part, and

CLARENCE L. FORKNER AND T. J. FORKNER, HUSBAND AND WIFE

of the County of JASPER in the State of MISSOURI parties of the Second Part:

WITNESSETH, That the said parties of the First Part, in consideration of the sum of ---------------------- TEN DOLLARS AND OTHER VALUABLE CONSIDERATIONS -------DOLLARS, to them paid by the said parties of the Second Part, the receipt of which is hereby acknowledged, do by these presents, Grant, Bargain and Sell, Convey and Confirm unto the said parties of the Second Part, their heirs and assigns, the following described Lots, Tracts or Parcels of Land lying, being and situate in the County of Jasper and State of Missouri to-wit: All

ALL OF LOTS NUMBERED 244 AND 245 IN SKINNER'S 2nd ADDITION TO THE CITY OF CARL JUNCTION, JASPER COUNTY, MISSOURI.

$ 3.30 Rev

TO HAVE AND TO HOLD, The premises aforesaid, with all and singular the rights, privileges, appurtenances and immunities thereto belonging, or in anywise appertaining unto said parties of the Second Part, and unto their heirs and assigns FOREVER; the said first parties hereby convenanting that they are lawfully seized of an indefeasible Estate in Fee in the premises herein conveyed; that they have good right to convey the same, that the said premises are free and clear of any incumbrances done or suffered by them or those under whom they claim and that they will WARRANT AND DEFEND the title of said premises unto the said parties of the Second Part, and unto their heirs and assigns FOREVER against the lawful claims and demands of all persons whomsoever

IN WITNESS WHEREOF, the said parties of the first Part have hereunto set their hands and seals the day year first above written.

Signed, Sealed and Delivered in the presence of us.

Gertrude A. Helton (SEAL)

(SEAL)

(SEAL)

(SEAL)

Exhibit H