124-18-0-20-03-001.00-0

# JOINT TENANCY WARRANTY DEED

(Following Kansas Statutory Warranty Form)

This Date, June 8, 2001

Rena Heistand, a single person

CONVEYS AND WARRANTS TO

Randy W. Froebe and Debra J. Froebe, husband and wife

as JOINT TENANTS and not as tenants in common, with full rights of survivorship, the whole estate to vest in the survivor in the event of the death of either, all the following described REAL ESTATE in County of CHEROKEE, State of KANSAS, to wit:

Lots One (1), Two (2), Three (3), Four (4), Five (5), Eight (8), Nine (9), Ten (10), Eleven (11) and Twelve (12), Block Fourteen (14), Lisle's First Addition to the City of Columbus, Cherokee County, Kansas, according to the recorded plat thereof.

for the sum of One Dollar and other good and valuable consideration

EXCEPT AND SUBJECT TO:

Rena Heistand
Rena Heistand

State of Kansas, Cherokee County, ss

**Be it remembered**, That on this Date, June 8, 2001 before me, the undersigned Notary Public in and for the County and State aforesaid, came

Rena Heistand

who is/are personally known to me to be the same person(s) who executed the within instrument of writing and such person duly acknowledged the execution of the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal, the day and year last above written.

Term Expires: 8/8/01

Donna Peterson
Notary Public

DONNA PETERSON
State of Kansas
My Appt. Exp. 8-8-01

State of Kansas Cherokee County, ss
This Instrument was filed for record on the 8th day of JUNE A.D. 2001
At 4:10 o'clock P M. and duly recorded
In Book 251 Page 389 Fee $6.00
Carolyn McKee
Carolyn McKee-Register of Deeds
By Vickie Hess, Deputy

70

Entered in Transfer Record in my office this 8th day of June A.D. 2001
Sandra Soza
County Clerk

Deed 251-389 (1)

REGISTER OF DEEDS CHEROKEE COUNTY KANSAS

389
389

**Exhibit I**

124-18-0-20-03-001.01-0

390

# QUITCLAIM DEED
## Joint Tenancy

THIS DEED, Made this date June 8, 2001, between

Rena Heistand, a single person,

as first party and

Randy W. Froebe and Debra J. Froebe, husband and wife, as joint tenants with the right of survivorship and not as tenants in common,

as second party.

WITNESSETH, that first party, in consideration of the sum of

one dollar ($1.00) and other good and valuable consideration, the receipt of which is hereby acknowledged , do hereby these presents CONVEY AND QUITCLAIM unto second party, as joint tenants, all the estate, right, title, interest, and claim which first party has in and to the following described real estate situated in the County of Cherokee and State of Kansas, to-wit:

A part of Section Eighteen (18), Township Thirty-three (33) South, Range Twenty-four (24) East of the Sixth Principal Meridian, Cherokee County, Kansas, more particularly described as: Beginning at the Northwest Corner of Lot Five (5), Block Fourteen (14), Lisle's Addition to the City of Columbus, thence North to the South Railroad Right-of-way Line, thence Northeasterly Two Hundred Forty (240') feet, thence South Sixty-five (65') feet, thence West Two Hundred (240') feet, to point of beginning, being a part of vacated Lima Street.

TO HAVE AND TO HOLD THE SAME, Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in any wise appertaining, forever.

IN WITNESS WHEREOF, first party has executed this deed on the day and year first above written.

Rena Heistand (signature)
Rena Heistand

STATE OF KANSAS, CHEROKEE COUNTY, ss.

BE IT REMEMBERED, That on this 8TH day of June, 2001, before me, the undersigned, notary public in and for the County and State aforesaid, came

Rena Heistand

personally known to me to be the same person(s) who executed the foregoing deed, and duly acknowledged the execution of the same.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed my official seal on the day and year last above written.

My appointment expires: 8/8/01

Donna Peterson (signature)
Notary Public

DONNA PETERSON
State of Kansas
My Appt. Exp. 8-8-01

70

Entered in Transfer Record in my office this 8th day of June A.D. 2001
Sandra Soper (signature)
County Clerk

INDEXED
DIRECT
INDIRECT
NUMERICAL

REGISTER OF DEEDS CHEROKEE COUNTY KANSAS

State of Kansas Cherokee County, ss
This instrument was filed for record on
the 8th day of JUNE A.D. 2001
At 4:10 o'clock P M. and duly recorded
In Book 251 Page 390 Fee $ 6.00
Carolyn J McKee (signature)
Carolyn McKee-Register of Deeds
By Vickie Hess Deputy

Deed 25-390 (1)

Exhibit J

611804

124-18-0-20-03-002.00-0
124-18-0-20-03-002.01-0

REGISTER OF DEEDS CHEROKEE COUNTY KANSAS

State of Kansas Cherokee County, ss
This instrument was filed for record on
the 1st day of JULY A.D. 2004
At 11:25 o'clock A. M. and duly recorded
In Book 259 Page 201-2 Fee $ 12.00
Carolyn McKee
Carolyn McKee-Register of Deeds

COPIED
DIRECT
INDIRECT
NUMERICAL

# KANSAS WARRANTY DEED

Joint Tenants

Grantor(s): **Thelma I. Myers, a single person**

Grantee(s): **Randy W. Froebe and Debra J. Froebe, husband and wife**
Grantee(s) mailing address: ,

In consideration of One Dollar and other valuable consideration, the receipt of which is hereby acknowledged, the Grantor(s) ***GRANT, BARGAIN, SELL AND CONVEY*** to Grantee(s), as joint tenants with right of survivorship, the following described premises, to wit:

> **Lot Numbers Six (6) and Seven (7) in Block Number Fourteen (14), in Lisle's Addition to the City of Columbus, Cherokee County, Kansas, according to the recorded plat thereof,**
> **AND,**
> **Lots One (1), Two (2), Three (3), Four (4), Five (5), Six (6), Eight (8), Nine (9), Ten (10), Eleven (11), and Twelve (12), in Block Fifteen (15), Lisle's Addition to the City of Columbus, Cherokee County, Kansas, according to the recorded plat thereof,**
> **AND,**
> **all that piece or parcel of land lying North of said Block 15 and between said Block 15 and the right-of-way of the St. Louis & San Francisco Railroad,**
> **AND,**
> **the vacated Second Street between Blocks Fourteen (14) and Fifteen (15) and the vacated alley running East and West between said lots.**

Subject to all easements, restrictions, reservations and covenants, if any, now of record

The Grantor(s) hereby covenanting that the Grantor(s), their heirs, successors and assigns, will ***WARRANT AND DEFEND*** the title to the premises unto the Grantee(s), their heirs, successors and assigns, against the lawful claims of all persons whomsoever, excepting however the general taxes for the current calendar year and thereafter, and the special taxes becoming a lien after the date of this deed.

Dated: 7-1-04

Thelma I. Myers
Thelma I. Myers

**Exhibit K**

File No.: 388242

Entered in Transfer Record in my office this 1st day of July A.D. 2004
Sandra Soper
County Clerk

Deed 259-201-2
①

1004 E. Buckeye
Columbus KS 66725

STATE OF Kansas )
) ss.
COUNTY OF Cherokee )

On 7-1-04 this deed was acknowledged before me by **Thelma I. Myers, a single person**, Grantor(s).

Kellie Allen
Notary Public

My appointment expires: 3-27-06

NOTARY PUBLIC-State of Kansas
KELLIE ALLEN
Cherokee County
My Appt. Expires 3-27-06

File No.: 388242

Deed 259-201-2

(2)

WARRANTY DEED

TT# Cr 187

ORIGINAL COMPARED WITH RECORD

MYRL DEAN ROAM, A SINGLE PERSON;
BONNIE LOUISE TEEL AND KENNETH TEEL, WIFE AND HUSBAND;
BARBARA JANE MESSER AND EUGENE MESSER, WIFE AND HUSBAND;
LOIS JEAN JONES AND FORREST H. JONES, WIFE AND HUSBAND;
AUDREY LEE WESTERVELT AND JAMES E. WESTERVELT, WIFE AND HUSBAND;
BETTY JOAN GARDNER AND EUGENE GARDNER, WIFE AND HUSBAND;
VIVIAN LOU ROAM, FORMERLY VIVIAN LOU SROUFE, A SINGLE PERSON;
EDITH FAYE BAUMBACH AND DON BAUMBACH, WIFE AND HUSBAND;

CONVEY AND WARRANT TO

DAVID E. HOUSER
AND
RONALD A. GRUBBS,

all the following described REAL ESTATE in the County of Cherokee and State of Kansas, to-wit:

> All that part of the Northeast Quarter of Section Eighteen (18), lying South of the Right of Way of the St. Louis and San Francisco Railway Company, in Township Thirty-three (33) South, of Range Twenty-four (24) East of the Sixth Principal Meridian, EXCEPT Beginning 982 Feet East of the Southwest Corner of the Northeast Quarter of said Section 18, Township 33, Range 24, thence East 780 Feet, thence North 400 Feet, thence West 780 Feet, thence South 400 Feet to point of beginning; AND EXCEPT Right of Way of the Kansas Natural Gas, Oil Pipe Line and Improvement Company; AND EXCEPT Pole Line Permit of the Empire District Electric Company; AND EXCEPT Right of Way Easement to Southwestern Bell Telephone Company; AND SUBJECT to Right of Way Easement executed in favor of Michael E. Newberry and Jackie L. Newberry, husband and wife, and duly recorded in Book 28 at Pages 514-515, in the office of the Register of Deeds of Cherokee County, Kansas;

for the sum of ONE DOLLAR AND OTHER VALUABLE AND ADEQUATE CONSIDERATIONS****************************************************************

EXCEPT AND SUBJECT TO:

DATED October 2 1987.

Myrl Dean Roam
Myrl Dean Roam

Bonnie Louise Teel
Bonnie Louise Teel

Kenneth Teel
Kenneth Teel

60

Deed 220-177-180
①

Exhibit L

177

Barbara Jane Messer

Eugene Messer

Lois Jean Jones

Forrest H. Jones

Audrey Lee Westervelt

James E. Westervelt

Betty Joan Gardner

Eugene Gardner

Vivian Lou Roam, formerly
Vivian Lou Sroufe

Edith Faye Baumbach

Don Baumbach
Sellers

STATE OF KANSAS,
ss:
CHEROKEE COUNTY,

BE IT REMEMBERED, That on this 2nd day of October, 1987, before me, the undersigned, a Notary Public, in and for the County and State aforesaid, came

MYRL DEAN ROAM, A SINGLE PERSON;
LOIS JEAN JONES AND FORREST H. JONES, WIFE AND HUSBAND;
AUDREY LEE WESTERVELT AND JAMES E. WESTERVELT, WIFE AND HUSBAND;
BETTY JOAN GARDNER AND EUGENE GARDNER, WIFE AND HUSBAND;
AND
VIVIAN LOU ROAM, FORMERLY VIVIAN LOU SROUFE, A SINGLE PERSON;

who are personally known to me to be the same persons who executed the within instrument of writing and such persons duly acknowledged the execution of the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal, the day and year last above written.

Hattie Shumake - Notary Public

My Appointment Expires:
January 24, 1988.

*********************************

Deed 220-177-180 (2)

STATE OF *Missouri*
ss:
COUNTY OF *Jasper*

BE IT REMEMBERED, That on this *2nd* day of *November, 1987* 1987, before me, the undersigned, a Notary Public, in and for the County and State aforesaid, came

BONNIE LOUISE TEEL, WIFE OF KENNETH TEEL,
ONE OF THE GRANTORS HEREIN;

who are personally known to me to be the same persons who executed the within instrument of writing and such persons duly acknowledged the execution of the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal, the day year last above written.

NOTARY SEAL

*Rae M. Hall*
\- Notary Public

My Appointment Expires:
*3-30-91*

**************************************

STATE OF KANSAS,
ss:
CHEROKEE COUNTY,

BE IT REMEMBERED, That on this 2nd day of October, 1987, before me, the undersigned, a Notary Public, in and for the County and State aforesaid, came

BARBARA JANE MESSER AND EUGENE MESSER,
HUSBAND AND WIFE;

who are personally known to me to be the same persons who executed the within instrument of writing and such persons duly acknowledged the execution of the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal, the day and year last above written.

*Hattie Shumake*
Hattie Shumake - Notary Public

My Appointment Expires:
January 24, 1988

NOTARY PUBLIC

*Deed 220-177-180 (B)*

*******************************************

STATE OF KANSAS,
ss:
CHEROKEE COUNTY,

BE IT REMEMBERED, That on this 2nd day of October, 1987, before me, the undersigned, a Notary Public, in and for the County and State aforesaid, came

EDITH FAYE BAUMBACH AND DON BAUMBACH
WIFE AND HUSBAND;

who are personally known to me to be the same persons who executed the within instrument of writing and such persons duly acknowledged the execution of the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal, the day and year last above written.

HATTIE SHUMAKE NOTARY PUBLIC

Hattie Shumake
Hattie Shumake - Notary Public

My Appointment Expires:
January 24, 1988

*******************************************

STATE OF KANSAS,
ss:
CHEROKEE COUNTY,

BE IT REMEMBERED, That on this 2nd day of October, 1987, before me, the undersigned, a Notary Public, in and for the County and State aforesaid, came

KENNETH TEEL, HUSBAND OF BONNIE TEEL,
ONE OF THE GRANTORS HEREIN;

who is personally known to me to be the same person who executed the within instrument of writing and such person duly acknowledged the execution of the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal, the day and year last above written.

HATTIE SHUMAKE NOTARY PUBLIC

Hattie Shumake
Hattie Shumake - Notary Public

My Appointment Expires:
January 24, 1988.

32C DEED

Entered in Transfer Record my office this 31 day of March A.D. 1988
Maurice Sope
County Clerk

REGISTER OF DEEDS CHEROKEE COUNTY

State of Kansas Cherokee County, ss
This instrument was filed for record on the 31 day of March A.D. 19 88
At 9:15 o'clock A.M. and duly recorded
In Book 220 Page 177-180 Fee $ 8.00
Audrey Westerwelt
Register of Deeds
By Carolyn McKee, Deputy

COPIED ✓
DIRECT ✓
INDIRECT ✓
NUMERICAL ✓

Deed 220-177-180
(4)

Col St Bk

124-18-0-10-02-001.00-0

012710

State of Kansas
Cherokee County
Register of Deeds
Christy Grant
Book: 351 Page: 594
Receipt #: 4307 Total Fees: $12.00
Pages Recorded: 2
Cashier Initials: JMG

Date Recorded: 5/9/2006 10:42:31 AM

Entered in Transfer Record in my office this 9th day of May A.D. 20 06
County Clerk

# KANSAS WARRANTY DEED

Joint Tenants

Grantor(s): **David E. Houser and Gail Houser, husband and wife and Ronald A. Grubbs and Geneva Grubbs, husband and wife**

Grantee(s): **Rhonda Loar and John Lock, Jr.**

In consideration of One Dollar and other valuable consideration, the receipt of which is hereby acknowledged, the Grantor(s) ***GRANT, BARGAIN, SELL AND CONVEY*** to Grantee(s), as joint tenants with right of survivorship, the following described premises, to wit:

> **A portion of the Northeast Quarter (NE/4) of Section Eighteen (18), Township Thirty-three (33) South, Range Twenty-four (24) East of the Sixth Principal Meridian, Cherokee County, Kansas, according to the United States Government Survey thereof, bounded and described as follows: Beginning at the Southeast Corner of said Northeast Quarter (NE/4); thence West along the South line of said Northeast Quarter (NE/4) a distance of Five hundred eighty and seventy-five hundredths (580.75) feet; thence North and perpendicular to said South line a distance of Nine hundred two and fifty-two hundredths (902.52) feet to the Southerly right of way line of a railroad; thence Southeasterly along said right of way line a distance of Six hundred fifty-four and seventy-nine hundredths (654.79) feet to a point on the East line of said Northeast Quarter (NE/4); thence South along said East line a distance of Five hundred ninety-seven and thirty-five hundredths (597.35) feet to the point of beginning.**

Subject to all easements, restrictions, reservations and covenants, if any, now of record

The Grantor(s) hereby covenanting that the Grantor(s), their heirs, successors and assigns, will ***WARRANT AND DEFEND*** the title to the premises unto the Grantee(s), their heirs, successors and assigns, against the lawful claims of all persons whomsoever, excepting however the general taxes for the current calendar year and thereafter, and the special taxes becoming a lien after the date of this deed.

Deed 351-594-595 (1)

File No.: 701898



**Exhibit M**

(60)

Dated: May 5, 2006

David E. Houser

Gail Houser

Ronald A. Grubbs

Geneva Grubbs

STATE OF Kansas )
) ss.
COUNTY OF Cherokee )

On May 5, 2006 this deed was acknowledged before me by **David E. Houser and Gail Houser, husband and wife,** Grantor(s).

Notary Public

My appointment expires: 7/31/07

Rebecca L. Perdue
Notary Public
State of Kansas
My Appt. Exp. 7/31/07

STATE OF Kansas )
) ss.
COUNTY OF Cherokee )

On May 4, 2006 this deed was acknowledged before me by **Ronald A. Grubbs and Geneva Grubbs, husband and wife,** Grantor(s).

Notary Public

My appointment expires: 7/31/07

Rebecca L. Perdue
Notary Public
State of Kansas
My Appt. Exp. 7/31/07

Deed 351-594, 595 (2)

012830

Split out of
124-18-0-10-02-001.00-0

Exception to legal on deed 220-177-180

State of Kansas
Cherokee County
Register of Deeds
Christy Brant
Book: 354 Page: 556
Receipt #: 4773
Total Fees: $12.00
Pages Recorded: 2
Cashier Initials: BSB

Date Recorded: 6/23/2006 3:09:23 PM

Entered in Transfer Record in my office this 23rd day of June A.D. 20 06

[signature]
County Clerk

# KANSAS WARRANTY DEED

Joint Tenants

Grantor(s): **David E. Houser and Gail Houser, husband and wife and Ronald A. Grubbs and Geneva Grubbs, husband and wife**

Grantee(s): **Gerald W. Longtin and Denise L. Longtin, husband and wife**

In consideration of One Dollar and other valuable consideration, the receipt of which is hereby acknowledged, the Grantor(s) ***GRANT, BARGAIN, SELL AND CONVEY*** to Grantee(s), as joint tenants with right of survivorship, the following described premises, to wit:

**A portion of the Northeast Quarter of Section 18, Township 33 South, Range 24 East of the Sixth Principal Meridian, Cherokee County, Kansas, according to the United States Government thereof, bounded and described as follows:Beginning at the Southwest Corner of said Northeast Quarter (NE/4); thence East along the South line of said Northeast Quarter a distance of 962 feet; thence North and parallel with the West line of said Northeast Quarter a distance of 400 feet; thence East and parallel with said South line a distance of 180 feet; thence North and parallel with said West line to the Southerly Right of Way Line of a Railroad; thence Westerly along said Right of Way Line to said West line; thence South along said West line to the point of beginning. EXCEPT commencing at said Southwest Corner of the Northeast Quarter; thence North along said West line a distance of 1100 feet; thence East and parallel with said South line a distance of 210 feet to the point of beginning; thence East and parallel said South line a distance of 218 feet; thence North and parallel with said West line a distance of 200 feet; thence West and parallel with said South line a distance of 218 feet; thence South and parallel with said West line a distance of 200 feet to the point of beginning.**

Subject to all easements, restrictions, reservations and covenants, if any, now of record

The Grantor(s) hereby covenanting that the Grantor(s), their heirs, successors and assigns, will ***WARRANT AND DEFEND*** the title to the premises unto the Grantee(s), their heirs, successors and assigns, against the lawful claims of all persons whomsoever, excepting however the general taxes for the current calendar year and thereafter, and the special taxes becoming a lien after the date of this deed.

U.S._Kansas_Warranty Deed_Rev.(7/12/04)

**Exhibit N**

File No.: 719870

Deed 354-556-557

161

Dated: June 20, 2006

David E. Houser

Gail Houser

Ronald A. Grubbs

Geneva Grubbs

STATE OF Kansas )
) ss.
COUNTY OF Cherokee )

On June 20, 2006 this deed was acknowledged before me by **David E. Houser and Gail Houser, husband and wife**, Grantor(s).

Notary Public

My appointment expires: **7/31/07**

Rebecca L. Perdue
Notary Public
State of Kansas
My Appt. Exp. 7/31/07

STATE OF Kansas )
) ss.
COUNTY OF Cherokee )

On June 19, 2006 this deed was acknowledged before me by **Ronald A. Grubbs and Geneva Grubbs, husband and wife**, Grantor(s).

Notary Public

My appointment expires: **7/31/07**

Rebecca L. Perdue
Notary Public
State of Kansas
My Appt. Exp. 7/31/07



Deed 354-556-557

Ce 64

Kansas Department of Health and Environment
Office of Vital Statistics

# CERTIFICATE OF DEATH

115-2007-22515
State File Number

| | | | | |
|---|---|---|---|---|
| 1. Decedent's Legal Name (First, Middle, Last): RONALD A GRUBBS | 2. Sex: MALE | 3. Date Of Death (Month, Day, Year): 12/08/2007 | 4. Social Security Number: 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 | 5. Date Filed By State Registrar: 12/27/2007 |
| 6a. Date Of Birth (Month, Day, Year): 11/03/1932 | 6b. Age: 75 YEAR(S) | 7. Place Of Birth (City And State Or Foreign Country): KANSAS CITY, MISSOURI | 8. Decedent Ever In U.S. Armed Forces: YES | |
| 9a. Place Of Death: INPATIENT | 9b. Facility Name (If Not Institution, Street And Number): ST JOHNS-MAUDE NORTON MEMORIAL HOSPITAL | 9c. City Or Town Of Death: COLUMBUS | 9d. Zip Code: 66725 | |
| 9e. County Of Death: CHEROKEE | 10. Marital Status: MARRIED | 11. Surviving Spouse (If Wife, Name Before First Marriage): GENEVA SOPER | 12a. Residence State or Foreign Country: KANSAS | |
| 12b. County or Province: CHEROKEE | 12c. City Or Town: COLUMBUS | 12d. Street Address: 1911 E MAPLE | 12e. Zip Code: 66725 | 12f. Inside City Limits: YES |
| 13. Decedent's Ancestry: AMERICAN | 14. Decedent's Race: WHITE | | | |
| 15. Decedent's Hispanic Origin: NOT SPANISH, HISPANIC, LATINO | | | | |
| 16. Decedent's Education: HIGH SCHOOL GRADUATE OR GED COMPLETED | 17. Decedent's Occupation: SELF -EMPLOYED | 18. Decedent's Industry: PEST CONTROL | | |
| 19. Father's Name (First, Middle, Last): MERRILL GRUBBS | 20. Mother's Name Prior To First Marriage (First, Middle, Last): SARAH GRAY | | | |
| 21a. Informant's Name (First, Middle, Last): GENEVA GRUBBS | 21b. Mailing Address (Street, Number, City, State, And Zip Code): 1911 E MAPLE, COLUMBUS, KANSAS, 66725 | 21c. Relationship To Decedent: WIFE | | |
| 22. Method Of Disposition: BURIAL | 23a. Place Of Disposition: PARK CEMETERY | 23b. Location: COLUMBUS, KANSAS | | |
| 24. Funeral Service Licensee And License Number: /S/ KEITH S BALLANTYNE - 2680 | 25. Name Of Embalmer And License Number: KEITH S BALLANTYNE - 3634 | | | |
| 26. Name And Address Of Firm: MURDOCK FUNERAL HOME-COLUMBUS, 132 E PINE, COLUMBUS, KANSAS, 66725 | | | | |

27. Cause Of Death
*Part I.* Events (diseases, injuries, or complications) that directly caused the death.

| | | Approximate Interval: Onset To Death |
|---|---|---|
| IMMEDIATE CAUSE (Final Disease Or Condition Resulting In Death) | a. RENAL FAILURE | 2 MONTHS |
| | Due To (Or As A Consequence Of): b. RENAL LIPOSARCOMA | 5 YRS. |
| Conditions, if any, leading To cause listed on line a. UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LISTED LAST | Due To (Or As A Consequence Of): c. | |
| | Due To (Or As A Consequence Of): d. | |
| | Due To (Or As A Consequence Of): | |

| | | | |
|---|---|---|---|
| *Part II.* Other Significant Conditions Contributing To Death But Not Resulting In The Underlying Cause Given In Part I.: HYPERTENSION | 28a. Autopsy: UNKNOWN | 28b. Autopsy Findings Available To Complete The Cause Of Death: | 28c. Coroner Contacted: NO |
| 29. Did Tobacco Use Contribute To Death?: NO | 30. If Female: | 31. Manner Of Death: NATURAL | |
| 32a. Date Of Injury (Month, Day, Year): | 32b. Time Of Injury: | 32c. Injury At Work: | 32d. How Injury Occurred: |
| 32e. Place Of Injury: | 32f. Location (Street And Number Or Rural Route, City Or Town, State, And Zip Code): | | |
| 33a. Date Pronounced Dead (Month, Day, Year): 12/08/2007 | 33b. Time Pronounced Dead: 10:40 AM | 33c. Actual Or Presumed Time Of Death: 10:40 AM | 33d. Name Of Person Pronouncing Death: / 33e. License No.: |
| 34a. Pronouncing and Certifying Physician: /S/ DARCY SELENKE - MD | 34b. License No.: 430972 | 34c. Date Certified (Month, Day, Year): 12/21/2007 | 34d. Address And Zip Code Of Person Completing Cause Of Death: 101 W SYCAMORE, COLUMBUS, KANSAS, 66725 |

VS231A - Rev. 06/18/2004

DEATH 1/2/2008 T2400093440 01 200704022515 7c vg Processing

**Exhibit O**

This is a true and correct copy of the official record on file in the Office of Vital Statistics, Topeka, Kansas, certified on the date stamped below.

2008 JAN -2 AM 11:19

Lorne A. Phillips, Ph.D.
State Registrar
Office of Vital Statistics
Department of Health & Environment

A03687225

It is in violation of KSA 65-2422d(g) to "prepare or issue any certificate which purports to be an original, certified copy or copy of a certificate of birth, death or fetal death, except as authorized in this act or rules and regulations adopted under this act."

**CERTIFIED COPIES WILL BE PRODUCED ON MULTI-COLOR SECURITY PAPER.**

State of Kansas Cherokee County Register of Deeds Christy Grant
Book: 387 Page: 664
Receipt #: 10442 Total Fees: $12.00
Pages Recorded: 2
Cashier Initials: DLG

Date Recorded: 3/6/2008 9:23:41 AM

Book: 387 Page: 665

JOINT TENANCY

467

This Indenture, Made this 19th day of August A. D., One Thousand Nine Hundred Sixty-five by and between

ORIGINAL COMPARED WITH RECORD

Nellie B. Brown, also known as Nellie . . Brown, formerly Nellie B. Paxson, a single person,

of Cherokee County, in the State of Kansas of the first part, and

Robert D. Hall and Norma Lou Hall, Husband and Wife, as joint tenants with right of survivorship,

of Cherokee County, in the State of Kansas of the second part,

*WITNESSETH: THAT SAID PART Y OF THE FIRST PART, in consideration of the sum* of ***ONE DOLLAR AND OTHER VALUABLE AND ADEQUATE CONSIDERATIONS*~~DOLLARS~~* *the receipt of which is hereby acknowledged, do es by these presents, Grant, Bargain, Sell and Convey unto the said parties of the second part, and the survivor of them, as joint tenants, and not as tenants in common, all the following described real estate, situated in the County of* Cherokee, *and State of Kansas, to-wit:*

The Northeast Quarter of Section Number Fourteen (14), in Township Number Thirty-three (33) South, of Range Number Twenty-four (24) East of the Sixth Principal Meridian, EXCEPT Railroad Right of Way, and also EXCEPT Right of Way conveyed to the State of Kansas for Public Highway along the North end thereof;

*TO HAVE AND TO HOLD THE SAME, Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in any wise appertaining, forever. And said* Party of the First Part, for herself, her ~~xxx~~ *heirs, executors or administrators, do es hereby covenant, promise and agree to and with said parties of the second part, that at the delivery of these presents* she is *lawfully seized in* her *own right of an absolute and indefeasible estate of inheritance, in fee simple, of and in all and singular the above granted and described premises, with the appurtenances, that the same are free, clear, discharged and unincumbered of and from all former and other grants, titles, charges, estates, judgments, taxes, assessments and incumbrances, of what nature or kind soever:*

*and that* she *will warrant and forever defend the same unto the said parties of the second part, their assigns, and the heirs and assigns of the survivor of them, against said part y of the first part,* her *heirs, and all and every person or persons whomsoever, lawfully claiming or to claim the same.*

*IN WITNESS WHEREOF, The said part y of the first part has hereunto set* her *hand the day and year first above written.*

Nellie B. Brown (signature)
Nellie B. Brown

38

Deed 189-467-468 (1) 467

Exhibit P

468

KANSAS ACKNOWLEDGMENT

STATE OF KANSAS }
County of CHEROKEE } ss.

BE IT REMEMBERED, That on this 19th day of August A.D. 19 65 before me, the undersigned, a Notary Public in and for said County and State, came Nellie Brown, a/k/a Nellie Brown, formerly Nellie B. Paxson, a single person, who is personally known to me to be the same person who executed the within instrument of writing, and duly acknowledged the execution of the same.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my official seal the day and year last above written.

My commission expires January 24, 19 68

Hattie Shumake
Hattie Shumake - Notary Public

KANSAS ACKNOWLEDGMENT

STATE OF ______ }
County of ______ } ss.

BE IT REMEMBERED, That on this ______ day of ______ A.D., 19___ before me, the undersigned, a Notary Public in and for said County and State, came ______ who ______ personally known to me to be the same person ______ who executed the within instrument of writing, and duly acknowledged the execution of the same.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my official seal the day and year last above written.

______

My commission expires ______ 19___ ______

ORIGINAL COMPARED WITH RECORD

**Warranty Deed**
JOINT TENANCY

FROM
Nellie B. Brown, a/k/a Nellie Brown, formerly Nellie B. Paxson, a single person

TO
Robert D. Hall and Norma Lou Hall

Entered in Transfer Record in my office this 13th day of February 1974
Maurine Lyon
County Clerk

STATE OF KANSAS, Cherokee County, } ss.

Received for Record on the 12 day of Feb 1974 at 1:40 o'clock P.M. and duly Recorded in Book 189 of ______ at Page 467-8
Billie Hiatt
Register of Deeds.

Fee, $ ______

COPIED ✓
DIRECT ✓
INDIRECT ✓
NUMERICAL ✓

Rt. 2, Columbus, Ks.

Deed 189-467-468
(2)

468

TYPE/PRINT IN PERMANENT BLACK INK. FOR INSTRUCTIONS SEE HANDBOOK.

MISSOURI DEPARTMENT OF HEALTH AND SENIOR SERVICES

# CERTIFICATE OF DEATH

STATE FILE NUMBER 124 -

REGISTRATION DISTRICT NO. 145 REGISTRAR'S NUMBER 785

**DECEDENT**

- 1. DECEDENT'S NAME (First, Middle, Last): Robert Dean Hall
- 2. SEX: Male
- 3. DATE OF DEATH (Month, Day, Year): December 13, 2006
- 4. SOCIAL SECURITY NO.: 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
- 5a. AGE - Last Birthday (Years): 81
- 5b. UNDER 1 YEAR (MONTHS / DAYS):
- 5c. UNDER 1 DAY (HOURS / MINUTES):
- 6. DATE OF BIRTH (Month, Day, Year): June 10, 1925
- 7. BIRTHPLACE (City and State or Foreign Country): Neutral, Kansas
- 8. WAS DECEDENT EVER IN U.S. ARMED FORCES? ☒ Yes ☐ No ☐ Unk.
- 9a. PLACE OF DEATH (Check only one): HOSPITAL: ☒ Inpatient ☐ ER/Outpatient ☐ DOA OTHER: ☐ Nursing Home ☐ Residence ☐ Other (Specify)
- 9b. FACILITY NAME (If not institution, give street and number): Freeman Hospital
- 9c. CITY, TOWN, OR LOCATION OF DEATH: Joplin
- 9d. COUNTY OF DEATH: Newton
- 10. MARITAL STATUS - Married, Never Married, Widowed, Divorced, (Specify): Married
- 11. SURVIVING SPOUSE'S NAME (If wife, give full maiden name): Norma L. Handshy
- 12a. DECEDENT'S USUAL OCCUPATION (Give kind of work done during most of working life. Do not use retired.): Farmer
- 12b. KIND OF BUSINESS OR INDUSTRY: Agriculture
- 13a. RESIDENCE - STATE: Kansas
- 13b. COUNTY: Cherokee
- 13c. CITY, TOWN, OR LOCATION: Columbus
- 13d. ZIP CODE: 66725
- 13e. STREET AND NUMBER: 4892 SE. Hwy 160
- 13f. INSIDE CITY LIMITS: ☐ Yes XX No
- 13g. YEARS AT PRESENT ADDRESS: ☐ Under 5 ☐ 5-9 ☐ 10-19 ☒ 20 or more
- 14. WAS DECEDENT OF HISPANIC ORIGIN (Specify No or Yes - If yes, specify Cuban, Mexican, Puerto Rican, etc.): XX No ☐ Yes Specify: English
- 15. RACE - American Indian, Black, White, etc. (Specify): White
- 16. DECEDENT'S EDUCATION (Specify only highest grade completed): Elementary/Secondary (0-12): 12 College (1-4 or 5+):

**PARENTS**

- 17. FATHER'S NAME (First, Middle, Last): John Morton Hall
- 18. MOTHER'S NAME (First, Middle, Maiden Surname): Eva Livingston

**INFORMANT**

- 19a. INFORMANT'S NAME (Type/Print): Norma L. Hall
- 19b. MAILING ADDRESS (Street and Number or Rural Route Number, City or Town, State, Zip Code): 4892 SE Hwy 160 Columbus, Kansas 66725

**DISPOSITION**

- 20a. BURIAL, CREMATION, OTHER (Specify): Burial
- 20b. DATE OF DISPOSITION (Month, Day, Year): Dec. 16, 2006
- 20c. PLACE OF DISPOSITION (Name of cemetery, crematory, or other place): Park Cemetery
- 20d. LOCATION (City or Town, State): Columbus, Kansas
- 21. SIGNATURE OF FUNERAL SERVICE LICENSEE OR PERSON ACTING AS SUCH: [signature]
- 22a. NAME AND ADDRESS OF FACILITY: Simpson Funeral Home, 323 S. Kansas Ave., Columbus, Kansas 66725
- 22b. FUNERAL ESTABLISHMENT LICENSE NUMBER: 582

**CAUSE OF DEATH**

23. PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line.

| | Cause | Approximate Interval Between Onset and Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) a. | Sepsis | 7 days |
| b. DUE TO (OR AS A CONSEQUENCE OF): | Pneumonia | 14 days |
| c. DUE TO (OR AS A CONSEQUENCE OF): | | |
| d. DUE TO (OR AS A CONSEQUENCE OF): | | |

Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (disease or injury that initiated events resulting in death) LAST

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.

- 24. IF DECEASED WAS FEMALE 10-49, WAS SHE PREGNANT IN THE LAST 90 DAYS? ☐ Yes ☐ No ☐ Unk.
- 25a. WAS AN AUTOPSY PERFORMED? ☐ Yes ☒ No
- 25b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? ☐ Yes ☒ No
- 26. MANNER OF DEATH: ☒ Natural ☐ Pending Investigation ☐ Accident ☐ Suicide ☐ Could not be Determined ☐ Homicide
- 27a. DATE OF INJURY (Month, Day, Year):
- 27b. TIME OF INJURY: M
- 27c. INJURY AT WORK? ☐ Yes ☐ No ☐ Unk.
- 27d. DESCRIBE HOW INJURY OCCURRED:
- 27e. PLACE OF INJURY - At home, farm street, factory, office building, etc. (specify):
- 27f. LOCATION (Street and Number or Rural Route Number, City or Town, State):

**CERTIFIER**

- 28a. (Specify): ☒ CERTIFYING PHYSICIAN ☐ MEDICAL EXAMINER/CORONER
- 28b. To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) stated. (Signature and Title) [signature]
- 28c. DATE SIGNED (Month, Day, Year): 12/15/06
- 28d. TIME OF DEATH: 4:05 PM
- 29a. NAME AND ADDRESS OF CERTIFIER (PHYSICIAN, MEDICAL EXAMINER OR CORONER) (Type or Print): Dr. Robert Willcoxson 1020 McInshCircle Dr. Joplin, MO 64804
- 29b. MO. LICENSE NUMBER: R-4254
- 30. WAS CASE REFERRED TO MEDICAL EXAMINER/CORONER? ☐ Yes ☒ No
- 31. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (Type or Print):
- 32. REGISTRAR'S SIGNATURE: [signature] Genia L. Wise
- 33. DATE RECEIVED BY LOCAL REGISTRAR (Month, Day, Year): January 9, 2007

THIS IS A CERTIFIED COPY OF AN ORIGINAL DOCUMENT
(Do not accept if rephotographed, or if seal impression cannot be felt.)

THE REPRODUCTION OF THIS DOCUMENT IS PROHIBITED BY LAW (sec. 193.245, 193.255, & 193.315 RSMo 1994).

STATE OF MISSOURI } ss
COUNTY OF NEWTON

I HEREBY CERTIFY that this is an exact reproduction of the certificate for the person named therein as it now appears in the permanent records of the Bureau of Vital Records of the Missouri Department of Health and Senior Services. Witness my hand as County Registrar of Vital Statistics and the Seal of the Missouri Department of Health and Senior Services this date of

January 9, 2007

[signature] Genia L. Wise
Registrar of Vital Statistics

MO 580-1103 (10-01)

**Exhibit Q**

BOOK 1414 PAGE 1377

11414

# Warranty Deed

Filed for Record on July 31 1992 at 8:59 o'clock A.M. Jasper County, Mo.

Document No. ______ Recorded in Book ______ Page ______

Recorder of Deeds

THIS DEED, Made and entered into this 30th day of July 1992, by and between
Larry W. Dunkle and Shurley Dunkle, husband and wife

party or parties of the first part of Jasper County, State of Missouri, grantor(s), and
Homer E. Hamilton and Debbie M. Hamilton, husband and wife

party or parties of the second part of Jasper County, State of Missouri, grantee(s).
Grantee's mailing address is Route 2, Box 249C - Carthage, MO 64836

WITNESSETH, that the said party or parties of the first part, for and in consideration of the sum of One Dollar and other valuable considerations paid by the said party or parties of the second part, the receipt of which is hereby acknowledged, does or do by these presents GRANT, BARGAIN, AND SELL, CONVEY AND CONFIRM unto the said party or parties of the second part, the following described Real Estate, situated in the County of Jasper and State of Missouri, to-wit:

All of the West 325 feet of the following described tract: All that part of the Southwest Quarter (SW1/4) of the Southwest Quarter (SW1/4) of Section 35, Township 29, Range 32, Jasper County, Missouri, described as beginning at a point 396 feet East of the Southwest corner of the Southwest Quarter of the Southwest Quarter of Section 35, Township 29, Range 32, thence North along existing fence 1083 feet to the South of right-of-way line of the Frisco Railway, thence Southeasterly along said South right-of-way line 886 feet, thence South along existing fence 588 feet to the center of a County Road, thence West 700 feet to the point of beginning.

Subject to Easements Restrictions and Reservations of Record, if any.

TO HAVE AND TO HOLD THE SAME, together with all rights, immunities, privileges and appurtenances to the same belonging, unto the said party or parties of the second part forever, the said party or parties of the first part covenanting that said party or parties and the heirs, executors, administrators and assigns of such party or parties shall and will WARRANT AND DEFEND the title to the premises unto the said party or parties of the second part, and to the heirs and assigns of such party or parties forever, against the lawful claims of all persons whomsoever, excepting however, the general taxes for the calendar year 1992 and thereafter, and special taxes becoming a lien after the date of this deed.

IN WITNESS WHEREOF, the said party or parties of the first part has or have hereunto set their hand or hands the day and year first above written.

Larry W. Dunkle

Shurley Dunkle

STATE OF MISSOURI } ss.
COUNTY OF Jasper }

On this 30th day of July 1992, before me personally appeared Larry W. Dunkle and Shurley Dunkle, husband and wife to me known to be the person or persons described in and who executed the foregoing instrument, and acknowledged that they executed the same as their free act and deed.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal at my office in Carthage Missouri, the day and year first above written.

My term expires the 24th day of May 1996

Signature ______

Type or Print Patricia N. Hackney
Notary Public

(SEAL)

STATE OF MISSOURI } ss.
COUNTY OF Jasper }

IN THE RECORDER'S OFFICE

I, Recorder of said County, do hereby certify that the within instrument of Writing was, at 8:59 o'clock A. M. on the 31st day of July 1992, duly filed for record in this office, and has been recorded in Book 1414 Page 1377

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal at Carthage, Missouri, on the day and year aforesaid.

[illegible]
Recorder of Deeds

(SEAL)

By ______
Deputy

**Exhibit R**

JOINT TENANCY QUIT CLAIM DEED

Loretta Mary Rhodes and Bobby Joe Rhodes, husband and wife; John Earl Denham and Betty Jane Denham, husband and wife; Noami May Denham, a single person, all of Tulsa County, Oklahoma, and Carl Aaron Denham and Carol Joann Denham, husband and wife, of Carter County, Oklahoma, Quit Claim to C. W. McDown and Shirley K. McDown, husband and wife, as Joint tenants and not as tenants in common, with full rights of survivorship, the whole estate to vest in the survivor in the event of the death of either, all the following described Real Estate in the County of Cherokee and the State of Kansas, to-wit:

Lots Five (5), Six (6) and the South Ten (10) feet of Lot Seven (7), Block Eight (8), Mentzer First Addition to Columbus.

($.55 Revenue Stamps attached and cancelled)

for the sum of **ONE DOLLAR AND OTHER GOOD AND VALUABLE CONSIDERATIONS*****

Dated June 1, 1967

/s/Carl Aaron Denham
Carl Aaron Denham
/s/Carol Joann Denham
Carol Joann Denhan
/s/Loretta Mary Rhodes
Loretta Mary Rhodes

/s/Bobby Joe Rhodes
Bobby Joe Rhodes
/s/Noami May Denham
Noami May Denham
/s/John Earl Denham
John Earl Denham
/s/Betty Jane Denham
Betty Jane Denham

STATE OF OKLAHOMA, TULSA COUNTY, ss

BE IT REMEMBERED, That on this 1st day of June A.D. 1967, before me, the undersigned, a Notary Public in and for the County and State aforesaid, came Loretta Mary Rhodes and Bobby Joe Rhodes, husband and wife, John Earl Denham and Betty Jane Denham, husband and wife, and Noami May Denham, a single person, who are personally known to me to be the same persons who executed the within instrument of writing and such persons duly acknowledged the execution of the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal, the day and year last above written.

(Notarial Seal)
Term expires October 20, 1970

/s/Herman H. Epley
Notary Public

ACKNOWLEDGMENT

STATE OF OKLAHOMA, COUNTY OF CARTER, ss.

BE IT REMEMBERED, That on this 1st day of June A.D., 1967, before me, the undersigned, a Notary Public in and for the County and State aforesaid, came Carl Aaron Denham and Carol Joann Denham, husband and wife who are personally known to me to be the same persons who executed the hereto attached instrument, and duly acknowledged the execution of the same.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my official seal on the day and year last above written.
(Notarial Seal)
My Commission expires October 20, 1970

/s/Herman H. Epley
Notary Public

Filed for record on the 24 day of July, A.D., 1967, at 10:55 o'clock A.M. /s/Minnie Longstaff
Register of Deeds
(Official Seal)

Deed 177-596 (1)

75

Exhibit S