DEPARTMENT OF SOCIAL SERVICES – MISSOURI DIVISION OF HEALTH
(PHYSICIAN, MEDICAL EXAMINER OR CORONER)

# CERTIFICATE OF DEATH

FILED MAR 2 5 1983

724

STATE FILE NUMBER

REGISTRATION DISTRICT NO. 156 PRIMARY REGISTRATION DISTRICT NO. 2001 REGISTRAR'S NO. 158

VS 300 Rev. 1/78

DECEDENT

| Field | Entry |
|---|---|
| 1. Decedent–Name (First, Middle, Last) | Charles Wayne McDown |
| 2. Sex | Male |
| 3. Date of Death (Mo., Day, Yr.) | March 9, 1983 |
| 4. Race | White |
| 5a. Age–Last Birthday (Yrs.) | 63 |
| 6. Date of Birth (Mo., Day, Yr.) | October 5, 1919 |
| 7a. County of Death | Jasper |
| 7b. City, Town or Location of Death | Joplin, Missouri |
| 7c. Hospital or Other Institution–Name | St. Johns Regional Medical Center |
| 8. State of Birth | Kansas |
| 9. Citizen of What Country | USA |
| 10. Married, Never Married, Widowed, Divorced | Married |
| 11. Surviving Spouse | Shirley Pickering |
| 12. Was Decedent Ever in U.S. Armed Forces? | ☒ Yes ☐ No |
| 13. Social Security Number | 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 |
| 14a. Usual Occupation | Body repair man |
| 14b. Kind of Business or Industry | Auto |
| 15a. Residence–State | Kansas |
| 15b. County | Cherokee |
| 15c. City, Town or Location and Zip Code | Columbus, Ks. 66725 |
| 15d. Street and Number | 800 E. Mill |
| 15e. Inside City Limits | Yes |

PARENTS

| Field | Entry |
|---|---|
| 16. Father–Name | Joseph ... McDown |
| 17. Mother–Maiden Name | Minnie ... Cowden |

| Field | Entry |
|---|---|
| 18a. Informant–Name | Shirley McDown |
| 18b. Mailing Address | 800 E. Mill Columbus, Kansas 66725 |

DISPOSITION

| Field | Entry |
|---|---|
| 19a. Burial, Cremation, Removal, Other / Date | Burial March 11, 1983 |
| 19b. Cemetery or Crematory–Name | Friendship Cemetery |
| 19c. Location | Rt. 1 Hallowell, Ks. |
| 20a. Funeral Service Licensee (Signature) / Number | [signature] 1421 |
| 20b. Name of Facility | Jordon-Murdock Funeral Home |
| 20c. Address of Facility | Box 227 Columbus, Ks. 66725 |
| 21a. Registrar (Signature) | [signature] |
| 21b. Date Received by Registrar | March 22 1983 |

CERTIFIERS

22a. To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) stated. (Signature and Title) [signature]

| Field | Entry |
|---|---|
| 22b. Date Signed | 17 Mar 83 |
| 22c. Hour of Death | 10:15 A.M. |
| 22d. Name of Attending Physician if Other Than Certifier | |
| 23a. On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) stated. (Signature and Title) | |
| 23b. Date Signed | |
| 23c. Hour of Death | M |
| 23d. Pronounced Dead | |
| 23e. At | M |
| 24a. Name and Address of Certifier | Ramona Chappan M.D. 2727 McClelland Joplin |
| 24b. Lic. License No. | R1C33 |
| 25. If Hosp. or Inst. Indicate DOA, OP/Emer. Rm., Inpatient | Inpatient |

CAUSE OF DEATH

26. Part I
(a) Immediate cause: Liver failure
(b) Due to, or as a consequence of: Malnutrition
(c) Due to, or as a consequence of: Pancreatic Ca, advanced

Part II Other significant conditions

| Field | Entry |
|---|---|
| 27. Autopsy | |
| 28. Was case referred to medical examiner or coroner | |
| 29a. Acc., Suicide, Hom., Undet. or Pending Invest. | |
| 29b. Date of Injury | |
| 29c. Hour of Injury | |
| 29d. Describe How Injury Occurred | |
| 29e. Injury at Work | |
| 29f. Place of Injury | |
| 29g. Location | |
| 30. If deceased was female, was there a pregnancy in last 90 days | ☐ Yes ☐ No ☐ Unk. |

THIS IS A CERTIFIED COPY OF AN ORIGINAL DOCUMENT
(Do not accept if rephotographed, or if seal impression cannot be felt)

THE REPRODUCTION OF THIS DOCUMENT IS PROHIBITED BY LAW (CHAP. 193.380 RSMo 1963)

STATE OF MISSOURI }
CITY OF JEFFERSON } ss.

I HEREBY CERTIFY that this is an exact reproduction of the certificate for the person named therein as it now appears in the permanent records of the Bureau of Vital Records of the Division of Health of Missouri. Witness my hand as State Registrar of Vital Statistics and the Seal of the Division of Health of Missouri this date of

MAR 2 5 1983

75

[signature]
Joseph B. Reichart
State Registrar of Vital Statistics

800 E Mill Columbus

State of Kansas, Cherokee County, ss
This instrument was filed for record on the 24 day of August A.D. 19 83 at 12:45 o'clock P.M., and duly recorded in Book 37 Page 281 Fee $ 5.00
[signature]
Register of Deeds
Deputy

Death Certificate
Charles Wayne
McDown
37-281 (1)

COPIED
DIRECT
INDIRECT
NUMERICAL

Exhibit T

281

WARRANTY DEED TP# Cr 187

ORIGINAL COMPARED WITH RECORD

MYRL DEAN ROAM, A SINGLE PERSON;
BONNIE LOUISE TEEL AND KENNETH TEEL, WIFE AND HUSBAND;
BARBARA JANE MESSER AND EUGENE MESSER, WIFE AND HUSBAND;
LOIS JEAN JONES AND FORREST H. JONES, WIFE AND HUSBAND;
AUDREY LEE WESTERVELT AND JAMES E. WESTERVELT, WIFE AND HUSBAND;
BETTY JOAN GARDNER AND EUGENE GARDNER, WIFE AND HUSBAND;
VIVIAN LOU ROAM, FORMERLY VIVIAN LOU SROUFE, A SINGLE PERSON;
EDITH FAYE BAUMBACH AND DON BAUMBACH, WIFE AND HUSBAND;

CONVEY AND WARRANT TO

DAVID E. HOUSER
AND
RONALD A. GRUBBS,

all the following described REAL ESTATE in the County of Cherokee and State of Kansas, to-wit:

All that part of the Northeast Quarter of Section Eighteen (18), lying South of the Right of Way of the St. Louis and San Francisco Railway Company, in Township Thirty-three (33) South, of Range Twenty-four (24) East of the Sixth Principal Meridian, EXCEPT Beginning 982 Feet East of the Southwest Corner of the Northeast Quarter of said Section 18, Township 33, Range 24, thence East 780 Feet, thence North 400 Feet, thence West 780 Feet, thence South 400 Feet to point of beginning; AND EXCEPT Right of Way of the Kansas Natural Gas, Oil Pipe Line and Improvement Company; AND EXCEPT Pole Line Permit of the Empire District Electric Company; AND EXCEPT Right of Way Easement to Southwestern Bell Telephone Company; AND SUBJECT to Right of Way Easement executed in favor of Michael E. Newberry and Jackie L. Newberry, husband and wife, and duly recorded in Book 28 at Pages 514-515, in the office of the Register of Deeds of Cherokee County, Kansas;

for the sum of ONE DOLLAR AND OTHER VALUABLE AND ADEQUATE CONSIDERATIONS**************************************************

EXCEPT AND SUBJECT TO:

DATED October 2 1987.

Myrl Dean Roam
Myrl Dean Roam

Bonnie Louise Teel
Bonnie Louise Teel

Kenneth Teel
Kenneth Teel

60

Deed 220-177-180
(1)

177

Exhibit U

Barbara Jane Messer

Eugene Messer

Lois Jean Jones

Forrest H. Jones

Audrey Lee Westervelt

James E. Westervelt

Betty Joan Gardner

Eugene Gardner

Vivian Lou Roam, formerly
Vivian Lou Sroufe

Edith Faye Baumbach

Don Baumbach
Sellers

STATE OF KANSAS,
ss:
CHEROKEE COUNTY,

BE IT REMEMBERED, That on this 2nd day of October, 1987, before me, the undersigned, a Notary Public, in and for the County and State aforesaid, came

MYRL DEAN ROAM, A SINGLE PERSON;
LOIS JEAN JONES AND FORREST H. JONES, WIFE AND HUSBAND;
AUDREY LEE WESTERVELT AND JAMES E. WESTERVELT, WIFE AND HUSBAND;
BETTY JOAN GARDNER AND EUGENE GARDNER, WIFE AND HUSBAND;
AND
VIVIAN LOU ROAM, FORMERLY VIVIAN LOU SROUFE, A SINGLE PERSON;

who are personally known to me to be the same persons who executed the within instrument of writing and such persons duly acknowledged the execution of the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal, the day and year last above written.

Hattie Shumake
Hattie Shumake - Notary Public

My Appointment Expires:
January 24, 1988.

HATTIE SHUMAKE NOTARY PUBLIC

*********************************

Deed 220-177-180
(2)

STATE OF *Missouri*
ss:
COUNTY OF *Jasper*

BE IT REMEMBERED, That on this *2nd* day of *November*, *1987* 1987, before me, the undersigned, a Notary Public, in and for the County and State aforesaid, came

BONNIE LOUISE TEEL, WIFE OF KENNETH TEEL,
ONE OF THE GRANTORS HEREIN;

who are personally known to me to be the same persons who executed the within instrument of writing and such persons duly acknowledged the execution of the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal, the day and year last above written.

NOTARY SEAL

*Rae M. Hall* - Notary Public

My Appointment Expires:
*3-30-91*

*************************************

STATE OF KANSAS,
ss:
CHEROKEE COUNTY,

BE IT REMEMBERED, That on this 2nd day of October, 1987, before me, the undersigned, a Notary Public, in and for the County and State aforesaid, came

BARBARA JANE MESSER AND EUGENE MESSER,
HUSBAND AND WIFE;

who are personally known to me to be the same persons who executed the within instrument of writing and such persons duly acknowledged the execution of the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal, the day and year last above written.

*Hattie Shumake*
Hattie Shumake - Notary Public

My Appointment Expires:
January 24, 1988

NOTARY PUBLIC

*Deed 220 177-180 (B)*

*17*

*******************************************

STATE OF KANSAS,
ss:
CHEROKEE COUNTY,

BE IT REMEMBERED, That on this 2nd day of October, 1987, before me, the undersigned, a Notary Public, in and for the County and State aforesaid, came

EDITH FAYE BAUMBACH AND DON BAUMBACH
WIFE AND HUSBAND;

who are personally known to me to be the same persons who executed the within instrument of writing and such persons duly acknowledged the execution of the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal, the day and year last above written.

HATTIE SHUMAKE NOTARY PUBLIC

Hattie Shumake
Hattie Shumake - Notary Public

My Appointment Expires:
January 24, 1988

*******************************************

STATE OF KANSAS,
ss:
CHEROKEE COUNTY,

BE IT REMEMBERED, That on this 2nd day of October, 1987, before me, the undersigned, a Notary Public, in and for the County and State aforesaid, came

KENNETH TEEL, HUSBAND OF BONNIE TEEL,
ONE OF THE GRANTORS HEREIN;

who is personally known to me to be the same person who executed the within instrument of writing and such person duly acknowledged the execution of the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal, the day and year last above written.

HATTIE SHUMAKE NOTARY PUBLIC

Hattie Shumake
Hattie Shumake - Notary Public

My Appointment Expires:
January 24, 1988.

32C DEED

Entered in Transfer Record my office this 31 day of March A.D. 1988
Maurice Pope
County Clerk

REGISTER OF DEEDS CHEROKEE COUNTY

State of Kansas Cherokee County, ss
This instrument was filed for record on the 31 day of March A.D. 19 88
At 9:15 o'clock A.M. and duly recorded
In Book 220 Page 177-180 Fee $ 8.00
Audrey Westerfelt
Register of Deeds
By Carolyn McKee, Deputy

COPIED ✓
DIRECT ✓
INDIRECT ✓
NUMERICAL ✓

Deed 220-177-180
(4)

Col St Bk

0127-70

State of Kansas
Cherokee County
Register of Deeds
Christy Grant
Book: 351 Page: 594
Receipt #: 4307 Total Fees: $12.00
Pages Recorded: 2
Cashier Initials: JMG

Date Recorded: 5/9/2006 10:42:31 AM

Entered in Transfer Record in my office this 9th day of May A.D. 20 06
[signature]
County Clerk

# KANSAS WARRANTY DEED

Joint Tenants

Grantor(s): **David E. Houser and Gail Houser, husband and wife and Ronald A. Grubbs and Geneva Grubbs, husband and wife**

Grantee(s): **Rhonda Loar and John Lock, Jr.**

In consideration of One Dollar and other valuable consideration, the receipt of which is hereby acknowledged, the Grantor(s) ***GRANT, BARGAIN, SELL AND CONVEY*** to Grantee(s), as joint tenants with right of survivorship, the following described premises, to wit:

> **A portion of the Northeast Quarter (NE/4) of Section Eighteen (18), Township Thirty-three (33) South, Range Twenty-four (24) East of the Sixth Principal Meridian, Cherokee County, Kansas, according to the United States Government Survey thereof, bounded and described as follows: Beginning at the Southeast Corner of said Northeast Quarter (NE/4); thence West along the South line of said Northeast Quarter (NE/4) a distance of Five hundred eighty and seventy-five hundredths (580.75) feet; thence North and perpendicular to said South line a distance of Nine hundred two and fifty-two hundredths (902.52) feet to the Southerly right of way line of a railroad; thence Southeasterly along said right of way line a distance of Six hundred fifty-four and seventy-nine hundredths (654.79) feet to a point on the East line of said Northeast Quarter (NE/4); thence South along said East line a distance of Five hundred ninety-seven and thirty-five hundredths (597.35) feet to the point of beginning.**

Subject to all easements, restrictions, reservations and covenants, if any, now of record

The Grantor(s) hereby covenanting that the Grantor(s), their heirs, successors and assigns, will ***WARRANT AND DEFEND*** the title to the premises unto the Grantee(s), their heirs, successors and assigns, against the lawful claims of all persons whomsoever, excepting however the general taxes for the current calendar year and thereafter, and the special taxes becoming a lien after the date of this deed.

Deed 351-594 (1) 595



60

Exhibit V

Dated: May 5, 2006

David E. Houser

Gail Houser

Ronald A. Grubbs

Geneva Grubbs

STATE OF Kansas )
) ss.
COUNTY OF Cherokee )

On May 5, 2006 this deed was acknowledged before me by **David E. Houser and Gail Houser, husband and wife**, Grantor(s).

Notary Public

My appointment expires: 7/31/07

Rebecca L. Perdue
Notary Public
State of Kansas
My Appt. Exp. 7/31/07

STATE OF Kansas )
) ss.
COUNTY OF Cherokee )

On May 4, 2006 this deed was acknowledged before me by **Ronald A. Grubbs and Geneva Grubbs, husband and wife**, Grantor(s).

Notary Public

My appointment expires: 7/31/07

Rebecca L. Perdue
Notary Public
State of Kansas
My Appt. Exp. 7/31/07

Deed 351-594, 595 (2)

012830

Split out of
124-18-0-10-02-001.00-0

Exception to legal on deed 220-177-180

State of Kansas
Cherokee County
Register of Deeds
Christy Brant
Book: 354 Page: 556
Receipt #: 4773 Total Fees: $12.00
Pages Recorded: 2
Cashier Initials: BSB

Date Recorded: 6/23/2006 3:09:23 PM

Entered in Transfer Record in my office this 23rd day of June A.D. 20 06

County Clerk

## KANSAS WARRANTY DEED

Joint Tenants

Grantor(s): **David E. Houser and Gail Houser, husband and wife and Ronald A. Grubbs and Geneva Grubbs, husband and wife**

Grantee(s): **Gerald W. Longtin and Denise L. Longtin, husband and wife**

In consideration of One Dollar and other valuable consideration, the receipt of which is hereby acknowledged, the Grantor(s) ***GRANT, BARGAIN, SELL AND CONVEY*** to Grantee(s), as joint tenants with right of survivorship, the following described premises, to wit:

**A portion of the Northeast Quarter of Section 18, Township 33 South, Range 24 East of the Sixth Principal Meridian, Cherokee County, Kansas, according to the United States Government thereof, bounded and described as follows:Beginning at the Southwest Corner of said Northeast Quarter (NE/4); thence East along the South line of said Northeast Quarter a distance of 962 feet; thence North and parallel with the West line of said Northeast Quarter a distance of 400 feet; thence East and parallel with said South line a distance of 180 feet; thence North and parallel with said West line to the Southerly Right of Way Line of a Railroad; thence Westerly along said Right of Way Line to said West line; thence South along said West line to the point of beginning. EXCEPT commencing at said Southwest Corner of the Northeast Quarter; thence North along said West line a distance of 1100 feet; thence East and parallel with said South line a distance of 210 feet to the point of beginning; thence East and parallel said South line a distance of 218 feet; thence North and parallel with said West line a distance of 200 feet; thence West and parallel with said South line a distance of 218 feet; thence South and parallel with said West line a distance of 200 feet to the point of beginning.**

Subject to all easements, restrictions, reservations and covenants, if any, now of record

The Grantor(s) hereby covenanting that the Grantor(s), their heirs, successors and assigns, will ***WARRANT AND DEFEND*** the title to the premises unto the Grantee(s), their heirs, successors and assigns, against the lawful claims of all persons whomsoever, excepting however the general taxes for the current calendar year and thereafter, and the special taxes becoming a lien after the date of this deed.

U.S._Kansas _Warranty Deed_Rev.(7/12/04)

**Exhibit W**

File No.: 719870

Deed 354-556-557

(61)

Dated: June 20, 2006

David E. Houser

Gail Houser

Ronald A. Grubbs

Geneva Grubbs

STATE OF Kansas )
) ss.
COUNTY OF Cherokee )

On June 20, 2006 this deed was acknowledged before me by **David E. Houser and Gail Houser, husband and wife**, Grantor(s).

Notary Public

My appointment expires: 7/31/07

Rebecca L. Perdue
Notary Public
State of Kansas
My Appt. Exp. 7/31/07

STATE OF Kansas )
) ss.
COUNTY OF Cherokee )

On June 19, 2006 this deed was acknowledged before me by **Ronald A. Grubbs and Geneva Grubbs, husband and wife**, Grantor(s).

Notary Public

My appointment expires: 7/31/07

Rebecca L. Perdue
Notary Public
State of Kansas
My Appt. Exp. 7/31/07



Deed 354-556-557

Pursuant to K.S.A. 79-1437e, a real estate validation questionnaire is not required due to Exception No. 7

Reserved for Register of Deeds

112-09-0-00-00-003.00-0
115-16-0-00-00-004.00-0

Mailing Address: 608 W. Euclid St., Pittsburg, KS 66762

Entered in Transfer Record in my office this ______ day of __________, 2001.

______________________________
County Clerk

## GENERAL WARRANTY DEED

This 7th day of September, 2001, Patrick Joseph O'Bryan, a single and unmarried person and Robert E. Lyerla, a single and unmarried person, CONVEY AND WARRANT to Patrick J. O'Bryan, Trustee of the Patrick J. O'Bryan Revocable Living Trust under Agreement dated 09/07/2001, all the following described real estate in Cherokee County, Kansas, to-wit:

The West Half (W1/2) of the Southwest Quarter (SW1/4) of Section Nine (9) and the West Half (W1/2) of the Northwest Quarter (NW1/4) of Section Sixteen (16), all in Township Thirty-three (33) South, Range Twenty-five (25) East of the 6th P.M., except Railroad Right of Way, existing highway, and that part of said land conveyed to the State of Kansas for highway purposes.

for sum of One and no/100 ($1.00) Dollar & other valuable considerations.

EXCEPT AND SUBJECT TO: Easements, Reservations, and Restrictions of record, if any.

Patrick Joseph O'Bryan [signature]

Robert E. Lyerla [signature]

STATE OF KANSAS, CRAWFORD COUNTY, SS.:

BE IT REMEMBERED, that on this 7th day of September, 2001, before me, the undersigned, a Notary Public in and for the County and State aforesaid came Patrick Joseph O'Bryan, a single and unmarried person, and Robert E. Lyerla, a single and unmarried person, who are personally known to me to be the same persons who executed the within instrument of writing and such persons duly acknowledged the execution of the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal the day and year last above written.

Kathryn Mead [signature], Notary Public

NOTARY PUBLIC [seal]

My appointment expires: March 29, 2003

Entered in Transfer Record in my office this 13th day of September A.D. 20 01

Sandra Soper [signature]
County Clerk

COPIED
DIRECT
INDIRECT
NUMERICAL

REGISTER OF DEEDS CHEROKEE COUNTY KANSAS [seal]

**Exhibit X**

State of Kansas Cherokee County, ss
This Instrument was filed for record on the 13th day of SEPT. A.D. 2001
At 9:00 o'clock A. M. and duly recorded
In Book 252 Page 76 Fee $ 6.00

Carolyn McKee [signature]
Carolyn McKee-Register of Deeds

Deed 252-76

14

Loy Law Firm, LLC
112 W. 4th St., P O Drawer B
Pittsburg KS 66762-0210

QUIT CLAIM DEED (...wing Kansas S... y Form)

Entered in Transfer Record in my office this 8th day of July, A.D., 19 74
[illegible] County Clerk.

LEONA TAYLOR, A SINGLE PERSON;
ELDEN M. SMITH AND BARBARA SMITH, HUSBAND AND WIFE;
PAUL BURNS AND EVELYN BURNS, HUSBAND AND WIFE; and
[redacted]

QUIT CLAIM TO LESTER ROARK AND CONORMA JEAN ROARK, HUSBAND AND WIFE, as JOINT TENANTS and not as tenants in common, with full rights of survivorship, the whole estate to vest in the survivor in the event of the death of either,
all the following described REAL ESTATE in the County of Cherokee,

and the State of Kansas, to-wit:

All that part and parcel of land lying South of the Right of Way of the St. Louis and San Francisco Railroad and North of the Half Mile Line running East and West through the center of Section No. 17, the same being a part of the Southwest Quarter of the Northwest Quarter of Section Seventeen (17), in Township Thirty-three (33) South, of Range Twenty-four (24) East of the Sixth Principal Meridian, containing Eight (8) Acres, more or less;

COPIED ✓
DIRECT ✓
INDIRECT ✓
NUMERICAL ✓

ORIGINAL COMPARED WITH RECORD

for the sum of **ONE DOLLAR AND OTHER VALUABLE AND ADEQUATE CONSIDERATIONS******

[redacted]

Dated May 7, 19 74

[redacted]

Leona Taylor
Leona Taylor
Elden M. Smith
Elden M. Smith
Barbara Smith
Barbara Smith
X Paul Burns
Paul Burns
Evelyn Burns
Evelyn Burns

STATE OF Kansas
Cherokee County, } ss.

This instrument was filed for record on the 5 day of July, A. D., 19 74,
at 2:20 o'clock P M., and duly recorded
in book 190 of
at page 479-80
[signature]
Register of Deeds.

Deputy.

Fees, $ Deed 190-479-80 (1)

(54)

(This form is printed by the Kansas Bar Association solely for the use of its Members)

(SEE REVERSE SIDE FOR [redacted] ACKNOWLEDGMENTS) 1001 E. Maple Columbus 479

Exhibit Y

480

Statutory Form Individual

QUIT CLAIM DEED

FROM

Leona Taylor, et al

TO

Lester Henry and Conorma Jean Hoark

THE KANSAS BAR ASSOCIATION

KANSAS BAR ASSOCIATION 1882

ORIGINAL COMPARED WITH RECORD

STATE OF MICHIGAN, WAYNE COUNTY, ss:

BE IT REMEMBERED, That on this 7th day of MAY, 1974, before me, the undersigned, a Notary Public in and for the County and State aforesaid, came LEONA TAYLOR, A SINGLE PERSON, who is personally known to me to be the same person who executed the within instrument of writing, and such person duly acknowledged the execution of the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Notarial Seal, the day and year last above written.

My Commission Expires: MARCH 28th, 1977.

CLAUDE E. WILSON Notary Public

CLAUDE E. WILSON
Notary Public, Wayne County, Mich.
My Commission Expires 3-28-77

* * * * * * * * * * * *

STATE OF MICHIGAN, WAYNE COUNTY, ss:

BE IT REMEMBERED, That on this 7th day of MAY, 1974, before me, the undersigned, a Notary Public in and for the County and State aforesaid, came ELDEN M. SMITH AND BARBARA SMITH, HUSBAND AND WIFE, who are personally known to me to be the same persons who executed the within instrument of writing, and such persons duly acknowledged the execution of the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Notarial Seal, the day and year last above written.

My Commission Expires: MARCH 28th, 1977

CLAUDE E. WILSON Notary Public

CLAUDE E. WILSON
Notary Public, Wayne County, Mich.
My Commission Expires 3-28-77

**********************

STATE OF NEW YORK, KINGS COUNTY, ss:

BE IT REMEMBERED, That on this 31 day of May, 1974, before me, the undersigned, a Notary Public in and for the County and State aforesaid, came PAUL BURNS AND EVELYN BURNS, HUSBAND AND WIFE, who are personally known to me to be the same persons who executed the within instrument of writing, and such persons duly acknowledged the execution of the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Notarial Seal, the day and year last above written.

Commission Expires: March 1975

Notary Public

LEWIS J. BROWN
Notary Public, State of New York
No. 24-0483125
Qualified in Kings County
Commission Expires March 30, 1975

Deed 190-479-480 (2)

OCT 23 1998

98-018088

KANSAS DEPARTMENT OF HEALTH AND ENVIRONMENT

Office of Vital Statistics

# CERTIFICATE OF DEATH

STATE FILE NUMBER

1. DECEDENT'S NAME (First, Middle, Last): CoNorma Jean Roark
2. SEX: Fe.
3. DATE OF DEATH (Mo., Day, Yr.): October 16,1998
4. SOCIAL SECURITY NUMBER: 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
5a. AGE—Last Birthday (Yrs): 74
5b. UNDER 1 YEAR (Months, Days)
5c. UNDER 1 DAY (Hours, Minutes)
6. DATE OF BIRTH (Mo., Day, Yr.): Nov. 10, 1923
7. BIRTHPLACE (City and State or Foreign Country): Neutral, Ks.
8. WAS DECEDENT EVER IN U.S. ARMED FORCES? ☐ Yes ☒ No
9a. PLACE OF DEATH (Check only one): HOSPITAL ☐ Inpatient ☒ ER/Outpatient ☐ DOA; OTHER ☐ Nursing Home ☐ Residence ☐ Other (Specify)
9b. FACILITY NAME (If not institution, give street and number): Maude Norton Memorial City Hospital
9c. CITY, TOWN, OR LOCATION OF DEATH: Columbus
9d. COUNTY OF DEATH: Cherokee
10. MARITAL STATUS: ☒ Married ☐ Never Married ☐ Widowed ☐ Divorced
11. SURVIVING SPOUSE (If wife, give maiden name): Lester Roark
12a. DECEDENT'S USUAL OCCUPATION (Give kind of work done during most of working life. Do not use retired.): Seamtress
12b. KIND OF BUSINESS/INDUSTRY (Do not give name of company): Clothing Factory
13a. RESIDENCE—STATE: Kansas
13b. COUNTY: Cherokee
13c. CITY, TOWN, OR LOCATION AND ZIP CODE: Columbus 66725
13d. STREET AND NUMBER: 2301 E. Maple
13e. INSIDE CITY LIMITS? ☐ Yes ☒ No
14. ANCESTRY—(Cuban, Mexican, Puerto Rican, Vietnamese, Hmong, English, German, etc.) (Specify): American
15. RACE—(Native American, Black, White, etc.) (Specify): White
16. DECEDENT'S EDUCATION (Specify only highest grade completed): Elementary/Secondary (0-12): 10; College (1-4 or 5+):
17. FATHER'S NAME (First, Middle, Last): Clyde Correll
18. MOTHER'S NAME (First, Middle, Maiden Surname): Hester Schultz
19a. INFORMANT'S NAME (Type): Lester Roark
19b. MAILING ADDRESS (Street and Number, or Rural Route, City or Town, State, Zip Code): 2301 E. Maple Columbus, Kansas 66725
20a. METHOD OF DISPOSITION: ☒ Burial ☐ Cremation ☐ Removal from State ☐ Donation ☐ Other (Specify)
20b. PLACE OF DISPOSITION (Name of cemetery, crematory, or other place): Park Cemetery
20c. LOCATION—City or Town, State: Columbus, Kansas
21a. FUNERAL SERVICE LICENSEE & LICENSE NO. (Signature): [signature] 2339
21b. NAME OF EMBALMER & LICENSE NO.: Walter E. Murdock 2988
22. NAME AND ADDRESS OF FIRM: Murdock Funeral Home 132 E. Pine Columbus, Kansas 66725

To be Completed by CERTIFYING PHYSICIAN Only:
23a. To the best of my knowledge, death occurred at the time, date and place, and due to the cause(s) and manner as stated.
(Signature and Title) X William Harrison M.D.
23b. DATE SIGNED (Mo., Day, Yr.): 10-21-98
23c. TIME OF DEATH: 12:36 a.m. A.M. P.M.
23d. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (Type or Print)

To be Completed by CORONER Only:
24a. On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place, and due to the cause(s) and manner as stated.
(Signature and Title) X
24b. DATE SIGNED (Mo., Day, Yr.)
24c. TIME OF DEATH A.M. P.M.
24d. PRONOUNCED DEAD (Mo., Day, Yr.)
24e. PRONOUNCED DEAD (Hour) A.M. P.M.

25. NAME AND ADDRESS OF CERTIFIER (PHYSICIAN, OR CORONER) (Type or Print): Dr. William Harrison 301 N. Kansas Columbus, Kansas 66725

26. PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line.

| | Cause | Interval Between Onset and Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | b. Coronary artery disease | Many years |
| DUE TO (OR AS A CONSEQUENCE OF): | c. Coronary arteriosclerosis | Many years |
| DUE TO (OR AS A CONSEQUENCE OF): | a. Acute myocardial infarction | One hour |
| DUE TO (OR AS A CONSEQUENCE OF): | d. | |

Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.

27a. AUTOPSY ☐ Yes ☒ No
27b. IF YES, WERE FINDINGS CONSIDERED IN DETERMINING CAUSE OF DEATH ☐ Yes ☐ No
28. WAS CASE REFERRED TO CORONER ☐ Yes ☒ No
29. MANNER OF DEATH: ☒ Natural ☐ Pending Investigation ☐ Accident ☐ Suicide ☐ Could not be determined ☐ Homicide
30a. DATE OF INJURY (Mo., Day, Yr.)
30b. TIME OF INJURY A.M. P.M.
30c. INJURY AT WORK ☐ Yes ☐ No
30d. DESCRIBE HOW INJURY OCCURRED
30e. PLACE OF INJURY—Own home, other residence, farm, street, factory, office building, etc.
30f. LOCATION (Street and Number or Rural Route, City or Town, State)

eath 5/23/2003 14200942311 01 ROARK 199810018088 1c ## Walk-In ##

(54)

Book 96 455-456 (1)

Death Certificate CoNorma Jean Roark 455

**Exhibit Z**

476

ORIGINAL COMPARED WITH RECORD

CT

DIRECT

NUMERICAL

This Deed Must Be Recorded 011063012

Entered in transfer record in my office this 15th day of June A.D., 1993 Maurice Soper County Clerk

STATE OF KANSAS, COUNTY OF CHEROKEE ss.

This instrument was filed for record on this 15th day of June A.D., 19 93, at 4:25 O'clock P. M., and duly recorded in Book 231 of Deeds at page 476

Fee 6.00 Register of Deeds Carolyn McKee No.

REGISTER OF DEEDS CHEROKEE COUNTY KANSAS

WARRANTY DEED — Standard Form

**This Indenture,** Made this 14th day of June A. D., 19 93 between Galen Zook & Rhonda Zook, Husband and Wife

of Cherokee County, in the State of Kansas of the first part, and Donald Lee Roper II, A Single Person

of Cherokee County, in the State of Kansas of the second part.

WITNESSETH, That said parties of the first part, in consideration of the sum of One Dollar & other valuable Consideration*********************** DOLLARS

the receipt whereof is hereby acknowledged, do by these presents, grant, bargain, sell and convey unto said party of the second part, his heirs and assigns, all the following described REAL ESTATE situated in the County of Labette and State of Kansas, to-wit:

Beginning at a point Sixty feet (60') South of the Northeast Corner of the Northeast Quarter (NE 1/4) of Section Eighteen (18), Township Thirty-three (33) South, of Range Twenty-four (24) East of the Sixth Principal Meridian, thence South 208 feet, thence West 104 feet, thence North 208 feet, thence West 144 feet, thence South 1,780.6 feet, thence East 28 degrees and 5 minutes South a distance of 281.9 feet, thence North 1,913 feet to the place of beginning. 124-18-0-10-01-002

TO HAVE AND TO HOLD THE SAME, Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging, or in anywise appertaining, forever:

And said grantors for their heirs, executors or administrators, do hereby covenant, promise and agree to and with said party of the second part that at the delivery of these presents is lawfully seized in his own right of an absolute and indefeasible estate of inheritance, in fee simple, of, and in all and singular the above granted and described premises, with the appurtenances; that the same are free, clear, discharged and unincumbered of and from all former and other grants, titles, charges, estates, judgments, taxes, assessments and incumbrances of what nature or kind soever:

and that they will WARRANT AND FOREVER DEFEND the same unto said party of the second part, his heirs and assigns, against said parties of the first part their heirs and all and every person or persons, whomsoever, lawfully claiming or to claim the same.

IN WITNESS WHEREOF, The said parties of the first part have hereunto set their hands the day and year first above written.

Galen Zook
Galen Zook

Rhonda Zook
Rhonda Zook

STATE OF KANSAS
Labette County } ss:

Deed 231-476 (1)

BE IT REMEMBERED, That on this 14th day of June A.D., 19 93 before me, the undersigned, a Notary Public in and for the County and State aforesaid, came Galen Zook & Rhonda Zook, Husband & Wife

who are personally known to me to be the same persons who executed the within instrument of writing and such persons duly acknowledged the execution of the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Notarial seal, the day and year last above written.

JANA L. OSBORNE
Notary Public - State of Kansas
My Appt. Expires 6-11-96

58

My Commission expires June 11, 19 93

Jana L. Osborne Notary Public.
Jana L. Osborne

CK ABST Co.

Cherokee Co. Abst.

**Exhibit AA**

18261 BOOK 1543 0842

# Warranty Deed

*THIS DEED, Made and entered into this 15TH day of OCTOBER, 1997, by and between*

ROBERT TYLER OGLE AND DEBRA JANE OGLE, HUSBAND AND WIFE

*hereinafter referred to as GRANTOR, whether one or more, and*

RICKY D. RUSSELL

*hereinafter referred to as GRANTEE, whether one or more.*
*(Grantee's mailing address is* 311 N. Miller, Carl JUnction, MO 64834 *)*

*WITNESSETH, that Grantor, for and in consideration of the sum of One Dollar and other valuable considerations paid by Grantee, the receipt of which is hereby acknowledged, does by these presents GRANT, BARGAIN AND SELL, CONVEY AND CONFIRM unto Grantee the following described Real Estate, situated in the County of JASPER and State of Missouri, to wit:*

ALL OF LOT NUMBERED SEVEN (7) IN ADAM'S FIRST ADDITION TO CARL JUNCTION, JASPER COUNTY, MISSOURI, ACCORDING TO THE RECORDED PLAT THEREOF.

*TO HAVE AND TO HOLD THE SAME, together with all rights, immunities, privileges and appurtenances to the same belonging, unto Grantee forever, Grantor covenanting that it, and the heirs, executors, administrators and assigns of such, shall and will WARRANT AND DEFEND the title to the premises unto Grantee, and to the heirs and assigns of such forever, against the lawful claims of all persons whomsoever, excepting however, the general taxes for the current calendar year, and thereafter, and special taxes becoming a lien after the date of this deed, and restrictions, easements and building set back lines of record if any, and zoning laws.*
*IN WITNESS WHEREOF, Grantor has executed this Warranty Deed the day and year just above written.*

ROBERT TYLER OGLE

FILED FOR RECORD

DEBRA JANE OGLE

AT 3 O'CLOCK 11 MINUTES P M OCT 1 6 1997

*STATE OF MISSOURI )*
*)ss*
*COUNTY OF JASPER )*

RECORDER
JASPER COUNTY, MISSOURI

*On this 15TH day of OCTOBER, 1997, before me, personally appeared ROBERT TYLER OGLE AND DEBRA JANE OGLE, HUSBAND AND WIFE, to me known to be the persons described in and who executed the foregoing instrument, and acknowledged that they executed the same as their free act and deed.*
*IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal at my office in Joplin, the day and year first above written.*

JANE M. WINNETT Notary Public
Jasper County State of Missouri
My Commission Expires Sept. 10, 2000

*JANE M. WINNETT*
*My term expires: SEPTEMBER 10, 2000*

*(Seal)*

*STATE OF MISSOURI )*
*)ss*
*COUNTY OF JASPER )*

*IN THE RECORDER'S OFFICE*

*I, Edie Neil, Recorder of said County, do hereby certify that the within instrument of Writing was, at* 3 *o'clock and* 11 *minutes* P *M on the* 16" *day of* OCTOBER *19* 97*, duly filed for record in this office, and has been recorded in Book* 1543 *Page* 842
*IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal at Carthage, Missouri, on the day and year aforesaid.*

EDIE NEIL Recorder
By ______ Deputy

Exhibit BB

ORIGINAL COMPARED WITH RECORD

744

124-17-0-00-00-001.00-0

# WARRANTY DEED

EDNA CATHERINE SOPER, A SINGLE PERSON,

CONVEYS AND WARRANTS TO

EDNA CATHERINE SOPER AND WILLIAM L. SOPER,

as JOINT TENANTS and not as tenants in common, with full rights of survivorship, the whole estate to vest in the survivor in the event of the death of either, all the following described REAL ESTATE in the County of Cherokee and the State of Kansas, to-wit:

> The Northeast Quarter of Section Seventeen (17), in Township Thirty-three (33) South, of Range Twenty-four (24) East of the Sixth Principal Meridian;

for the sum of****************G I F T******************************

NO REAL ESTATE QUESTIONNAIRE REQUIRED
PURSUANT TO K.S.A. 79-1437e (9)

EXCEPT AND SUBJECT TO: NONE

Dated January 30, 1996.

Edna Catherine Soper
Edna Catherine Soper

Deed 237-744-5

(1)

(53)

Exhibit CC

STATE OF KANSAS,
ss:
CHEROKEE COUNTY,

BE IT REMEMBERED, That on this 30th day of January, 1996, before me, the undersigned, a Notary Public in and for the County and State aforesaid, came

EDNA CATHERINE SOPER, A SINGLE PERSON

who is personally known to me to be the same person who executed the within instrument of writing and such person duly acknowledged the execution of the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my the day and year last above written.

JANEY RAINEY NOTARY PUBLIC

Janey Rainey - Notary Public

My Appointment Expires:

November 25, 1999.

A:\SOPER.DED
A\CONTRACTS AND DEEDS

REGISTER OF DEEDS CHEROKEE COUNTY KANSAS

COPIED
DIRECT
INDIRECT
NUMERICAL

Entered in Transfer Record In my office this 30 day of Jan A.D. 19 96
County Clerk

State of Kansas Cherokee County, ss
This instrument was filed for record on the 30th day of JAN. A.D. 19 96 At 3:15 o'clock P. M. and duly recorded In Book 237 Page 744-745 Fee $ 8.00
Carolyn McKee
Register of Deeds

Edna Soper
320 N. High School
Columbus KS 66725

Deed 237-744-745
(2)

725

Kansas Department of Health and Environment
Office of Vital Statistics
# CERTIFICATE OF DEATH

AMENDED - 01/25/2005 2005 00082
State File Number

| | | | | |
|---|---|---|---|---|
| 1. Decedent's Legal Name (First, Middle, Last): EDNA CATHERINE SOPER | 2. Sex: FEMALE | 3. Date Of Death (Month Day Year): 01/01/2005 | 4. Social Security Number: 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 | 5. Date Filed by State Registrar: 01/10/2005 |
| 6a. Date Of Birth (Month Day Year): 05/11/1915 | 6b. Age: 89 YEAR(S) | 7. Place Of Birth (City and State Or Foreign Country): COLUMBUS, KANSAS | 8. Decedent Ever In U.S. Armed Forces: NO | |
| 9a. Place Of Death: NURSING HOME | 9b. Facility Name: MEDICALODGE OF COLUMBUS | 9c. City Or Town Of Death: COLUMBUS | 9d. Zip Code: 66725 | |
| 9e. County Of Death: CHEROKEE | 10. Marital Status: WIDOWED | 11. Surviving Spouse's Name: | 12a. Residence State or Foreign Country: KANSAS | |
| 12b. County or Province: CHEROKEE | 12c. City Or Town: COLUMBUS | 12d. Street: 101 N [illegible] | 12e. Zip Code: 66725 | 12f. Inside City Limits: YES |
| 13. Decedent's Ancestry: ENGLISH | 14. Race: WHITE | | | |
| 15. Decedent's Hispanic Origin: NOT SPANISH, HISPANIC, LATINO | | | | |
| 16. Decedent's Education: 9TH - 12TH GRADE, NO DIPLOMA | 17. Usual Occupation: HOMEMAKER | 18. Decedent's Industry: OWN HOME | | |
| 19. Father's Name (First, Middle, Last): OSCAR ASHBAUGH | 20. Mother's Name Prior To First Marriage: DORA THORNBURG | | | |
| 21a. Informant's Name (First, Middle, Last): MARIE POTOCNIK | 21b. Mailing Address: 432 W 110TH AVE, CHEROKEE, KANSAS 66725 | 21c. Relationship to Decedent: DAUGHTER | | |
| 22. Method Of Disposition: BURIAL | 23a. Place Of Disposition: PARK CEMETERY | 23b. Location: COLUMBUS, KANSAS | | |
| 24. Funeral Service Licensee And License Number: /S/ KEITH S BALLANTYNE 2680 | 25. Name Of Embalmer And License Number: KEITH S BALLANTYNE 3034 | | | |
| 26. Name And Address Of Firm: MURDOCK FUNERAL HOME COLUMBUS 135 E PINE PO BOX 427 COLUMBUS, KANSAS 66725 | | | | |

27. Cause Of Death
Part I. Events (diseases, injuries, or complications) that directly caused the death

| | Cause | Approximate Interval Onset To Death |
|---|---|---|
| IMMEDIATE CAUSE (Final Disease Or Condition Resulting In Death) a. | CEREBROVASCULAR ACCIDENT | ONE HOUR |
| Due To (Or As A Consequence Of) b. | CEREBROVASCULAR ARTRIOSCLEROSIS | |
| Conditions, if any, leading to cause listed on line a. UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LISTED LAST c. Due To (Or As A Consequence Of) | | |
| d. Due To (Or As A Consequence Of) | | |

| | | | |
|---|---|---|---|
| Part II. Other Significant Conditions Contributing To Death But Not Resulting In The Underlying Cause | 28a. Autopsy: NO | 28b. Autopsy Findings Available To Complete The Cause Of Death | 28c. Coroner Contacted: NO |
| 29. Did Tobacco Use Contribute To Death?: NO | 30. If Female: NOT PREGNANT WITHIN THE PAST YEAR | 31. Manner Of Death: NATURAL | |
| 32a. Date Of Injury (Month Day Year) | 32b. Time Of Injury | 32c. Injury At Work | 32d. Injury Occurred |
| 32e. Place Of Injury | 32f. Location (Street And Number Or Rural Route, City Or Town, State, And Zip Code) | | |
| 33a. Date Pronounced Dead (Month, Day, Year) | 33b. Time Pronounced Dead: UNKNOWN | 33c. Actual Or Presumed Time Of Death: UNKNOWN | 33d. Name Of Person Pronouncing Death / 33e. License No. |
| 34a. Pronouncing and Certifying Physician: /S/ WILLIAM HARRISON MD | 34b. License No.: 13523 | 34c. Date Certified: 01/05/2005 | 34d. Address And Zip Code Of Person Completing Cause Of Death: 101 W SYCAMORE ST, COLUMBUS, KANSAS 66725 |

VS231A - Rev. 06/18/2004

1/25/2005 200504000082 5c me Processing

Exhibit DD

(52)

Death Certificate - Edna Catherine Soper
Book 102 - 725 - 726
(1) 725