124-17-0-00-00-001.00-0

Pursuant to K.S.A. 79-1437e a real estate )
validation questionnaire is not required due )
to exception number________ )

Reserved for Register of Deeds

Entered in Transfer Record in
my office this 22nd
day of FEB A.D.
2005
Sandra Soper
County Clerk

## KANSAS WARRANTY DEED

On this 16 day of February, 2005, William L. Soper and B. Lorene Soper, husband and wife, convey and warrant to themselves, William L. Soper and B. Lorene Soper, husband and wife, as joint tenants with the right of survivorship, and not as tenants in common, all of the following described real estate in Cherokee County, Kansas:

**The Northeast Quarter of Section 17, in Township 33, South of Range 24, East of the 6th Principal Meridian, Cherokee County, Kansas;**

except and subject to easements, restrictions and reservations of record;
for good and valuable consideration. (gift)

William L. Soper B. Lorene Soper

STATE OF KANSAS )
COUNTY OF CHEROKEE )SS:

This instrument was executed before me on the 16 day of February, 2005, by William L. Soper and B. Lorene Soper.

OFFICIAL SEAL MICHELLE K. DVORAK MY COMMISSION EXPIRES April 11, 2007

Michelle K Dvorak
Notary Public

Mail deed and taxes to: William L. Soper, 418 S. Delaware, Columbus, KS 66725

REGISTER OF DEEDS CHEROKEE COUNTY KANSAS

☑ COPIED
☑ DIRECT
☑ INDIRECT
☑ NUMERICAL

State of Kansas, Cherokee County, ss
This instrument was filed for record on
the 22nd day of Feb., 2005
At 12:00 o'clock noon M. and duly recorded
In Book 261 Page 211 Fee $ 8.00
Christy Grant
Christy Grant - REGISTER OF DEEDS

Exhibit EE

(52)

Deed 261-211 (1)

211

5846

Kansas Department of Health and Environment
Office of Vital Statistics
# CERTIFICATE OF DEATH

115-2005-13385
State File Number

| | | | | |
|---|---|---|---|---|
| 1. Decedent's Legal Name (First, Middle, Last): WILLIAM L SOPER | 2. Sex: MALE | 3. Date Of Death (Month/ Day, Year): 07/16/2005 | 4. Social Security Number: 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 | 5. Date Filed By State Registrar: 07/26/2005 |
| 6a. Date Of Birth (Month, Day, Year): 12/19/1935 | 6b. Age: 69 YEAR(S) | 7. Place Of Birth (City And State Or Foreign Country): COLUMBUS, KANSAS | 8. Decedent Ever In U.S. Armed Forces: NO | |
| 9a. Place Of Death: INPATIENT | 9b. Facility Name (If Not Institution, Street And Number): ST JOHNS-MAUDE NORTON MEMORIAL HOSPITAL | 9c. City Or Town Of Death: COLUMBUS | 9d. Zip Code: 66725 | |
| 9e. County Of Death: CHEROKEE | 10. Marital Status: MARRIED | 11. Surviving Spouse (If Wife, Name Before First Marriage): LORENE COMER | 12a. Residence State or Foreign Country: KANSAS | |
| 12b. County or Province: CHEROKEE | 12c. City Or Town: COLUMBUS | 12d. Street Address: 418 S DELAWARE | 12e. Zip Code: 66725 | 12f. Inside City Limits: YES |
| 13. Decedent's Ancestry: AMERICAN | 14. Decedent's Race: WHITE | | | |
| 15. Decedent's Hispanic Origin: NOT SPANISH, HISPANIC, LATINO | | | | |
| 16. Decedent's Education: SOME COLLEGE CREDIT, BUT NO DEGREE | 17. Decedent's Occupation: FIREMAN/POLICEMAN | 18. Decedent's Industry: CITY GOVERNMENT | | |
| 19. Father's Name (First, Middle, Last): BILLY EDWARD SOPER | 20. Mother's Name Prior To First Marriage (First, Middle, Last): EDNA ASHBAUGH | | | |
| 21a. Informant's Name (First, Middle, Last): LORENE SOPER | 21b. Mailing Address (Street, Number, City, State, And Zip Code): 418 S DELAWARE, COLUMBUS, KANSAS, 66725 | 21c. Relationship To Decedent: WIFE | | |
| 22. Method Of Disposition: BURIAL | 23a. Place Of Disposition: PARK CEMETERY | 23b. Location: COLUMBUS, KANSAS | | |
| 24. Funeral Service Licensee And License Number: /S/ KEITH BALLABTYNE - 2680 | 25. Name Of Embalmer And License Number: KEITH S BALLANTYNE - 3634 | | | |
| 26. Name And Address Of Firm: MURDOCK FUNERAL HOME-COLUMBUS, 132 E PINE, COLUMBUS, KANSAS, 66725 | | | | |

27. Cause Of Death
*Part I.* Events (diseases, injuries, or complications) that directly caused the death.

| | | Approximate Interval: Onset To Death |
|---|---|---|
| IMMEDIATE CAUSE (Final Disease Or Condition Resulting In Death) | a. AMYOTROPHIC LATERAL SCLEROSIS | 2 YRS |
| Conditions, if any, leading To cause listed on line a. UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LISTED LAST. | b. Due To (Or As A Consequence Of): | |
| | c. Due To (Or As A Consequence Of): | |
| | d. Due To (Or As A Consequence Of): | |
| | Due To (Or As A Consequence Of): | |

| | | | |
|---|---|---|---|
| *Part II.* Other Significant Conditions Contributing To Death But Not Resulting In The Underlying Cause Given In Part I. | 28a. Autopsy: NO | 28b. Autopsy Findings Available To Complete The Cause Of Death | 28c. Coroner Contacted: NO |
| 29. Did Tobacco Use Contribute To Death?: NO | 30. If Female: | 31. Manner Of Death: NATURAL | |
| 32a. Date Of Injury (Month, Day, Year) | 32b. Time Of Injury | 32c. Injury At Work | 32d. How Injury Occurred |
| 32e. Place Of Injury | 32f. Location (Street And Number Or Rural Route, City Or Town, State, And Zip Code) | | |

| | | | | |
|---|---|---|---|---|
| 33a. Date Pronounced Dead (Month, Day, Year): 07/16/2005 | 33b. Time Pronounced Dead: 1635 | 33c. Actual Or Presumed Time Of Death: 1635 | 33d. Name Of Person Pronouncing Death: DARCY K SELENKE, MD | 33e. License No.: 30972 |
| 34a. Pronouncing and Certifying Physician: /S/ DARCY SELENKE - MD | 34b. License No.: 30972 | 34c. Date Certified (Month, Day, Year): 07/21/2005 | 34d. Address And Zip Code Of Person Completing Cause Of Death: 101 W SYCAMORE, COLUMBUS, KANSAS, 66725 | |

VS231A - Rev. 06/18/2004

DEATH 7/29/2005 T2300019005 01 SOPER 200504013385 8c

COPY COPY

Death Certificate -
William L. Soper
Book 387-586 ①

**Exhibit FF**

52

STATE OF MISSOURI
COUNTY OF JASPER
RECORDER'S CERTIFICATION
BOOK 1699 PAGE 553-554
'02 JAN 22 PM 3 04
RECORDER OF DEEDS

001414

# WARRANTY DEED

THIS DEED, Made and entered into this 18th day of January, 2002, by and between Jeffrey Smith and Darlynda Smith, husband and wife party or parties of the first part, of Jasper County, Missouri, grantor(s) and Brady J. Stuart and Rose M. Stuart, husband and wife party or parties of the second part, of Jasper County, Missouri, grantee(s).

Grantee's mailing address is 9815 County Lane 212, Webb City, MO 64870.

WITNESSETH, that the said party of the first part, for and in consideration of the sum of One Dollar and other valuable considerations paid by the said party or parties of the second part, the receipt of which is hereby acknowledged, does or do by these presents GRANT, BARGAIN, AND SELL, CONVEY AND CONFIRM unto the said party or parties of the second part, the following described Real Estate, situated in the County of Jasper State of Missouri, to wit:

Tract 1:
A portion of the West Ten acres of the Northeast Quarter (NE1/4) of the Northeast Quarter (NE1/4) of Section 32, Township 29, Range 32, Jasper County, Missouri, being bounded and described as follows: Commencing at the Northwest corner of the Northeast Quarter of the Northeast Quarter of said Section 32, thence South 00°01'47" East (assumed bearings) along the West line of the Northeast Quarter of said Northeast Quarter a distance of 941.68 feet, thence North 89°46'58" East parallel with the North line of said Northeast Quarter a distance of 57.32 feet to the point of beginning, thence continuing North 89°46'58" East a distance of 212.53 feet to a point being 60.00 feet West of the East line of the West 10 acres of the Northeast Quarter of the Northeast Quarter, thence South 00°01'47" East parallel with said East line a distance of 64.74 feet, thence North 89°46'58" East a distance of 60.00 feet to said East line, thence South 00°01'47" East a distance of 314.25 feet to the South line of the Northeast Quarter of said Northeast Quarter, thence South 89°48'10" West along said South line a distance of 258.02 feet, thence North 03°59'13" East a distance of 115.91 feet, thence North 79°22'21" West a distance of 33.15 feet, thence North 02°11'05" East a distance of 257.29 feet to the point of beginning.

Tract 2:
An easement for ingress and egress described as the East 60 feet of the North 1006.43 feet of the West 10 acres of the Northeast Quarter of the Northeast Quarter of Section 32, Township 29, Range 32, Jasper County, Missouri.

Subject to Easements, Restrictions, and Reservations of Record, if any.

TO HAVE AND HOLD the premises aforesaid with all and singular, the rights, privileges, appurtenances and immunities thereto belonging or in any wise appertaining unto the said party or parties of the second part and unto the heirs and assigns of such party of parties forever; the said party or parties of the first part hereby covenanting that such party or parties are lawfully seized of an indefeasible estate in fee of the premises herein conveyed; that such party or parties have good right to convey the same; that the said premises are free and clear from any encumbrance done or suffered by such party has good right to convey the same; that the premises are free and clear from any encumbrance done or suffered by such party or parties or those under whom such party or parties claim; and that party or parties of the first part will warrant and defend the title to the said premises unto the said party or parties of the second part and unto the heirs and assigns of party or parties of the second part forever, against the lawful claims and demands of all persons whomsoever, excepting however, the general taxes for the calendar year 2002 and thereafter, and special taxes becoming a lien after the date of this deed.

JCT

JCT · C

Exhibit GG

BEFORE THE

SURFACE TRANSPORTATION BOARD

In the Matter of The
Burlington Northern and Santa Fe
Railway Company
Notice of Exemption to Abandon
Its Line of Railroad Between
Columbus, M.P. 343.55, Kansas
and Carthage, M.P. 315.30, Missouri

Docket No. AB-6
(Sub No. 395X)

**HISTORICAL REPORT**

The following is submitted to the Surface Transportation Board by The Burlington Northern and Santa Fe Railway Company (BNSF) in accordance with the Board's reporting requirements set forth in 49 C.F.R. § 1105.8 for the purpose of assisting the Board's environmental and historical assessment regarding BNSF's Notice of Exemption to abandon its line of railroad between M.P.343.55 in Columbus, Cherokee County, Kansas and M.P. 315.30 in Carthage, Jasper County, Missouri, a total distance of 28.25 miles.

(1) A U.S.G.S. topographic map (or alternate map drawn to scale and sufficiently detailed to show buildings and other structures in the vicinity of the proposed action) showing the location of the proposed action, and the locations and approximate dimensions of the railroad structures that are 50 years old or older and are part of the proposed action;

One copy of a U.S.G.S. Topographical map has been provided to the Kansas and Missouri Historical Societies and one copy is being provided to the Surface Transportation Board's Section of the Environmental Analysis upon filing of this Report.

(2) A written description of the right-of-way (including approximate widths, to the extent known) and the topography and urban and/or rural characteristics of the surrounding area:



**Exhibit HH**

The 28.25 mile Columbus, Kansas to Carthage, Missouri line connects the towns of Carthage and Carl Junction, Missouri with the station of Military and the town of Columbus, Kansas. The line is located in Jasper county, Missouri and Cherokee county, Kansas. The adjoining land is rural in nature and generally flat with some rolling hills. The population of Carthage is 12,668, Carl Junction 5,294 and Columbus at 3,396 as listed in the 2002 Rand McNally atlas. Stations along the line include Columbus and Military, Kansas and Carl Junction and Carthage, Missouri. The city of Joplin, Missouri with a population of 45,504 is located approximately 10 miles south of the Columbus to Carthage line.

(3) Good quality photographs (actual photographic prints, not photocopies) or railroad structures on the property that are 50 years old or older and of the immediately surrounding area;

See Exhibit U.

(4) The date(s) of construction of the structures, and the date(s) and extent of any major alterations, to the extent such information is known;

See Exhibit U.

(5) A brief narrative history of carrier operations in the area, and an explanation of what, if any, changes are contemplated as a result of the proposed action:

The former Memphis Carthage and Northwestern Railroad Company and The Missouri and Western Railway Company acquired the rail line corridor between Columbus, Kansas and Carthage, Missouri between 1875 and 1879. Both these companies were predecessors of the St Louis and San Francisco Railway Company (SLSF). In 1980 the SLSF merged into the Burlington Northern Railroad Company (BN).

BN subsequently merged with the Atchison Topeka and Santa Fe Railway in 1995 to become The Burlington Northern and Santa Fe Railway Company (BNSF).

The Columbus to Carthage line has been out of service for over two years.

(6) A brief summary of documents in the carrier's possession, such as engineering drawings, that might be useful in documenting a structure that is to be historic;

Documents in BNSF's possession concerning this abandonment may include alignment maps showing the right-of-way and/or station maps. Such documents are too large for practical reproduction in this report, but can be furnished upon request, if they are available.

(7) An opinion (based on readily available information in the railroad's possession) as to whether the site and/or structures meet the criteria for listing on the National Register of Historic Places (36 C.F.R. § 60.4), and whether there is a likelihood of archaeological resources or any other previously unknown historic properties in the project area, and the basis for these opinions (including any consultations with the State Historic Preservation Office, local historical societies or universities);

In Kansas, the proposed abandonment should not have any affect on property listed on the National Register of Historical Places or any otherwise properties identified by the Kansas State Historical Society as having historical significance. See Exhibit V, letter from the Kansas State Historical Society.

In Missouri, to the best of BNSF's knowledge, the proposed abandonment should have no appreciable effects on any known sites or properties listed, or eligible for listing in the National Register of Historic Places. The Battle of Carthage Historic Site is located approximately 3 miles east of the abandonment location in Carthage, Missouri. The proposed abandonment does not appear to impact the site. See Exhibit W, letter from the State of Missouri Department of Natural Resources, Division of State Parks.

The Missouri Department of Natural Resources has requested an architectural survey to evaluate bridges and structures. See Exhibit X, letter from the Missouri Department of Natural Resources, State Historic Preservation Office. BNSF is seeking requests for proposals from qualified architectural historians to perform a survey for the three bridges located along the alignment in Jasper County, Missouri. All other structures on the route are located in Cherokee County, Kansas. The Kansas State Historical Society has not indicated a need for such a survey on Kansas properties. See Exhibit V, letter from the Kansas State Historical Society. Should a Section 106 condition be imposed, it should be tailored to a review of "the bridges/trestles and railroad related structures" along the route located within the state of Missouri in order to address the Missouri Department of Natural Resource's concerns.

(8) A description (based on readily available information in the railroad's possession) of any known prior subsurface ground disturbance or fill, environmental conditions (naturally occurring or manmade) that might affect the archaeological recovery of resources (such as swampy conditions or the presence of toxic wastes), and the surrounding terrain.

BNSF is not aware of any known prior subsurface ground disturbance or fill or any other environmental conditions (naturally occurring or man-made) that might affect the recovery of archaeological resources.

Respectfully submitted,

Michael Smith
Freeborn & Peters
311 S. Wacker Dr. Suite 3000
Chicago, Illinois 60606-6677
Phone: (312) 360-6724
Fax: (312) 360-6598

Dated: May 2, 2002

**CERTIFICATION PURSUANT TO 49 C.F.R.1105.7(c)**

The Burlington Northern and Santa Fe Railway Company ("BNSF") by and through its authorized representative, Michael Smith, certifies that on March 21, 2002, BNSF sent copies of the foregoing Environmental and Historical Reports by first class mail to the following agencies:

Ms. Victoria Rutson
Chief, SEA
Surface Transportation Board
1925 K Street, N.W.
Washington, DC 20423-0001

Richard Pankratz
Director of Historic Preservation
6425 SW Sixth Avenue
Topeka, Kansas 66615-1109

Clare Blackwell
Deputy State Historic Preservation Officer
Missouri Department of Natural Resources
P.O. Box 176
Jefferson City, MO 65102

James Dryden
Field Manager
U.S. Department of the Interior
Bureau of Land Management
Milwaukee Field Office
310 W. Wisconsin Avenue
Milwaukee, WI 52303

Paul Tanner
Bureau of Land Management
Amarillo Field Office
801 S. Filmore Street, Suite 500
Amarillo, TX 79191

Douglas Eikin
Director of the Division of State Parks
Department of Natural Resources
P.O. Box 176
Jefferson City, MO 65102

Chris Nammoliti
Kansas Department of Wildlife & Parks
512 SE 25th Avenue
Pratt, KS 67124

George Riedel
Floodplain Management Manager
Missouri Emergency Management Agency
P.O. Box 116
Jefferson City, MO 65102

Joe Butler
Floodplain Administrator
City of Carthage
623 East 7th Street
Carthage, MO 64836

Steve Lett
Floodplain Administrator
Jasper County
1102 West 9th Street
P.O. Box 1867
Joplin, MO 64802

Fred Graham
Project Coordinator
Cherokee County, Kansas
Office of the County Engineer
100 W Maple St
PO Box 14
Columbus KS, 66725

Peggy Hoerner
Endangered Species Coordinator
Missouri Department of Conservation
2901 W. Truman Blvd.
Jefferson City, MO 65109

Danny Hensley
Commissioner
Jasper County
302 S. Main
Carthage, MO 64836

Pat Collins
Chairman
Board of Commissioners
100 W. Maple Street
P.O. Box 14
Columbus, KS 66725

Jerry Harris
U.S. Army Corps of Engineers
Little Rock District
P.O. Box 867
Little Rock, AR 72203

Shannon Warner
U.S. Army Corps of Engineers
Kansas City District
State Regulatory Office - Kansas
2710 N.E. Shady Creek Access Road
El Dorado, KS 67042

Bill Hartwig
Regional Director
U.S. Department of the Interior
U.S. Fish & Wildlife Service
1 Federal Drive
BHW Federal Bldg.
Fort Snelling, MN 55111

Ralph Morgenweck
Regional Director
U.S. Department of the Interior
U.S. Fish & Wildlife Services
P.O. Box 25486
Denver, CO 800025

William Gill
Field Supervisor
U.S. Department of the Interior
U.S. Fish and Wildlife Service
Kansas Field Office
315 Houston St., Suite E
Manhattan, KS 66502-6172

Bob Lytle
Environmental Scientist
Kansas Department of Agriculture
Division of Water Resources
Topeka, KS 66612-1176

Kelly Beason
County Executive Director
United States Department of Agriculture
Farm Service Agency
Carthage, MO 64836-3925

Rosemary Pillar
United States Department of Agriculture
Natural Resources Conservation Service
Columbus Service Center
206 S. Indiana Ave.
Columbus, KS 66725-1828

Scott Totten
Water Placement Control Program
Department of Natural Resources
P.O. Box 176
Jefferson City, MO 65102

Joe Mester
Kansas Department of Health and
Environment Bureau of Water
Industrial Programs Section
1000 SW Jackson, Suite 420
Topeka, Kansas 66612-1367

Kansas Corporation Commission
1500 SW Arrowhead Road
Topeka, KS 66604-2425

Missouri Public Service Commission
3675 Noland Road, Suite 110
Independence, MO 64055

Kansas Department of Transportation
915 Harrison, Room 754
Docking State Office Building
Topeka, KS 66612-1568

Missouri Department of Transportation
105 W. Capital Avenue
P.O. Box 270
Jefferson City, Missouri 65102

Deborah Schnack
Director
Planning and Development Program
Missouri Department of Natural Resources
Division of State Parks
P.O. Box 176
Jefferson City, MO 65102

John Young
Director
Division of Environmental Quality
Missouri Department of Natural Resources
P.O. Box 176
Jefferson City, MO 65102

Ronald Hammerschmidt, PhD,
Director
Kansas Dept. of Health & Environment
Division of Environment
1000 SW Jackson, Suite 420
Topeka, Ks. 66612-1367

United States Department of Agriculture
Natural Resources Conservation Office
Missouri State Office
Parkside Center, Suite 250
601 Business Loop 70 West
Columbia, MO 65203-2546

Roger A. Hansen
MO State Conservationist
601 Business Loop 70W
Parkade Center, Suite 250
Columbia, MO 65203

Tomas Dominguez
State Conservationist
Kansas Natural Resources Conservation
Service
760 S. Broadway
Salina, Kansas 67401 - 4642

U.S. Environmental Protection Agency
Region 7
901 North 5th St.
Kansas City, KS 66101

U.S. Department of the Interior
National Park Service
Land Resource Division
1849 C Street, N.W.
Washington, DC 20240

Edward McKay
National Geodetic Survey
NOAA - SSMC3
1315 East-West Highway
Silver Spring, MD 20914

The required cover letters (pursuant to 49 C.F.R. 1105.11) are attached hereto. BNSF has consulted with all appropriate agencies in preparing the reports.

Michael Smith
Freeborn & Peters
311 S. Wacker Dr. Suite 3000
Chicago, Illinois 60606-6677
Phone: (312) 360-6724
Fax: (312) 360-6598

Dated: May 2, 2002

Jasper Circuit Court March 13th 1876

Be it remembered that at a Regular term of the Circuit Court of Jasper County Missouri begun and held at the Court House in the city of Carthage on Monday the 13th day of March A.D. 1876. There being present Hon. Joseph Cravens Judge of said Court. A. L. Thomas Prosecuting Attorney of Jasper County, Spencer Anderson Sheriff of Jasper County and Meredith Taylor Clerk of said Court, at which time and place the following proceedings were had in said Court.

Memphis Carthage and North Western Rail Road Company Plff
vs
John Elliott Et al Defts

Now at this day this cause coming to be heard and the Court being fully advised in the premises and it appearing to the satisfaction of the Court that the plaintiff has paid or deposited in the Court the amount of damages assessed to each of the Defendants hereinafter named, it is therefore considered ordered and adjudged

**Exhibit II-1**

The North Half of the South West quarter of Section Thirty four (34) of Township 29 of Range Thirty three the property of John Colline;

The North East quarter of the South East quarter of Section Thirty three (33) in Township Twenty nine (29) of Range Thirty three (33) the [illegible] of the defendant William E. Evans;

The South Half of Section Six (6) in Township Twenty Eight (28) of Range Thirty three (33) the property of Defendant [illegible] [illegible] Young;

The North East quarter of the North East quarter of Section Twelve (12) in Township Twenty Eight (28) of Range Thirty four (34) the property of defendant Stephen Frau[illegible];

The North East quarter of the North West quarter of Section Twelve (12) in Township Twenty Eight (28) of Range Thirty four (34) the property of defendant John [illegible];

The South Half of the North East quarter of Section Eleven (11) in Township Twenty Eight (28) of Range Thirty four (34) the property of defendant George B. Martin;

The plaintiff to have and to hold the easement of right of way to itself its successors and assigns as against said defendants

decreed that the plaintiff may have taken and appropriate to its own use as a right of way for its Railroad a strip of land one Hundred feet wide, that is fifty feet on equal distance from the center of the track of its Railroad when the same is located over and through the following described lots tract and parcels of land belonging to the persons named below towit

#1

The North Half of the North East quarter and the North Half of the North West quarter of Section Thirty Six (36) in Township Twenty nine (29) of Range Thirty three (33) the property of Defendant John Elliott

The North East quarter of the North East quarter of Section Thirty five (35) in Township Twentynine (29) of Range Thirty three (33) the Property of Defendant George Stiltz

#2

The South East quarter of the North West quarter of Section Thirty five (35) in Township Twentynine (29) of Range Thirty three (33) the property of defendant Ed. Wierner

Deeded by Frank Chas[illegible]

The North Half of the South East quarter of Section Thirty Four (34) in Township Twenty nine (29) of Range Thirty three (33) the property of Defendant John Sanguih

their heirs and assigns so long as the shall be used for the purposes of Railroad.

State of Missouri }
County of Jasper } SS.

I M. Taylor Clerk of the Circuit Court within and for the County of Jasper do hereby certify that the above and foregoing is a true copy of the Deed of Right of way for Railroad as fully as the same is shown on Record Vo page 434 & 435 in my office.

Witness my hand and the Seal of said Court affixed.

Done at Office in the City of Carthage this 31st day of May A.D. 1876.

M. Taylor
Clerk

14643

Memphis, Carthage & No Western Railroad Co,

vs

John Elliott Etal

Jasper Co.

Cert. Copy of Right of way

#31 A

$1.25

**Transcribed Version of Plaintiffs' Exhibit B to Plaintiffs' Complaint in Fauvergue v. U.S**

Jasper Circuit Court March 13, 1878

Be it remembered that on a declaration of the Circuit Court of Jasper County, Missouri bequest and hold of the said Court in the City of Carthage on Wednesday, the 10th day of March A.D. 1976, There being Jerimiah__. Joseph, Judge of said Court. A. L. Thomas Prosecuting Attorney of Jasper County __________ __________________________
Sheriff of Jasper County _________________________ Meredith Taylor
____________________________ Court at which __________________ the following
_______________________________________________________________

Memphis Carthage and South Wichita Rail Road Company, Pltf.
vs.
John Elliott Et al., Defendant

Now as this day _______________________be heard and the ____ advanced __ the premises and in appearing to the satisfaction of the Court that the plaintiff has paid or deposited in the Court the amount of damages assessed to each of the defendants herein after named in this ________- considered, or died adjudged and

The north half of the south west quarter of section thirty-four (34) of Township 29 of Range thirty three the property of John Collins.

The North East quarter of the South East quarter of Section Thirty-Three (33) in Township Twenty-Three (23) of Range Thirty-three (33) _____ of the _____ _________ William E. Evans.

The South half of Section Six (6) in Township Sixty-Eight (68) of Range Thirty-three (33) the Property of Defendant ___ ___ Young.

The North East quarter of the North East quarter of Section Twelve (12) in Township Twenty Eight (28) of Range Thirty four (34) _____ Property of Defendant John ________.

The South East quarter of the South West quarter of Section Eleven (11) Township Twenty-Eight (28) of Range Thirty -Four (34) of the Property of defendant John Gibson .

The South half of the North East quarter of Section Eleven (11) in Township Twenty-Eight (28) of Range Thirty-four (34) of the Property of defendant George B. Martin.

The Plaintiff to have and to hold the easement of right of way to itself its successors and assigns as against said defendant __ decreed that the Plaintiff may have _____ and appropriate to its own use as a right of way for its Railroad a strip of land one



**Exhibit II-2**

**Transcribed Version of Plaintiffs' Exhibit B to Plaintiffs' Complaint in Fauvergue v. U.S**

Hundred Feet wide that that is fifty feet right equi-distant from the center of the track of its Railroad where the "___" is located ___ over and through the following _______ ____ _____ each and for parcels of land belonging to the persons ____ below Court.

The North half of the North East quarter and the South half of the North West quarter of Section Thirty-Six (36) in Township Twenty-nine (29) of Range Thirty-Three (33) the Property of Defendant John Elliott.

The North East quarter of the North East quarter of Section Thirty Five (__)Township Twenty-nine(29) of Range Thirty-Three (33) the Property of Defendant George Stutz.

The South East quarter of the North West quarter of Section Thirty-Five (36) in Township Twenty-Nine (29) of Range Thirty-Three (33) the Property of Defendant S. J. ______.

The North half of the South East quarter of Section Thirty-Four (34) in Township Twenty-nine (29) of Range Thirty-Three (33) the Property of defendant John Sargueh.

Their heirs and assigns as long as the shall be used for the purposes of Railroad.

State of Missouri )
) SS.
County of Jasper )

J.M. Taylor Clerk of the Circuit Court within and for the County of Jasper do hereby certify that the above and foregoing as a true copy of the Process of Right of way for Railroad as fully as the same is shown on Record the page 434 & 435 in our office.

Witness my hand and the Seal of said Court affiliate.

______ ___ Office in the City of Carthage this 31st day of May A.D., 1876.

J. M. Taylor
Clerk

**Transcribed Version of Plaintiffs' Exhibit B to Plaintiffs' Complaint in Fauvergue v. U.S**

14643

Memphis, Carthage & ___ Western Railroad Co.

vs.

John Elliott Elat
Jasper Co.

Cert. Copy of Right of Way

#81A
$1.25