K-309

Page 309

Notice

State of Kansas } ss
County of Cherokee }

The State of Kansas to all to whom it may Concern

Notice is hereby given that we the undersigned having been upon the written application of the Missouri and Western Rail Road Company by the District Judge of the Eleventh Judicial District of the State of Kansas on the 29th day of June 1876 duly appointed Commissioners to lay of the route, side tracks, depot grounds &c. of the Missouri and Western Railway, through the said County of Cherokee and to appraise the value of and assess the damages to the land over which the same is or may be located will on Monday the 18th day of September 1876 commence at the present completed terminus of said Road at or near Brownsville in said County and will lay off such Route side tracks depot grounds &c for such distance through said County of such width not exceeding one hundred feet, except for the purpose of cuttings and embankments it shall be necessary to take more for the purpose proper construction and security of said Road and upon such location as may be desired by said Company having the same carefully surveyed and ascertaining carefully the quantity of land necessary for such purposes out of each quarter section or other lot of land through which said route, side track depot grounds &c is located: and will appraise the value of such portion of any such quarter section or other lot of land and assess the damages thereto. We shall continue westward from the place of begining above designated from day to day untill the duty enjoined upon us by law in that respect shall have been completed.

J. C. Branson }
M. V. Alleman } Commissioners
T. W. Goldsberry }

State of Kansas } ss
County of Cherokee }

We J. C. Branson, M. V. Alleman and T. W. Goldsberry the Commissioners above named and whose signatures are attached to the above and foregoing notice, of lawful age being first duly sworn each for himself on his oath says I will ...

Exhibit JJ-1

and faithfully discharge my duty as such Commissioners according to law and the best of my ability so help me God.

J. C. Branson
W. D. Alexander
C. M. Sudbury

The above oath was subscribed in my presence and taken before me at my Office in the City of Columbus Kansas this 16th day of August 1876

(Seal) W. C. Stocksliger
Clerk District Court
Cherokee County Kans

To the Honorable Judge of the 11th Judicial District of the State of Kansas:

The petition of the Missouri and Western Railway showeth, that it is a Corporation duly chartered and organized under the laws of the State of Kansas, that it has become by purchase the successor of the Memphis and Carthage Railway Company; a Corporation duly organized under the laws of the State of Kansas to build and maintain a Railway from Peirce City in the State of Missouri via Columbus in Cherokee County and Oswego in Labette County to some point in Kansas west thereof. That said Company had located and laid off its line through Cherokee and Labette County and in Labette County to a connection with the Missouri Kansas and Texas Railway at Oswego in said Labette County and had in great part graded and constructed its line of road and erected its Bridge Piers from Brownsville (to which point the road is completed and operated) in Cherokee County to Oswego in Labette County. That such grading and construction of the road and building of Bridge Piers and abutments &c was done with the consent and permission of the owners of the lands aforesaid. But that upon a portion of said route through Cherokee County no appraisements of the lands and assessment of damages upon the Premises whereon its said Road-bed and Bridge abutments &c are constructed and have been made from said Brownsville. Therefore the said Missouri and Western Railway prays for the appointment of three commissioners residents and freeholders of Cherokee County to appraise and assess the damages therein in said Cherokee County and also for the appointment of like Commissioners for a like purpose in Labette County

K-309
Page 311

311

Missouri and Western Railway Company By N. H. Harding its atty.
A Chambers
Oswego Labette Co. Kansas June 29th 1876. Now at this time comes the Missouri and Western Railway Company by its attorney N. H. Harding and makes proper application for the appointment of Commissioners to make appraisement and assessment of damages for the right of way of said Railway from Boxonsville in Cherokee County through said County to the Western line of said County and it being made to appear that said Missouri and Western Railway Company is a Corporation duly Chartered and organized and has its route laid off and line located through said Cherokee County: It is therefore ordered that J. C. Branson M. D. Aleman and J. W. Goldsberry being freeholders and residents of said Cherokee County be and hereby are appointed Commissioners to make the appraisement and assessment of damages to the lands over which said line is located in said Cherokee County.
Witness my hand this 29th day of June 1876
B. W. Perkins
Judge of the 11th Judicial district of the State of Kansas
State of Kansas }
County of Cherokee } ss
I hereby certify that the foregoing is a true copy as is shown by the records of my office.
In testimony whereof I have hereunto set my hand and affixed my official seal this 19th day of Oct. A.D. 1876.
W. C. Jones
Register of Deeds
(Seal)
By Frank V. Lane Deputy

State of Kansas }
County of Cherokee } ss
We, the undersigned freeholders and residents of the County of Cherokee and State of Kansas having been upon the written application of the Missouri and Western Railway Company by the District Judge of the Eleventh Judicial District of the said State on the 29th day of June 1876 duly appointed Commissioners to lay off the route side tracks depot grounds &c of the Missouri and Western Railway through said County, and to ascertain quantity of land [illegible] said Road bed through, over and across [illegible] quarter sections or other lots of land [illegible]

K-389

Page 313



of said County and Taking from each The quantity of land hereinafter designated of the value hereinafter appraised and to The damages hereinafter assessed in The following Table To-wit:

| Names of Owner | Part of Section | Section | Township | Range | No. in Tract | Acres Value | Per Acre | Total Value | Damages | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M.R. F.S.& G. R.R. Co | N.W¼ S.E¼ / N.E¼ S.W¼ | 15 | 33 | 25 | 80 | 6.25 | 1.00 | 625 | | 625 | |
| Do | N.W¼ of S.W¼ | " | " | " | 40 | 314 | 100 | 314 | | 314 | |
| Petero | N.E¼ of S.E¼ | 16 | " | " | 40 | 238 | 100 | 238 | | 238 | ✓ |
| M.R.F.S.& G. R.R. Co. | N.E¼ | " | " | " | 160 | 312 | 100 | 312 | | 312 | ✓ |
| Do | N.W¼ | " | " | " | 160 | 626 | 100 | 626 | | 626 | ✓ |
| Slimp Settled. | S½ of N.E¼ | 17 | " | " | 80 | See | note | 1 | | | |
| M.R.F.S.& G. R.R. Co | N.W¼ | " | " | " | 160 | 570 | 100 | 570 | | 570 | ✓ |
| Do | S.W¼ | " | " | " | 160 | 47 | 100 | 47 | | 47 | ✓ |
| Henry Wiggins | N.E¼ S.E¼ | 18 | " | " | 40 | 1.72 | 1.00 | 172 | | 172 | ✓ |
| M.R.F.S.& G.R.R. Co. | N.W¼ S.E¼ | " | " | " | 40 | 192 | 100 | 192 | | 192 | ✓ |
| Do | S.W¼ | " | " | " | 160 | 460 | 100 | 460 | | 460 | ✓ |
| Do | N.E¼ | " | " | " | 160 | 2.40 | 100 | 460 | | 460 | ✓ |
| Do | N.W¼ | " | " | " | 160 | 168 | 100 | 168 | | 168 | ✓ |
| Do | N.E¼ | 13 | " | 24 | 160 | 135 | 100 | 135 | | 135 | ✓ |
| Do | N.W¼ | " | " | " | 160 | 145 | 100 | 145 | | 145 | ✓ |
| Do | S.E¼ | " | " | " | 160 | 163 | 100 | 163 | | 163 | ✓ |
| Do | S.W¼ | " | " | " | 160 | 453 | 100 | 453 | | 463 | ✓ |
| Do | N.E¼ | 14 | " | " | 160 | 189 | 100 | 189 | | 189 | ✓ |
| Do | N.W¼ | " | " | " | 160 | 206 | 100 | 256 | | 206 | ✓ |
| Do | S.E¼ | " | " | " | 160 | 426 | 100 | 426 | | 426 | ✓ |
| Do | S.W¼ | " | " | " | 160 | 309 | 100 | 309 | | 309 | ✓ |
| Do | N.E¼ | 15 | " | " | 160 | 228 | 100 | 228 | | 228 | ✓ |
| Do | N.W¼ | " | " | " | 160 | 1.16 | 100 | 166 | | 116 | ✓ |
| Do | S.E¼ | " | " | " | 160 | 382 | 100 | 382 | | 382 | ✓ |
| Do | S.W¼ | " | " | " | 160 | 495 | 100 | 495 | | 495 | ✓ |
| Do | N.E¼ | 16 | " | " | 160 | .46 | 1.00 | .46 | | .48 | ✓ |
| Do | S.E¼ | " | " | " | 160 | 565 | 1.00 | 565 | | 565 | ✓ |
| Do | N.W¼ | " | " | " | 160 | .05 | 1.00 | .05 | | .05 | ✓ |
| Do | S.W¼ | " | " | " | 160 | 6.06 | 1.00 | 6.06 | | 6.06 | ✓ |
| Do | S.E¼ | 17 | " | " | 160 | 6.06 | 1.00 | 6.06 | | 6.06 | ✓ |
| Do | S.W¼ | " | " | " | 160 | 2.50 | 1.00 | 2.50 | | 2.50 | ✓ |
| Do | N.W¼ | " | " | " | 160 | 382 | 1.00 | 3.82 | | 3.82 | ✓ |
| Estate S.C. Cheney | N.E¼ | 18 | " | " | 160 | 6.16 | 8.00 | 49.28 | 100.00 | 149.28 | |
| M.R.F.S.& G.R.R. Co | W½ N.W¼ | " | " | " | 80 | 6. | 1.50 | 9.00 | | 9.00 | |
| Do | N.E.¼ | 13 | " | 23 | 160 | 6.12 | 2.00 | 12.24 | | 12.24 | |
| Do See note 1 | N.W¼ | " | " | " | 160 | 4.46 | 1.00 | 4.46 | | [illegible] | |
| J.H. Lee Settled | N.E¼ | 14 | " | " | 160 | 6.16 | See | note | 1 | | |
| Marshall | E½ N.W¼ | " | " | " | 80 | 3.1 | 5.00 | 13.32 | | [illegible] | |
| T.P. Anderson | W½ N.W¼ | " | " | " | 80 | 1.06 | [illegible] | [illegible] | | [illegible] | |
| M.R.F.S.& G. R.R. Co | [illegible] | [illegible] | | | | | | | | | |

K-30?

Page 314

Continued

| Name of Owner | Part of Section | No. of Section | Township | Range | Acres: Timber Tract | Acres: No. Taken | Value: Per acre of Tract | Value: Taken | Damages | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| M. Clure | S½ S.E.¼ | 10 | 33 | 20 | 80 | 2.56 | 7.50 | 21.45 | | 21.40 |
| M. R. F. S. & G. R.R. Co. | S.W.¼ | " | " | " | 160 | 3.12 | 1.00 | 4.68 | | 4.68 |
| Do | N.E.¼ | 10 | " | " | 160 | 3.4 | 1.00 | 3.40 | | 3.40 |
| Do | N.W.¼ | " | " | " | 160 | 3.6 | 1.00 | 3.60 | | 3.60 |
| Do | S.E.¼ | 9 | " | " | 160 | 3.36 | 1.00 | 3.36 | | 3.36 |
| Do | S.W.¼ | " | " | " | 160 | 3.95 | 1.00 | 3.95 | | 3.95 |
| Do | N.E.¼ | 16 | " | " | 160 | 2.8 | 1.00 | 2.80 | | 2.80 |
| Do | N.W.¼ | " | " | " | 160 | 2.13 | 1.00 | 2.13 | | 2.13 |
| Do | S.E.¼ | 8 | " | " | 160 | 4.66 | 1.00 | 4.66 | | 4.66 |
| Do | S.W.¼ | " | " | " | 160 | 5.36 | 1.00 | 5.36 | | 5.36 |
| Do | N.E.¼ | 17 | " | " | 160 | 1.48 | 1.00 | 1.48 | | 1.48 |
| Do | N.W.¼ | " | " | " | 160 | .78 | 1.00 | .78 | | .78 |
| Do | S.E.¼ | 7 | " | " | 160 | 5.62 | 1.00 | 5.62 | | 5.62 |
| Do | S.W.¼ | " | " | " | 160 | 5.27 | 1.00 | 5.27 | | 5.27 |
| Do | N.E.¼ | 18 | " | " | 160 | .52 | 1.00 | .52 | | .52 |
| Do | N.W.¼ | " | " | " | 160 | .72 | 1.00 | .72 | | .72 |
| Do | S.E.¼ | 12 | " | 22 | 160 | 5.27 | 1.00 | 5.27 | | 5.27 |
| Do | S.W.¼ | " | " | " | 160 | 5.62 | 1.00 | 5.62 | | 5.62 |
| Do | N.E.¼ | 13 | " | " | 160 | .72 | 1.00 | .72 | | .72 |
| Do | N.W.¼ | " | " | " | 160 | .52 | 1.00 | .52 | | .52 |
| Do | S.E.¼ | 11 | " | " | 160 | 6.39 | 1.00 | 6.39 | | 6.39 |
| Do | E½ S.W.¼ | " | " | " | 80 | 3.08 | 1.00 | 3.08 | | 3.08 |
| Do | W½ S.W.¼ | " | " | " | 80 | 3.00 | 1.00 | 3.00 | | 3.00 |
| S. Sicklemire | N.W.¼ | 14 | " | " | 160 | .17 | 1.00 | .17 | | .17 |
| M. R. F. S. & G. R.R. Co. | N.E.¼ | 15 | " | " | 160 | 6.13 | 1.00 | 6.13 | | 6.13 |
| Do | N.W.¼ | " | " | " | 160 | 6.13 | 1.00 | 6.13 | | 6.13 |
| Jomisbeer | E½ N.E.¼ | 16 | " | " | 80 | 3.12 | 3.00 | 9.36 | | 9.36 |
| B. F. Hobart | W½ N.E.¼ | " | " | " | 80 | 3.12 | 1.00 | 3.12 | | 3.12 |
| M. R. F. S. & G. R.R. Co. | N.W.¼ | " | " | " | 160 | 2.78 | 1.00 | 2.78 | | 2.78 |
| Do | S.W.¼ | " | " | " | 160 | 3.72 | 1.00 | 3.72 | | 3.72 |
| Do | S.E.¼ | 17 | " | " | 160 | 6.30 | 1.00 | 6.30 | | 6.30 |
| Do | S.W.¼ | " | " | " | 160 | 6.3 | 1.00 | 6.30 | | 6.30 |
| Wm Wimp | W½ S.E.¼ | 18 | " | " | 80 | 3.15 | 3.00 | 9.45 | 40.00 | 49.45 |
| J. W. Wimp | E½ S.E.¼ | " | " | " | 80 | 3.15 | 2.00 | 6.30 | 10.00 | 16.30 |
| M.R.F.S.&G.R.R.Co. / M. R. F. S. & G. R.R. Co. | S.E.¼ of N.W.¼ / N.E.¼ & N.W.¼ | 19 | " | " | 40 / 40 | 2.92 / .2 | 1 / 1.00 | 2.92 / .20 | | 2.92 / .20 |
| B. F. Hobart | W½ S.W.¼ | 18 | " | " | 80 | 3.00 | 3.00 | 9.00 | | 9.00 |
| Estate of C. Schnier | S.E.¼ | 13 | " | 21 | 160 | 6.89 | 10.00 | 68.90 | | 68.90 |
| Do | Lot 3 | " | " | " | 26 | 2.17 | 10.00 | 21.70 | | 21.70 |
| J. J. Higgins / See note 2 | In S.E. Corner of Lt 4 - 1000 feet East & West by 100 feet North and South | " | " | " | 2.31 | 1.73 | 10.00 | 17.30 | 5.80 | 23.10 |
| Fulton | In Lot 4 | " | " | " | 42.69 | .64 | 10.00 | 6.40 | | 6.40 |
| W. P. Matter Settler | Lot 2 | 24 | " | " | | | | | | |
| [illegible] | [illegible] | 6 / 7 | 23 | [illegible] | 1086.1 | See note 1 | | 269 | | 269 |

K-309
Page 315



at the instance of said Company and for additional depot grounds, Side tracks Stock yards &c at the City of Columbus in said County we also laid off appraised and Condemned the tract of land belonging to the Missouri River Fort Scott and Gulf Railway Company described as follows to-wit: Commencing at a point on the west line of the North East quarter of Section No Thirteen and on the north line of the right of way above described or fifty feet north from the center of the Road bed above described in Section No Thirteen in Township No Thirty Three South of Range No Twenty Three East thence north Two hundred and Seventy nine feet thence east nine hundred feet (more or less) to the west line of the right of way of the Missouri River Fort Scott and Gulf Railway Company, thence south west along the west line of said last named right of way Two hundred and Seventy nine feet to the north line of the right of way of the Missouri and Western Railway Company as above described. Thence west on north line of said last named right-of-way Eight hundred and eighty seven feet to the place of Beginning Containing Six acres more or less, which we appraised at Ten dollars per acre or the sum of Sixty dollars $60.00

Also Lot No one in Block No one belonging to — Schales which we appraised at $40.00 Lot No Twelve in Block No Two belonging to A. J. Allen which we appraised at $45.00 and Lot No one in Block No Three belonging to W. L. Broadwell which we appraised at $75.00 all in Lee's First addition to the City of Columbus.

We were informed by said Company the M & W that the right of way had been settled for through the respective pieces of land designated above as belonging to Plimp. J. N. Lee and M. P. Motter had been settled for, hence we made no appraisement of values or assessment of damages in those Cases. We were also informed by said Company that the right-of-way had been settled for with said J. N. Lee over that portion of the north west quarter of Section No Thirteen in Township No Thirty Three South of Range No Twenty Three east which lies between the east line of said quarter Section and the extention northward of the east line of "G" Street in the said City of Columbus, and for that portion of said quarter section we made no appraisement nor assessment of damages and the amount we report condemned in that quarter section 4 46/100 acres amount taken from that portion which lies

extention northward of the east line of said "C" Street
[illegible] 2. The description of the tract of land which we have designated as belonging to J. J. Higgins we give more fully as follows; Commencing at the South east Corner of Lot No four in Section No. Thirteen in Township No. Thirty Three South of Range No. Twenty one east and running thence west on the south line of said Lot one thousand feet, thence north one hundred feet thence east to the east line of said Lot thence South to the point of beginning.

We the said Commissioners whose names are hereto affixed hereby Certify that the above and foregoing report is a true full and accurate account of our doings and proceedings as such Commissioners, that the Course and route by us laid off for said road, that the appraisements of Values and the assessments of damages by us above reported are in our Judgment, full, fair, and reasonable Compensation for the lands appraised and Condemned and of the damages to the remaining portions of the quarter Sections or other lots of land effected thereby, that the amount of land taken from each quarter Section or other lot of land as above designated is true and accurate as the same was reported to us by said Surveyor.

Witness our hands this 1 day of October 1876

J. C. Branson }
M. D. Hileman } Commissioners
T. W. Goldsberry }

I hereby Certify that I Surveyed at the instance of M. & Western Railroad Company the Several lots of land herein described, under the direction of the Commissioners, whose proceedings are herein reported, I further Certify that the aforesaid Survey is Correctly made and reported Survey made 18th 19th 20th 21st 22nd and 23rd day of September 1876

J. B. Hodgins
Surveyor Cherokee Co. Kansas

Notice

State of Kansas } Ss
County of Cherokee }

The State of Kansas To all to whom it may concern. notice is hereby given that we the undersigned

K-309
page 317



having been upon the written application of Missouri and Western Railway Company by the District Judge of the eleventh Judicial District of the State of Kansas on the 29th day of June 1876 duly appointed Commissioners to lay off the route side tracks depot grounds &c of the Missouri and Western Railway through the said County of Cherokee and to appraise the value of and assess the damages to the land over which the same is or may be located will on Monday the 18th day of September 1876 commence at the present completed terminus of said road, at or near Brownsville in said County; and will lay off such route side track, depot grounds &c for such distance through said County of such width not exceeding one hundred feet except for the purposes of cuttings and embankments it shall be necessary to take more for the proper construction and security of said road, and upon such location as may be desired by said company having the same carefully surveyed and ascertaining carefully the quantity of land necessary for such purposes out of each quarter section or other lot of land through which said route side tracks depot grounds &c is so located and will appraise the value of such portion of any such quarter section or other lot of land and assess the damages thereon; We shall continue westward from the place of begining above designated from day to day until the duty enjoined upon us by law in that respect shall have been completed.

J. C. Branson }
M. D. Holeman } Commissioners
J. W. Goldsberry }

State of Kansas }
County of Cherokee } ss

W. P. Bennett of lawful age being first duly sworn on his oath says; I am Foreman of the office of the Columbus Democrat a weekly newspaper, published in the City of Columbus in the County of Cherokee in said State and of General Circulation in said County That the notice a copy of which is hereto attached was published in said newspaper for five consecutive weeks, the first publication being on Friday the 18th day of August 1876

W. P. Bennett

K-309
Page 318

Subscribed in my presence and Sworn to before me at my office in the City of Columbus this 30th day of September 1876

(Seal)

C. A. Nichols
Probate Judge

I hereby certify the foregoing to be a true and accurate copy of the original Report now on file in my Office.
Witness my hand and seal on this the 21st day of Oct. A.D. 1876

Ed. McPherson
County Clerk

(Seal)

State of Kansas
County of Cherokee } ss

I Glenn Lisle Treasurer of Cherokee County Kansas do hereby certify that the Missouri and Western Railway Company has caused to be paid to me the amount in full of the appraisement contained in the within Copy of the Report of J. G. Branson M. D. Allman & J. W. Goldsberry the within named Commissioners.
Witness my hand the 28th day of Octo 1876.

Glenn Lisle
Co. Treasr.

Notice

State of Kansas )
) ss
County of Cherokee )

The State of Kansas to all to whom it may concern.

Notice is hereby given that we the undersigned having been upon the written application of the Missouri and Western Railroad Company by the District Judge of the Eleventh Judicial District of the State of Kansas on the 29th day of June 1876 being appointed Commissioners to lay of the route, side Tracks, depot grounds and ____ of the Missouri and Western Railway; through the said County of Cherokee and to appraise the value of and assess the damages to the land over which the same is or may be located will on Monday the 18th day of September 1876 commence at the present ________________ ____________ of said Road at or near Brownsville in said County and lay off such Route ,side Tracks, depot grounds and ___ for such distance through said County of such width not exceeding one hundred feet except for the purchase of cuttings and embankments it shall be necessary to take more for the purpose proper construction and security of said Road and upon such location as may be desired by said Company having the same carefully surveyed and ascertaining carefully the quantity of land necessary for such _______________ but of each quarter section or other lot of land through which said route side Track, depot grounds ____ is located; and will appraise the value of such portion of any such quarter section on other lot of land and assess the damages thereto. We shall continue westward from the place of beginning above designated from day to day until the duty enjoined upon us by law in that respect shall have been completed.

J.G. Branson
M.D. Hileman Commissioner
J.W. Eldsberry

State of Kansas )
) ss
County of Cherokee )

We J.G. Branson, W.D. Hileman and J.W. Eldsberry, The Commissioners above named and whose signatures are attached to the above and _____________________ notice of lawful age being first duly _______________ such for himself on his oath says: I will ___________________ and faithfully discharge my duty as such Commissioner according to law and the best of my ability so help me God.

J.G. Branson
M.D. Hileman Commissioner
J.W. Eldsberry

**Exhibit JJ-2**

The above oath was subscribed in my presence and taken before me at my office in the City of Columbus, Kansas this 16th day of August 1876.

A.C. Stocksinger
Eleventh District Court
Cherokee County Kansas

To the Honorable Judge of the 11th Judicial District of the State of Kansas:

The petition of the Missouri and Western Railway showeth that it is a corporation duly chartered and organized under the laws of the Sate of Kansas that it now become by purchase the successor of the Memphis and Carthage Railway Company; a corporation duly organized under the laws of the State of Kansas to build and maintain a railway from Prince City in the State of Missouri via Columbus in Cherokee County and Oswego in Labette County to some point in Kansas west thereof that said Company had located and laid off its line through Cherokee and Labette County and in Labette County to a connection with the Missouri Kansas and Texan Railway at Oswego in said Labette County and had in great part grated and constructed its line of Road and erected its bridge piers from Brownsville (to which point the road is completed and operated) in Cherokee County to Oswego in Labette County. That such grading and construction of the road and building of bridge piers and abutments and ____ was done with the consent and permission of the owners of the lands aforesaid. But that upon a portion of said route through Cherokee County no __________ of the lands and assessment of damages upon the premises whereon its said road-bed and bridge abutments ____ are constructed and have been made from said Brownsville; Wherefore, said Missouri and Western Railway prays for the appointment of those Commissioners residents and freeholders of Cherokee County to appraise and assess the damages there in said Cherokee County and also for the appointment of like Commissioners for a like purpose in Labette County Missouri and Western Railway Company by H. H. Harding its atty.

A. Chambers.

Oswego Labette Co. Kansas June 29th 1876. Now at this hour comes the Missouri and Western Railway Company by its attorney H.H. Harding and makes proper application for the appointment of Commissioners to make appraisement and assessment of damages for the right of way of said Railway from Brownsville in Cherokee County through said County to the Western line of said County and it being made to appear that such Missouri and Western Railway Company is a corporation duly chartered and organized and has its route laid off and line located through said Cherokee County. It is therefore ordered that J.W. Branson W.D. Hileman and J.W. Eldsberry being freeholders and residents of said Cherokee County be and hereby are appointed Commissioners to make the appraisement and assessment of damages to the lands over which said line is located in said Cherokee County.

Witness my hand this 29th day of June 1876.

B.W. Perkins

Judge of the 11th Judicial district of the State of Kansas.

State of Kansas )
) ss
County of Cherokee )

I hereby certify that the foregoing is a true copy as is shown by the records of my office.

In testimony whereof I have hereunto set my hand and affixed my official seal this 19th day of Oct. A.D. 1876.

W.C. Jones
Register of Deeds
Frank V. Dane Deputy

State of Kansas )
) ss
County of Cherokee )

We, the undersigned freeholders and residents of the County of Cherokee and State of Kansas having been upon the written application of the Missouri and Western Railway Company by the District Judge of the Eleventh Judicial District of the said State on the 29th day of June 1876 duly appointed Commissioners to lay off the route side tracks depot grounds ____ of the Missouri and Western Railway through said County and to ascertain ____ guaranty of land necessary ______________________________ of said County and taking from each the quantity of land hereinafter designated of the value hereinafter appraised and to the damages hereinafter assessed in the following Table to wit:

| Name of Owner | Part of Section | Section | Township | Range | No. in Tract | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| M.R. F.S.&G.R.R. Co. | S.W ¼ SE__) NE ¼ SW__) | 15 | 33 | 25 | 80 | 625 | 1.00 | 625 | | 625 |
| Do | NW__________ | 15 | 33 | 25 | 40 | 314 | 100 | 314 | | 314 |
| Peteso | NE ¼ of _____ | 16 | 33 | 25 | 40 | 238 | 100 | 238 | | 238 |
| M.R.F.S. & G.R.R.Co. | NE ¼ | 16 | 33 | 25 | 160 | 312 | 100 | 312 | | 312 |
| Do | NW ¼ | 16 | 33 | 25 | 160 | 626 | 100 | 626 | | 626 |
| Sli ____ Settled | S ½ if NE ¼ | 17 | 33 | 25 | 80 | See | Note | 1 | | |
| M.R.F.S. & G.R.R.Co. | NW ¼ | 17 | 33 | 25 | 160 | 570 | 100 | 570 | | 570 |

| Name of Owner | Part of Section | Section | Township | Range | No. in Tract | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Do | SW ¼ | 17 | 33 | 25 | 162 | 47 | 100 | 47 | | 47 |
| Henry Wiggins | NE ¼ SE ¼ | 18 | 33 | 25 | 40 | 172 | 100 | 172 | | 172 |
| M.R.F.S. & G.R.R.Co. | NW ¼ SE ¼ | 18 | 33 | 25 | 40 | 192 | 100 | 192 | | 192 |
| Do | SW ¼ | 18 | 33 | 25 | 160 | 460 | 100 | 460 | | 460 |
| Do | NE ¼ | 18 | 33 | 25 | 160 | 240 | 100 | 460 | | 460 |
| Do | NW ¼ | 18 | 33 | 25 | 160 | 168 | 100 | 168 | | 168 |
| Do | NE ¼ | 13 | 33 | 24 | 160 | 135 | 100 | 135 | | 135 |
| Do | NW ¼ | 13 | 33 | 25 | 160 | 145 | 100 | 145 | | 145 |
| Do | SE ¼ | 13 | 33 | 25 | 160 | 163 | 100 | 163 | | 163 |
| Do | SW ¼ | 13 | 33 | 25 | 160 | 453 | 100 | 453 | | 453 |
| Do | NE ¼ | 14 | 33 | 25 | 160 | 189 | 100 | 189 | | 189 |
| Do | NW ¼ | 14 | 33 | 25 | 160 | 256 | 100 | 256 | | 256 |
| Do | SE ¼ | 14 | 33 | 25 | 160 | 426 | 100 | 426 | | 426 |
| Do | SW ¼ | 14 | 33 | 25 | 160 | 359 | 100 | 359 | | 359 |
| Do | NE ¼ | 15 | 33 | 25 | 160 | 228 | 100 | 228 | | 228 |
| Do | NW ¼ | 15 | 33 | 25 | 160 | 116 | 100 | 116 | | 116 |
| Do | SE ¼ | 15 | 33 | 25 | 160 | 382 | 100 | 382 | | 382 |
| Do | SW ¼ | 15 | 33 | 25 | 160 | 495 | 100 | 495 | | 495 |
| Do | NE ¼ | 16 | 33 | 25 | 160 | 46 | 100 | 46 | | 46 |
| Do | SE ¼ | 16 | 33 | 25 | 160 | 565 | 100 | 565 | | 565 |
| Do | NW ¼ | 16 | 33 | 25 | 160 | .05 | 1.00 | .05 | | .05 |
| Do | SW ¼ | 16 | 33 | 25 | 160 | 6.06 | 1.00 | 6.06 | | 6.06 |
| Do | SE ¼ | 17 | 33 | 25 | 160 | 6.06 | 1.00 | 6.06 | | 6.06 |
| Do | SW ¼ | 17 | 33 | 25 | 160 | 2.50 | 1.00 | 2.50 | | 2.50 |
| Do | NW ¼ | 17 | 33 | 25 | 160 | 382 | 1.00 | 3.82 | | 3.82 |
| Estate S. C. Teheny | NE ¼ | 18 | 33 | 25 | 1.60 | 6.16 | 8.00 | 4.928 | 100.00 | 14928 |
| M.R.F.S & G.R.R.Co. | N ½ NW ¼ | 18 | 33 | 25 | .80 | 6. | 1.50 | 9.00 | | 9.00 |
| Do | NE ¼ | 13 | 33 | 23 | 160 | 6.12 | 2.00 | 12.24 | | 12.24 |
| Do See Note 1 | NW ¼ | 13 | 33 | 23 | 160 | 4.46 | 1.00 | 4.46 | | 4.46 |
| J. U. Lee Settled | NE ¼ | 14 | 33 | 23 | 160 | 6.16 | See | Note | 1 | |
| Marshall | E ½ NW ¼ | 14 | 33 | 23 | 8.0 | 3.1 | 3.00 | 13.3_ | | |
| F. P. Anderson | W ½ NW ¼ | 14 | 33 | 23 | 8.0 | 4.00 | | | | |
| M.R.F.S. & G.R.R.Co. | | | | | | | | | | |
| Mcleiure | S ½ SE ¼ | 10 | 33 | 23 | 80 | 2.56 | 7.00 | 21.45 | | 21.45 |
| M.R.F.S. & G.R.R.Co. | SW ¼ | 10 | 33 | 23 | 160 | 3.12 | 1.50 | 4.68 | | 4.68 |
| Do | NE ¼ | 15 | 33 | 23 | 160 | 3.4 | 1.00 | 3.40 | | 3.40 |
| Do | NW ¼ | 15 | 33 | 23 | 160 | 3.6 | 1.00 | 3.60 | | 3.60 |
| Do | SE ¼ | 9 | 33 | 23 | 160 | 3.36 | 1.50 | 3.36 | | 3.36 |
| Do | SW ¼ | 9 | 33 | 23 | 160 | 3.95 | 1.00 | 3.95 | | 3.95 |
| Do | NE ¼ | 16 | 33 | 23 | 160 | 2.8 | 1.00 | 2.80 | | 2.80 |
| Do | NW ¼ | 16 | 33 | 23 | 160 | 2.13 | 1.00 | 2.13 | | 2.13 |
| Do | SE ¼ | 8 | 33 | 23 | 160 | 4.66 | 1.00 | 4.66 | | 4.66 |
| Do | SW ¼ | 8 | 33 | 23 | 160 | 5.36 | 1.00 | 5.36 | | 5.36 |
| Do | NE ¼ | 17 | 33 | 23 | 160 | 1.48 | 1.00 | 148 | | 1.48 |

| Name of Owner | Part of Section | Section | Township | Range | No. in Tract | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Do | NW ¼ | 17 | 33 | 23 | 160 | .78 | 1.50 | .78 | | .78 |
| Do | SE ¼ | 7 | 33 | 23 | 160 | 5.62 | 1.00 | 5.62 | | 5.62 |
| Do | SW ¼ | 7 | 33 | 23 | 160 | 5.27 | 1.00 | 5.27 | | 5.27 |
| Do | NE ¼ | 18 | 33 | 23 | 160 | .52 | 1.00 | .52 | | .52 |
| Do | NW ¼ | 18 | 33 | 23 | 160 | .72 | 1.00 | .72 | | .72 |
| Do | SE ¼ | 12 | 33 | 22 | 160 | 5.27 | 1.00 | 5.27 | | 5.27 |
| Do | SW ¼ | 12 | 33 | 22 | 160 | 5.62 | 1.00 | 5.62 | | 5.62 |
| Do | NE ¼ | 13 | 33 | 22 | 160 | .72 | 1.00 | .72 | | .72 |
| Do | NW ¼ | 13 | 33 | 22 | 160 | .52 | 1.00 | .52 | | .52 |
| Do | SE ¼ | 11 | 33 | 22 | 160 | 6.39 | 1.00 | 6.39 | | 6.39 |
| Do | E ½ SW ¼ | 11 | 33 | 22 | .80 | 3.08 | 1.00 | 3.08 | | 3.08 |
| Do | W ½ SW ¼ | 11 | 33 | 22 | 80 | 300 | 100 | 3.00 | | 3.00 |
| Ssicklemire | NW ¼ | 14 | 33 | 22 | 160 | .17 | 1.00 | .17 | | .17 |
| M.R.F.S. & G.R.R.Co. | NE ¼ | 15 | 33 | 22 | 160 | 6.13 | 1.00 | 6.13 | | 6.13 |
| Do | NW ¼ | 15 | 33 | 22 | 160 | 6.13 | 1.00 | 6.13 | | 6.13 |
| Hobusbeen | E ½ NE ¼ | 16 | 33 | 22 | 80 | 3.12 | 3.00 | 9.36 | | 9.36 |
| B. F. Hobart | W ½ NE ¼ | 16 | 33 | 22 | 80 | 3.12 | 1.50 | 3.12 | | 3.12 |
| M.R.F.S. &G.R.R.Co. | NW ¼ | 16 | 33 | 22 | 1.60 | 2.78 | 1.00 | 2.78 | | 2.78 |
| Do | SW ¼ | 16 | 33 | 22 | 160 | 372 | 1.50 | 372 | | 372 |
| Do | SE ¼ | 17 | 33 | 22 | 160 | 6.30 | 1.00 | 630 | | 6.30 |
| Do | SW ¼ | 17 | 33 | 22 | 160 | 6.3 | 1.00 | 6.30 | | 6.30 |
| Wm Wimp | W ½ SE ¼ | 18 | 33 | 22 | .80 | 3.15 | 3.00 | 9.45 | 40.00 | 49.45 |
| J.W. Wimp | E ½ SE ¼ | 18 | 33 | 22 | .80 | 3.15 | 2.00 | 6.30 | 10.00 | 16.30 |
| M.R.F.S. & G.R.R.Co. | SE ¼ of ___ | 18 | 33 | 22 | 40 | 2.92 | 1 | 2.92 | | 2.92 |
| M.R.F.S. & G.R.R.Co. | NE ¼ NW ¼ | 19 | 33 | 22 | 40 | .2 | 1.00 | .20 | | .20 |
| B. F. Hobart | W ½ SW ¼ | 18 | 33 | 22 | 80 | 3.00 | 3.00 | 9.00 | | 4.50 |
| Estate of C. Schnier | SE ¼ | 13 | 33 | 21 | 160 | 6.89 | 10.00 | 68.90 | | 68.90 |
| Do | Lot 3 | 13 | 33 | 21 | 26 | 2.17 | 10.00 | 21.70 | | 21.70 |
| J. J. Higgins | In SE corner of 4-1,000 feet | 13 | 33 | 21 | 2.31 | 1.73 | 10.00 | 17.30 | 580 | 23.10 |
| See Note 2 | East & West by 100 feet North and South | 13 | 33 | 21 | | | | | | |
| Falton | In Lot 4 | 13 | 33 | 21 | 42.69 | .64 | 10.00 | 6.40 | | 6.40 |
| W. P. Matter Settled | Lot 2 | 24 | 33 | 22 | | | | | | |
| ________ | Lot 6 | 23 | 33 | | 108.61 | See | Note | 1 | | |
| | | | | | | | | | | |

at the instance of said Company and for additional depot grounds, Side tracks stock yards and ___ at the City of Columbus in said County we also laid off appraised and

condemned the tract of land belonging to the Missouri River Fort South and Gulf Railway Company described as follows to wit:

Commencing at a point on the west line of the northeast quarter of Section No. thirteen and on the north line of the right of way above described on fifty feet width from the center of the road bed above described in Section No. Thirteen in Township No. Thirty Three South of Range No. Twenty Three East thence north two hundred and Seventy nine feet thence each nine hundred feet (more or less) to the west line of the right of way of the Missouri River Fort South and Gulf Railway Company. Thence southwest along the west line of said last named right of way Two Hundred and Seventy Nine feet to the north line of the right of way of the Missouri and Western Railway Company as above described. Thence west on north line of said last named right of way Eight hundred and Eighty seven feet to the place of beginning containing six acres more or less which we appraised at ten dollars per acres or the sum of Sixty dollars $60.00.

Also, Lot No. one in block No. one beginning to ____ Schales which we appraised at $40.00 Lot No. Twelve in Block No. Two belonging to A.J. Allen which we appraised at $45.00 and Lot No. one in Block No. Three belonging to W.L. Broadwell which we appraised at $50.00 all in Lee's First addition to the City of Columbus.

We were informed by said company the ________ that the right of way had been settled for through the respective pieces of land designated above as belonging to ______________. J.W. Lee and M. P. Motter had been settled for, hence we made no appraisement of values or assessment of damages in those cases we were also informed for said Company. That the right of way has been settled for with said J.W. Lee over that portion of the north-west quarter of Section No. Thirteen in Township No. Fifty Three South of Range No. Twenty Three east which lies between the east line of said quarter section and the extention northward of the east lines of "G" Street in the said City of Columbus and for that portion of said quarter section we made no appraisement nor assessment of damages and the amount we report condemned in that quarter section 446 acres ______________ amount taken from the portion which lies ______________ extention northward of the east line of said "G" Street. The description of the tract of land which we have designated as belonging to J.J. Higgins we give more fully as follows; Commencing at the south east corner of Lot No. four in section no. Thirteen in Township No. Thirty Three South of Range No. Twenty one east and running thence west on the south line of said Lot one thousand feet. Thence north one hundred feet Thence east to the east line of said Lot thence South to the point of beginning.

We the said Commissioners whose names are hereto affixed hereby certify that the above and foregoing report is a true full and accurate account of ____ doings and proceedings as such Commissioners, that the __________ and route by us laid off for said road, that the appraisements of values and the assessments of damages by us above reported are in our judgment, full, fair, and reasonable compensation for the land appraised and condemned and of the damages to the remaining portions of the quarter sections or other lots of land effected thereby. That the amount of land taken from each quarter section or other lot of land as above designated is true and accurate as the same was reported to us by said Surveyor.

Witness our hands this day of October 1876

J.E. Branson
M.D. Hileman
J.W. Eldsberry, Commissioners

I hereby certify that I Surveyed at the instance of M & Western Railroad Company the several lots of land herein described, under the direction of the commissioners whose proceedings are herein reported. I further certify that the aforesaid Survey is correctly made and reported. Survey made 18th, 19th, 20th, 21st, 22nd and 23rd day of September 1876

J. B. Hodgriwz

Surveyor Cherokee Co. Kansas

Notice

State of Kansas )
) ss
County of Cherokee )

The State of Kansas to all to whom it may concern.

Notice is hereby given that we the undersigned having been upon the written application of Missouri and Western Railway Company by the District Judge of the Eleventh Judicial District of the State of Kansas on the 29th day of June 1876 duly appointed commissioners to lay off the route side tracks depot grounds and _____ approved of the Missouri and Western Railway through the said County of Cherokee and to appraise the value of and assess the damages to the land over which the value is or May be located will on Monday, the 18th day of September 1876 commence at the present completed ____________ of said road at or near Brownsville in said County, and will _____ off such route side track defeat grounds and _____ for such distance through said County of such width not exceeding one hundred feet except for the purposes of cuttings and embankments it shall be necessary to take more for the proper construction and security of said road and upon such location as may be desired by said company having the same carefully survedy and ascertaining carefully the quantity of land necessary for such purposes, out of each, quarter Section or other lot of land through which said route side tracks depot grounds & ______ is so located and will appraise the value of such portion of any such quarter Section or other lot of land and assess the damages thereon. We shall continue westward from the place of beginning above

designation from day to day until the duty envisioned upon us by law is that respect shall have been completed.

J. E. Brauson
M.D. Pileman — Commissioners
J. V. Eaidsberry

State of Kansas )
) ss
County of Cherokee )

I W. R. Benneth of lawful age being first duly sworn on his oath says: I am Foreman of the Office of the Columbus Democrat a weekly newspaper published in the City of Columbus in the County of Cherokee in said State and of general circulation in said County that the notice a copy of which is hereto attached was published in said newspaper for five consecutive weeks, the first publication being on Friday the 18th day of August 1876.

W. A. Benneth

Subscribed in my presence and sworn to before me at my office in the City of Columbus 30th day of September 1876.

[Seal]

Cat Nichols
Probate Judge

I hereby certify the previous to be a true and accurate copy of the original report now on file in my office.

Witness my hand and seal on this the 21st Day of October 1876.

[Seal]

Ed McPherson
County Clerk

State of Kansas )
) ss
County of Cherokee )

I Sheri Lisle Treasurer of Cherokee County, Kansas do hereby certify that to Missouri and Western Railway Company has caused to be paid to me the amount in full of the appraisement contained in the within copy of the report of J. C. Branson W. D. Hilman & __. W. Caldsberry the within named commissioners. Furthermore witness my hand the 28th day of Oct. 1876.

205328

DID#0101938003

RECEIVED MAY 3 2002 MAIL MANAGEMENT STB

**BEFORE THE**

**SURFACE TRANSPORTATION BOARD**

| | |
|---|---|
| Abandonment of a line of Railroad Between BNSF M.P. 343.55 in Columbus, Kansas and M.P. 315.30 in Carthage, Missouri | NOTICE OF EXEMPTION Docket No. AB-6 (Sub-No. 395X) |

TO THE SURFACE TRANSPORTATION BOARD:

The Burlington Northern and Santa Fe Railway Company (BNSF) hereby notifies the Board that it intends to abandon its line of railroad between BNSF M.P. 343.55 in Columbus, Kansas and M.P. 315.30 in Carthage, Missouri, a total distance of 28.25 miles, pursuant to the Board's Exemption of Out of Service Rail Lines, 49 C.F.R. § 1152.50 and in support of the Notice, respectfully provides the following information:

FEE RECEIVED MAY 0 3 2002 SURFACE TRANSPORTATION BOARD

FILED MAY 0 3 2002 SURFACE TRANSPORTATION BOARD

I. Proposed consummation date for the abandonment.

June 24, 2002

II. Certification required in 49 C.F.R. § 1152.50(b)

The attached Certification of Michael Smith certifies that no formal complaint filed by a user of rail service on this line (or a state or local government entity acting on behalf of such user) regarding cessation of service over the line is pending with the Board or any U.S. District Court or has been decided in favor of a complainant within the last two years. The attached Verification of Richard A. Batie certifies that no local traffic has moved over this line for at least two (2) years and any overhead traffic on the line can be rerouted over other lines.

III. Information required by C.F.R. § 1152.22(a)(1-4), (7), (8) and (e)(4).

**Exhibit KK**

(a) General

(1) Exact name of Applicant.

The Burlington Northern and Santa Fe Railway Company

(2) Whether applicant is a common carrier by railroad subject to 49 U.S.C. Subtitle IV, Chapter 105.

Applicant is a common carrier by railroad subject to 49 U.S.C. Subtitle IV, Chapter 105.

(3) Relief sought.

BNSF seeks an exemption from Surface Transportation Board approval authorizing the abandonment and discontinuance of service of the Columbus, Kansas to Carthage, Missouri line specified above.

(4) Detailed map of the subject line.

See Exhibit A.

(5) Name, title and address of representative of applicant to whom correspondence should be sent.

Michael Smith
Freeborn & Peters
311 S. Wacker Dr., Suite 3000
Chicago, Illinois 60606-6677

(6) List of all United State Postal Service ZIP Codes that the line traverses.

The Columbus, Kansas to Carthage, Missouri lines traverse United States Postal Service Zip codes 66725, 66728, 64834, 64835 and 64836.

(7) Statement of whether the properties proposed to be abandoned are suitable for other public purposes, including roads or highways, other forms of mass transportation, conservation, energy production or transmission or recreation. If the applicant is aware of any restriction on the title to the property, including any reversionary interest, which would affect the transfer of title or the use of property for other than rail purposes, this shall be disclosed.

The right of way may be suitable for use for other public purposes such as a trail. On part of the properties involved, title considerations may affect the conveyance of the land for use other than railroad purposes. Based on information in our possession, the line does not contain federally granted rights-of-way. Any documentation in the railroad's possession will be made available promptly to those requesting it.

IV. Level of protection.

The interest of railroad employees will be protected by the conditions imposed in Oregon Short Line RR Co. - Abandonment - Goshen, 360 I.C.C. 91 (1979)

V. Certification that the notice requirements of §§ 1152.50(d)(1) and 1105.11 have been met. attached.

Respectfully submitted,

Michael Smith
Freeborn & Peters
311 S. Wacker Dr. Suite 3000
Chicago, Illinois 60606-6677
Phone: (312) 360-6724
Fax: (312) 360-6598

Dated: May 2, 2002

**VERIFICATION**

STATE OF TEXAS )
)ss
COUNTY OF TARRANT )

Richard A. Batie makes oath and says he is Manager, Shortline Development in the Network Development department of The Burlington Northern and Santa Fe Railway Company; that he has been authorized by the Applicant to verify and file with the Surface Transportation Board the foregoing Notice of Exemption in AB-6 (Sub-No. 395X); that he affirms that the line has had no local traffic in the prior two (2) years and that there is no overhead traffic to be rerouted; that he has carefully examined all of the statements in the Notice; that he has knowledge of the facts and matters relied upon in the Notice; and that all representations set forth therein are true and correct to the best of his knowledge, information, and belief.

Richard A. Batie
Richard A. Batie
Manager, Shortline Development

Subscribed and sworn to before me the 30 day of April, 2002.

TINA M. MAILHOS NOTARY PUBLIC STATE OF TEXAS EXPIRES JULY 16, 2002

Tina M. Mailhos
Notary Public

THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY
NO. AB-6 (Sub No. 395X)

**CERTIFICATION**

I hereby certify that (1) no formal complaint filed by a user of rail service on this line (or a state or local government entity acting on behalf of such user) regarding cessation of service over the line is pending with the Board or any U.S. District Court or has been decided in favor of a complainant within the last two (2) years; (2) service of notice upon the U.S. Department of the Interior, National Park Service, Recreation Park Service, Land Resource Division; the Department of Defense, Military Traffic Management Command; the Kansas Corporation Commission; the Missouri Public Utilities Commission; the Kansas Department of Transportation; the Missouri Department of Transportation; and the Chief Forest Service, U.S. Department of Agriculture was accomplished by mailing a copy thereof on March 21, 2002; (3) the environmental and historic reports were serviced upon the agencies identified in 49 C.F.R. § 1105.7(b) and the State Historic Preservation Offices on March 21, 2002; (4) service of notice upon the State Clearinghouses was accomplished by mailing a copy thereof on March 21, 2002; and (5) the publication requirements of 49 C.F.R. § 1105.12 have been complied with, to wit: publication of notice was accomplished on March 25, 2002 in the Columbus Daily Advocate and on March 28, 2002 in the Carthage Press (affidavits of publication are attached).

Michael Smith
Freeborn & Peters
311 S. Wacker Dr. Suite 3000
Chicago, Illinois 60606-6677
Phone: (312) 360-6724
Dated: May 2, 2002

# PROOF OF PUBLICATION

STATE OF KANSAS
CHEROKEE
COUNTY,

SS:

Janet K. Grant, of lawful age, being first duly sworn, Deposes and says:

That she is principal publisher of The Columbus Daily Advocate, a daily newspaper printed in the State of Kansas, and published in and of general circulation in Cherokee County, Kansas, with a general paid circulation on a daily, weekly, monthly, or yearly basis in Cherokee County, Kansas, and that said newspaper is not a trade, religious or fraternal publication.

Said newspaper is a daily published at least weekly 50 times a year, has been so published continuously and uninterruptedly in said county and state for a period of more than five years prior to the first publication of said notice, and has been admitted at the post office of Columbus in said County as second class matter.

That the attached notice is a true copy thereof and was published in the regular and entire issue of said newspaper for **ONE** time. The publication thereof being made as aforesaid on the **25th day of MARCH, 2002.**

Janet K. Grant

Subscribed and sworn to before me this 12 day of April **2002.**

Carla Britt

Notary Public

My commission expires: 9/19/05

Printer's fee: $41.30

Additional copies: $

Total Publication fee: $

CARLA BRITT
NOTARY PUBLIC
STATE OF KANSAS
My App. Exp. 9/19/05
NOTARY PUBLIC
STATE OF KANSAS

## PUBLIC NOTICE

(Published in the Columbus Daily Advocate March 25, 2002.)

NOTICE OF INTENT TO ABANDON

The Burlington Northern and Santa Fe Railway Company gives notice that on or after April 9, 2002, it intends to file with the Surface Transportation Board, Washington, DC 20423, an abandonment notice of exemption under 49 CFR 1152 Subpart F – Exempt Abandonments permitting the abandonment of or discontinuance of service on 28.25 miles of railroad line between railroad milepost 343.55 in Columbus, Kansas and milepost 315.30 in Carthage, Missouri, which line segment traverses through United States Postal Zip Codes 66725 and 66728 in Cherokee County, Kansas and through United States Postal Zip Codes 64834, 64835 and 64836 in Jasper County, Missouri. The proceeding will be docketed as No. AB-6 (Sub-No. 395X).

The Board's Section of Environmental Analyses (SEA) will generally prepare an Environmental Assessment (EA), which will normally be available 25 days after the filing of the notice of exemption. Comments on environmental and energy matters should be filed no later than 15 days after the EA becomes available to the public and will be addressed in a Board decision. Interested persons may obtain a copy of the EA or make inquiries regarding environmental matters by writing to the Section of Environmental Analysis, Surface Transportation Board, 1925 K Street, N.W., Washington, DC 20423-0001 or by calling that office at 202-565-1538.

Appropriate offers of financial assistance to continue rail service can be filed with the Board. Requests for environmental conditions, public use conditions, or rail banking/trails use also can be filed with the Board. An original and 10 copies of any pleading that raises matters other than environmental issues (such as trails use, public use, and offers of financial assistance) must be filed directly with the Board's Office of the Secretary, 1925 K Street, N.W., Washington DC 20423-0001 [See 49 CFR 1104.1(a) and 1104.3(a)]. Questions regarding offers of financial assistance, public use or trails use may be directed to the Board's Office of Public Services at 202-565-1592. Copies of any comments or requests for conditions should be served on the applicant's representative Michael Smith, Freeborn & Peters, 311 S. Wacker Drive, Suite 3000, Chicago, Illinois 60606-6677 – telephone (312) 360-6724.

(M. 25)

AFFIDAVIT OF PUBLICATION

STATE OF MISSOURI } ss.
County of Jasper

Kim Young
Being sworn upon his oath states that she is the Bookkeeper of the CARTHAGE PRESS, a daily newspaper printed and published in Carthage, Jasper County, Missouri; that the notice; a copy of which is hereto annexed, was published in said newspaper for issue as follows:

In Nos. 74

Volume 118

Dates Mar. 28, 2002

and that said newspaper is of general circulation in Jasper County, Missouri, and has been admitted to the Post Office as second class matter in the city of publication, and that said newspaper is and has been published regularly and consecutively for a period of three years prior to the date first above written, and has a list of bona fide subscribers, voluntarily engaged as such, who have paid or agreed to pay a stated price for a subscription for a definate period of time. And that said newspaper in which said notice was published has compiled with the provision of Section 493.050, Revised Statue, of Missouri, 1949.

Kim Young Bookkeeper

Helen E. Taylor Notary Public

HELEN E. TAYLOR, Notary Public
State of Missouri, Jasper County
My Commission Expires Aug. 26, 2005

NOTICE OF INTENT TO ABANDON

The Burlington Northern and Santa Fe Railway Company gives notice that on or after April 9, 2002, it intends to file with the Surface Transportation Board, Washington, DC 20423, an abandonment notice of exemption under 49 CFR 1152 Subpart F — Exempt Abandonments permitting the abandonment of or discontinuance of service on 28.25 miles of railroad line between railroad milepost 343.55 in Columbus, Kansas and milepost 315.30 in Carthage, Missouri, which line segment traverses through United §States Postal Zip Codes 66725 and 66725 and 66728 in Cherokee County, Kansas and through United States Postal Zip Codes 64834, 64835 and 64836 in Jasper, County, Missouri. The proceeding will be docketed as No. AB-6 (Sub-No. 395X).

The Board's Section of Environmental Analyses (SEA) will generally prepare an Environmental Assessment (EA), which will normally be available 25 days after the filing of the notice of exemption. Comments on environmental and energy matters should be filed no later than 15 days after the EA becomes available to the public and will be addressed in a Board decision. Interested persons may obtain a copy of the EA or make inquiries regarding environmental matters by writing to the Section of Environmental Analysis, Surface Transportation Board, 1925 K Street, N.W., Washington, DC 20423-0001 or by calling that office at 202-565-1538.

AFFIDAVIT OF PUBLICATION

STATE OF MISSOURI } ss.
County of Jasper

Kim Young
Being sworn upon his oath states that she is the Bookkeeper of the CARTHAGE PRESS, a daily newspaper printed and published in Carthage, Jasper County, Missouri; that the notice; a copy of which is hereto annexed, was published in said newspaper for issue as follows:

In Nos. 74

Volume 118

Dates Mar. 28, 2002

and that said newspaper is of general circulation in Jasper County, Missouri, and has been admitted to the Post Office as second class matter in the city of publication, and that said newspaper is and has been published regularly and consecutively for a period of three years prior to the date first above written, and has a list of bona fide subscribers, voluntarily engaged as such, who have paid or agreed to pay a stated price for a subscription for a definate period of time. And that said newspaper in which said notice was published has compiled with the provision of Section 493.050, Revised Statue, of Missouri, 1949.

Kim Young Bookkeeper
Kim Young

Helen E. Taylor Notary Public

HELEN E. TAYLOR, Notary Public
State of Missouri, Jasper County
My Commission Expires Aug. 26, 2005

Appropriate offers of financial assistance to continue rail service can be filed with the Board. Requests for environmental conditions, public use conditions, or rail banking/trails use also can be filed with the Board. An original and 10 copies of any pleading that raises matters other than environmental issues (such as trails use, public use, and offers of financial assistance) must be filed directly with the Board's Office of the Secretary, 1925 K Street, N.W., Washington DC 20423-0001 [See 49 CFR 1104.1(a) and 1104.3(a)], and one copy must be served on applicants' representative [See 49 CFR 1104.12(a)]. Questions regarding offers of financial assistance, public use or trails use may be directed to the Board's Office of Public Services at 202-565-1592. Copies of any comments or requests for conditions should be served on the applicant's representative Michael Smith, Freeborn & Peters, 311 S. Wacker Drive, Suite 3000, Chicago, Illinois 60606-6677 - telephone (312) 360-6724.

Carthage Press: Mar. 28, 2002

BEFORE THE SURFACE TRANSPORTATION BOARD

RECEIVED
MAY 10 2002
MAIL MANAGEMENT
STB

Burlington Northern and Santa Fe )
Railway Co. -- Columbus, KS to ) AB-6 (Sub-no. 395X)
Carthage, MO )

205380

To: STB Secretary
Re: filing and fee waiver request for one party

Enclosed please find the original and ten copies of a "statement of willingness invoking 16 U.S.C. § 1247(d) and 49 C.F.R. § 1152.29 in connection with this proceeding for both Joplin Trail Coalition (JTC) and City of Carl Junction. Also enclosed please find a check in the amount of $150 for the filing fee on behalf of JTC.

Since Carl Junction is a local government entity, Carl Junction seeks waiver of any filing fee for railbanking pursuant to 49 C.F.R. § 1002.2(e)(2).

D1D# 20194(300)

Comments on behalf of
City of Carl Junction
and
Joplin Trail Coalition

These comments are on behalf of City of Carl Junction (Carl Junction), a municipality located on the line at issue in this proceeding, and the Joplin Trail Coalition (JTC), a non-profit in the State of Missouri.

The entire line at issue in this proceeding is suitable for trail and other compatible public uses, including railbanking. Both Carl Junction and JTC supply herewith originals and ten copies of "statements of willingness" pursuant to 49 C.F.R. § 1152.29, invoking the relief provided in 16 U.S.C. § 1247(d) and this Board's regulations (interim trail use/railbanking) in connection with the Missouri portion of the rail corridor (MP 331.23 at State line to MP 315.30 near Carthage).

Public use condition. Carl Junction and JTC also request the imposition of a public use condition pursuant to 49 C.F.R. §

ENTERED
Office of the Secretary
MAY 13 2002
Part of
Public Record

FEE RECEIVED
MAY 10 2002
SURFACE



FILED
MAY 10 2002

Exhibit LL

1152.28 and 49 U.S.C. § 10905.

<u>Condition sought</u>: an order barring disposition of rail bridges, trestles, culverts or roadbed materials, other than for public use as a trail or other compatible purposes, for the entire Missouri portion of this corridor, namely MP 331.23 to MP 315.30.

<u>Public importance</u>: the line at issue in this proceeding would make an excellent trail and greenway, inasmuch as it would provide a safe, off-road bicycle commuting and recreational route connecting Carl Junction with Carthage. The extension into Kansas would interconnect with Columbus, serving similar purposes.

<u>Duration</u>: 180 days.

<u>Rationale</u>: Carl Junction and JTC seek to negotiate to acquire all BNSF's interests in the Missouri portion of the corridor pursuant to the federal railbanking statute for interim trail and railbanking purposes. A public use condition barring removal of structures useful for trail purposes is typically granted in such cases. Based on past experience, a period of at least 180 days is required to complete negotiations. In addition, Carl Junction and JTC are advised that a local shortline may be interested in some of the line at the Carthage end for storage (not for actual service to customers). While Carl Junction and JTC are fully prepared to work out joint use (and this may best be accomplished in the circumstances if the entire corridor in Missouri is railbanked), this necessarily will require additional negotiations. Based on conversations with BNSF, counsel for Carl Junction and JTC does not understand anything sought herein to be

contrary to any plans, purposes, or interests of BNSF. Jasper County has already expressed support for public acquisition during the environmental process of this proceeding.

Conclusion

For the reasons stated herein, Carl Junction and JTC request this Board to enter an order applying the federal railbanking statute (16 U.S.C. § 1247(d)) to the Missouri portion of this corridor, namely, MP 331.23 to MP 315.30. Carl Junction and JTC also seek a public use condition as to that portion of the corridor. Carl Junction and JTC support similar relief as to the Kansas portion should any other party (presumably from Kansas) request same.

Respectfully submitted,

Charles H. Montange
426 NW 162d St.
Seattle, WA 98177
(206) 546-1936
fax: -3739
for Carl Junction and Joplin Trail Coalition

Encls. (one check, two statements of willingness)

cc. Carl Junction
Joplin Trail Coalition

Certificate of Service

I hereby certify service of the foregoing by US Mail, postage pre-paid, first class, this 9th day of May, 2002, upon Brian Nettles, Freeborn & Peters, 311 South Wacker Drive, Suite 3000, Chicago, IL 60606-6677 (fax: 312-360-6596) and Rich Batie, BNSF, 2600 Lou Menk Drive, 2d Floor, Fort Worth, TX 76131 (fax: 817-352-7938).

BEFORE THE SURFACE TRANSPORTATION BOARD

RECEIVED
MAY 10 2002
MAIL
MANAGEMENT
STB

| | | |
|---|---|---|
| Burlington Northern and Santa Fee Railway Co., -- Columbus, KS to Carthage, MO | ) ) ) | AB-6 (sub-no. 395X) |

Statement of Willingness to Assume
Financial Responsibility

In order to establish interim trail use and rail banking under 16 U.S.C. 1247 (d) and 49 CFR 1152.29, the Carl Junction (Missouri) ( "City" or "Interim Trail User"), is willing to assume full responsibility for management of, for any legal liability arising out of (unless the user is immune from liability, in which case it need only indemnify the railroad against any potential liability), and for the payment of any and all taxes that may be levied or assessed against the right-of-way owned and operated by Burlington Northern and Santa Fe Railway Company, (Railroad) with respect to that portion of the right-of-way in Jasper County, Missouri. The property extends from MP 331.23 at the State Line (border of Cherokee County, KS and Jasper County, MO) to MP 315.30 near Carthage, Missouri, a distance of approximately 15.93 miles in Jasper County, Missouri. [1] The right of way is part of a line proposed for abandonment in Docket AB-6 (Sub-no. 395X)

A map depicting the property is attached.

City acknowledges that use of the right-of-way is subject to the user's continuing to meet its responsibilities described above and subject to possible future reconstruction and reactivation of the right-of-way for rail service. A copy of this statement is being served on the railroad on the same date it is being served on the Board.

City of Carl Junction

by: Jim Wisdom
title: Mayor
City of Carl Junction
PO Box 447
Carl Junction, MO 64834
Tel: 417-649-7237

[1] The Jasper County segment is a portion of a larger line described as MP 343.55 at Columbus, KS to MP 315.30 near Carthage, MO, a distance of 28.25 miles in Cherokee County, KS and Jasper County, MO.


COLUMBUS, KS – CARTHAGE, MO
COLUMBUS
MILEPOST 343.55
MILITARY
State Line
Milepost 331.23
CARL JUNCTION
CARTHAGE
MILEPOST 315.30
NORTH
KANSAS
MISSOURI
CHEROKEE CO
JASPER CO
JOPLIN

BEFORE THE SURFACE TRANSPORTATION BOARD

RECEIVED
MAY 10 2002
MAIL MANAGEMENT
STB

Burlington Northern and Santa Fe )
Railway Co. -- Columbus, KS to ) AB-6 (Sub-no. 395X)
Carthage, MO )

Statement of Willingness to Assume
Financial Responsibility

In order to establish interim trail use and rail banking under 16 U.S.C. 1247(d) and 49 CFR 1152.29, the Joplin Trail Coalition ("Coalition" or "Interim Trail User"), is willing to assume full responsibility for management of, for any legal liability arising out of (unless the user is immune from liability, in which case it need only indemnify the railroad against any potential liability), and for the payment of any and all taxes that may be levied or assessed against the right-of-way owned and operated by Burlington Northern and Santa Fe Railway Company (Railroad) with respect to that portion of the right-of-way in Jasper County, Missouri. The property extends from MP 331.23 at the State Line (border of Cherokee County, KS and Jasper County, MO) to MP 315.30 near Carthage, Missouri, a distance of approximately 15.93 miles in Jasper County, Missouri.[1] The right of way is part of a line proposed for abandonment in Docket AB-6 (Sub-no. 395X).

A map depicting the property is attached.

Coalition acknowledges that use of the right-of-way is subject to the user's continuing to meet its responsibilities described above and subject to possible future reconstruction and reactivation of the right-of-way for rail service. A copy of this statement is being served on the railroad on the same date it is being served on the Board.

Joplin Trail Coalition

Paul Teverow

by: Paul Teverow
title: President,
Joplin Trail Coalition
P.O. Box 2102
Joplin, MO 64803
tel: 417-625-3114

---

[1] The Jasper County segment is a portion of a larger line described as MP 343.55 at Columbus, KS to MP 315.30 near Carthage, MO, a distance of 28.25 miles in Cherokee County, KS and Jasper County, MO.



TRANSPORTATION BOARD


COLUMBUS, KS – CARTHAGE, MO
COLUMBUS
MILEPOST 343.55
MILITARY
State Line
Milepost 331.23
CARL JUNCTION
CARTHAGE
MILEPOST 315.30
NORTH
JOPLIN
CHEROKEE CO
JASPER CO
KANSAS
MISSOURI
BARTON COUNTY
JASPER COUNTY